# **EXHIBIT B**

🛈 FIND COVID-19 INFORMATION AND RESOURCES

🛈 COMMITMENT TO ACCESSIBILITY

# Gov. Bill Lee Issues Guidance for Mass Gatherings, Schools, State Employees, and the State Capitol Building

Friday, March 13, 2020 | 05:45pm

**NASHVILLE, Tenn**. – Today, Tennessee Governor Bill Lee issued further guidance regarding mass gatherings, schools, state employees and the State Capitol Building as more confirmed cases of COVID-19 surface in Tennessee.

"COVID-19 is an evolving situation but we urge vulnerable populations, including those over age 60 and with chronic medical conditions to limit participation in mass gatherings and to take extra precautions for personal well-being like increased hand-washing," said Governor Lee. "With 26 confirmed cases in our state, we have issued further guidance to help communities mitigate the spread of COVID-19."

**Mass Gatherings**

Heading into the weekend, many Tennesseans will be making decisions regarding faith gatherings and church attendance. Congregations and groups are urged to consider alternatives to traditional services by utilizing live streams, pre-recorded messages and other electronic means.

While at this time, mass gatherings such as conferences or other large social events remain at the discretion of the organizer, we strongly discourage events of 250 people or more as an important step in limiting exposure to COVID-19.

**Schools**

At this time, school districts have been advised to exercise discretion when canceling school for K-12 students. The state will provide further support for districts pursuing this action but urge districts to consider the prevalence of confirmed cases of COVID-19 in their area. In partnership with districts, students who depend on school-provided meals will still receive this support, regardless of school closure.

**State Employees, Business Travel**

Effective immediately, state employees who have been trained and certified to work from home within the state's Alternative Workplace Solutions (AWS) program will work from home through March 31, 2020. Approximately 11,000 state employees are certified AWS employees and can begin work from home with no disruption to state business.

Effective immediately, state employees have been instructed to cease all non-essential business travel through March 31, 2020.

**Tennessee State Capitol Closed to Visitors**

The Tennessee State Capitol is closed to tours and visitors through March 31, 2020. Members of the media will continue to have access to the State Capitol building.



Updated confirmed case numbers of COVID-19 in Tennessee are available here . Updated guidance for COVID-19 is available here .

Case 3:21-cv-00923   Document 1-2   Filed 12/13/21   Page 3 of 3 PageID #: 43