# **EXHIBIT C**



 **Melissa Amos** is 😡 feeling angry.
22 March 2020 · NewsChannel5 - Registration

When those on the front lines are begging, and the governor still won't shut it down.



NEWSCHANNEL5.COM
1,500+ TN physicians urge governor to order shelter-in-place

Case 3:21-cv-00923   Document 1-3   Filed 12/13/21   Page 2 of 2 PageID #: 45