# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Brad Amos <br> _Plaintiff_ <br> v. <br> The LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY <br> _Defendant_ | ) ) ) ) ) ) ) ) Civil Action No. 3:21-0923 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Lampo Group, LLC
c/o Registered Agent: Mark Floyd
1011 Ream Fleming Blvd
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jonathan Street
The Employment & Consumer Law Group
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____12/13/2021_____     _____[signature]_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| Brad Amos <br> _Plaintiff_ <br> v. <br> The LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY <br> _Defendant_ | ) ) ) ) ) ) ) ) Civil Action No. 3:21-0923 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dave Ramsey
c/o Registered Agent: Mark Floyd
1011 Ream Fleming Blvd
Franklin, TN 37064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan Street
The Employment & Consumer Law Group
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/13/2021

*Signature of Clerk or Deputy Clerk*