# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, et al, | ) Magistrate Judge Holmes |
| Defendant. | ) |

## NOTICE OF APPEARANCE

I, Leslie Goff Sanders, enter my appearance as lead counsel for Defendants, The Lampo Group, LLC, and Dave Ramsey, in this case.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      I certify that, on January 6, 2022, I filed the foregoing *Notice of Appearance* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT LAW AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

      /s/Leslie Goff Sanders
      Leslie Goff Sanders (TN #18973)
      *Attorney for Defendant*