UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| THE LAMPO GROUP, LLC, et al, | ) Magistrate Judge Holmes |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

Leslie Goff Sanders and Daniel Crowell, counsel for Defendants, The Lampo Group, LLC, and Dave Ramsey, ("Defendants"), notify the Court and counsel of their new law firm, address and email address, effective immediately. All communications to Defendants' counsel should now be directed to the following:

Leslie Goff Sanders
Daniel Crowell
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

Respectfully submitted,

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS, P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
Fax: (866) 277-5494
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that, on January 19, 2022, I filed the foregoing *Notice Change of Address* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT LAW AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)

*Attorney for Defendant*