EXHIBIT 6

# INC. BEST WORKPLACES RESOURCES

There are two steps to successfully nominate your company for Inc. Best Workplaces.
Step 1: Submit your company application.
Step 2: Complete the company audit and employee survey.
Please find some resources to help you with your nomination below.

## Application Resources

### Blank Application Form

Take the time to draft and proofread your entry offline before entering it into our online application. You can download a PDF of the entry form below.

### Sample Application

Not sure how to draft your application? You can review a sample application here.

## Company Audit & Employee Survey Resources

The Best Workplaces honorees are determined by the results of the company audit and employee survey run through Quantum Workplace. After you submit your application to Inc. you'll need to complete both the company audit and employee survey for your entry to be finalized. You can download a sample of each below:

## Sample Company Audit

The company audit is done when setting up the employee survey through Quantum Workplace. It should take about 15 - 20 minutes. You can view the audit preview below.

## Sample Employee Survey

To complete your company nomination for Inc.'s Best Workplaces you'll need your employees to take the employee survey. You can view a sample of the survey below. The deadline for your employees to take the survey is February 18, 2020.

## Sample Overview Report

Make the list or not, all companies will receive an Overview Report, based on your employee survey, which will show your company's score on key measurements.