# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, et al, | ) Magistrate Judge Holmes |
| Defendants. | ) |

## BUSINESS ENTITY DISCLOSURE STATEMENT BY DEFENDANT, THE LAMPO GROUP, LLC

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, makes the following disclosures:

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in ____, and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in , and with a principal place of business in .

☐ This party has parent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

☒ This party is a limited liability company or limited liability partnership. **See Exhibit A.**

☐ This party is an unincorporated association or entity.

☐ This party is a trust.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

Respectfully submitted,

/s/Daniel Crowell
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on February 12, 2022, I caused the foregoing *Business Entity Disclosure Statement by Defendant, The Lampo Group, LLC,* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT LAW AND CONSUMER LAW GROUP
street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants*

# EXHIBIT A

The current members of Defendant, The Lampo Group, LLC, are two Tennessee trusts: the Lampo Trust and the David L. Ramsey, III 2015 Children's Trust. Sharon R. Ramsey, a Tennessee citizen, is the trustee of both trusts.