IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS )
)
v. ) NO. 3:21-0923
) Richardson/Holmes
THE LAMPO GROUP, LLC, and )
DAVE RAMSEY )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on February 11, 2022, each Defendant filed a motion to dismiss with supporting memorandum (Docket Nos. 12-15). Any responsive briefing must be in accordance with Local Rule 7.01.

The Clerk is directed to forward the motion and any responsive filings to the Honorable Eli J. Richardson, District Judge for his consideration.

The initial case management conference remains scheduled for **2:30 p.m., March 7, 2022**, by conference call.[1]

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] *See* Docket Entry No. 6 for dial-in instructions. Additionally, counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated sections for Judge Richardson's cases.