The motion is granted. The response(s) to the Motions to Dismiss (Doc. Nos. 12, 14) shall be filed on or before March 4, 2022. Any replies are due on or before March 11, 2022.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY | ] JURY DEMAND |
| Defendants. | ] |

### PLAINTIFF'S MOTION FOR AN EXTENSION
### TO RESPOND TO DEFENDANTS MOTIONS TO DISMISS

Comes now the Plaintiff, Brad Amos, and respectfully requests a brief extension to respond to both Defendants' Motions to Dismiss. (Docs. 12, 14).

On February 11, 2022, Defendant Lampo and Defendant Dave Ramsey both submitted individual motions to dismiss Plaintiff's complaint in this matter. Pursuant to this court's order and Local Rule 7.01, Plaintiff has until Friday, February 25, 2022 to respond. All four (4) of Plaintiff's attorneys are currently in previously scheduled depositions this week in 4 other cases, several of these depositions require travel to Atlanta.

Further, the parties tried to work out a resolution to the Motions, however they could not come to an agreement as to all of the claims made by Defendants in their Motion. After these negotiations ultimately failed this morning, Defendants decided they needed to oppose this motion.

However, Plaintiff has agreed to look at some of the issues raised in Defendants Motions and perhaps file an Amended Complaint addressing some but not all of Defendants' concerns. The