# **<u>EXHIBIT C</u>**



 **Melissa Amos** is 😠 feeling angry.
22 March 2020 · NewsChannel5 - Registration

When those on the front lines are begging, and the governor still won't shut it down.



NEWSCHANNEL5.COM
1,500+ TN physicians urge governor to order shelter-in-place