# EXHIBIT E



# Get a Load of This Unhinged Email From Dave Ramsey and Co.

Another investigation of Ramsey from Religion News Service prompted a characteristically reasonable response

**BY STEVEN HALE — JAN 15, 2021 2 PM**

Conservative evangelical financial personality Dave Ramsey is famously not fond of being questioned. Start poking around a bit about him and his business, and one will quickly become acquainted with the uglier side of his on-air persona of a tough-talking financial guru who just hates debt and won't spare the rod.

In 2014, The Daily Beast reported on Ramsey's furious search for the people behind anonymous Twitter accounts that



**Dave Ramsey at Ramsey Solutions headquarters' ribbon cutting in 2019**
*PHOTO: ALEXANDER WILLIS FOR WILLIAMSON HOME PAGE*

were mocking him. That story included the now-infamous anecdote about Ramsey pulling out a loaded gun during a staff meeting about the danger of gossip — an anecdote that was confirmed by a longtime Ramsey employee in a 2019 deposition. In the past year, the *Scene* has published several stories about Ramsey's defiance of public health guidelines during the coronavirus pandemic. The company kept its offices open,

with staff working in-person, after employees started testing positive for COVID-19; hosted a large business conference in Franklin as case counts in the area spiked; and threw a massive, maskless Christmas party as the pandemic surged again last month. Ramsey and Co. have largely refused to comment for stories like this, opting instead to stew internally about the stories via emails that are then leaked to us. He seems to regard reporting that raises questions about his personal judgment as a business leader as attacks on all of Christianity. Ramsey recently went on a Twitter-blocking spree, blocking several *Scene* writers for reasons that remain unclear.

Which brings us to today's thorough investigation of Ramsey Solutions from Religion News Service.  You should read the whole story from veteran reporter Bob Smietana. Among the details he reports: When an employee who was not married told Ramsey Solutions she was pregnant, the company fired her for having premarital sex in violation of its moral code. A leader who had an affair, however, was not subject to the same policy.

For our purposes, we'd like to draw your attention to the absolutely bonkers email Ramsey Solutions sent Smietana when he asked for comment on the story. To be clear, this was their response to questions sent before the story was published. This is how they reacted to an opportunity to have their side of the story included in Smietana's article. RNS has made the full statement available here. We'll quote two portions in particular, below.

The email begins like this:

Thanks for reaching out. We want to confirm for you that you are right, we are horrible evil people. We exist to simply bring harm to our team, take advantage of our customers, and spread COVID. And YOU figured it all out, wow. Who would have guessed that an unemployed guy, oh I am sorry, a "freelance reporter" would be the one to show us how horrible we are so we can change and to let the world know of our evil intent, secrets, and complete disregard for decency…..but YOU did it, you with all your top notch investigative skills have been able to weave together a series of half-truths to expose our evil ways. You are truly amazing.

That's … wild. But the final paragraph is where Ramsey and company's penchant for lashing out and retaliating against perceived enemies really comes through. After noting that several area pastors and business leaders had been blind-copied on the email, the statement concludes:

If you are on this email we would ask a favor for Ramsey…would you help us? Bob's phone number and email are here, and we would ask that you contact him TODAY and tell him all the evil horrible stories you know about us. Also, he lives in Spring Hill so if you see him out and about, be sure to congratulate him on his virtue. He needs to sell this story to pay his rent and the dirtier your story on us the more we can help him. When you call please do not be mean, Bob already has a lot of anxiety and we don't want to add to that. If his phone is overwhelmed or he doesn't want to hear your story, you should contact Religion News Service and tell them of Bob's amazing grasp on virtue and truth. You can also tell them of all the people that have been helped by his pursuit of truth throughout the years as we all have followed his "career." It is time the world knows about Bob and the blessing he has been to so many.

It does prove, at least, that Ramsey's commitment to freeing people of debt is sincere. He's apparently allowing several reporters to live in his head rent-free.



*Like what you read?*
*Click here to make a contribution to the*
Scene *and support local journalism.*

## 💬 JOIN THE CONVERSATION!

This site requires you to **login** or **register** to post a comment.



Posted by centenary                                                    Jan 18 2021 13:56

"Christians" like Dave Ramsey and Michael Del Giorno are part of he reason true Christians are leaving organized religion in droves, disgusted by the hypocrisy epitomized by guys like them.



Posted by christopher.waldrop                                          Jan 18 2021 12:13

davidlongfellow can't defend Ramsey so he makes a pointless, meaningless attack like the cowardly snowflake and he is. Being tied to a treasonous loser like Trump must be difficult.



Posted by davidlongfellow                                              Jan 18 2021 08:02

This comment has been reported.

Ramsey has obviously committed the most flagrant of offenses as far as the media is concerned: he is NOT a raving progressive lunatic.


Posted by davidsblackwell                                          Jan 17 2021 04:16
Why would anyone right such an article? I felt it total waste of time to read. Credit card debt is a total illusion. Covid the greatest hoax in medical history. Our entire debt based economy is a total illusion that simply enslaves folks in skinny jeans.


Posted by Williamson Willie                                       Jan 16 2021 11:30
Walking away from debt with bankruptcy and then claiming you're a big expert on debt and business, Ramsey was Donald Trump before Donald Trump was cool.


Posted by Big Fauci                                               Jan 15 2021 18:16
"It does prove, at least, that Ramsey's commitment to freeing people of debt is sincere. He's apparently allowing several reporters to live in his head rent-free." Dave, who's this Hale guy think he is? He's really cooking you here and you can't let this slide. I look forward to your next diss. Please be prompt.


Posted by bubbadog                                                Jan 15 2021 15:31
I'd have run with the "We are horrible, evil people" quote and invited Ramsey's team to deny saying it.

Load More

# RELATED



**PITH IN THE WIND**
## New Affordable Housing Task Force Has Plenty to Tackle



**PITH IN THE WIND**

## Attorneys Say DNA Testing Results Consistent With Pervis Payne's Innocence Claim

---

**PITH IN THE WIND**

## Tennessee Democrats Elect Hendrell Remus New Party Chair