IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-CV-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY | ] |
| Defendants. | ] |

## NOTICE OF FILING EXHIBITS

Come now the Plaintiff, Brad Amos, by and through counsel, and hereby give notice as to the filing of the following exhibits to their Response in Opposition to Motion to Dismiss by Lampo Group:

1. Exhibit 1- *Grizzard v. Nashville Hospitality Capital , LLC, et. al.,* 2021 WL 3269955 (M.D. Tenn. 2021)

2. Exhibit 2 – *Vancleave v. Reelfoot Bank*, 2009 WL 3518211 (Ct. App. Tenn. 2009)

3. Exhibit 3 – *O'Connor v. The Lampo Group, LLC*, 2021 WL 4480482 (M.D. Tenn. 2021)

4. Exhibit 4 – *O'Connor v. The Lampo Group, LLC*, 2021 WL 4942869 (M.D. Tenn. 2021)

5. Exhibit 5 – *Jackson v. Longistics Transportation, Inc.,* 2012 WL 1252543 (W.D. Tenn. 2012)

6. Exhibit 6 – Signed Tolling Agreement

Respectfully Submitted,

**THE EMPLOYMENT AND CONSUMER LAW GROUP**

**/s/ *Lauren Irwin*** 
**JONATHAN A. STREET, BPR NO. 021712**
**G. BRANDON HALL, BPR NO. 034027**
**CULLEN HAMELIN, BPR NO. 037317**
**LAUREN IRWIN, BPR No. 038433**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37208
(615) 850-0632
Email: street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System this 7th day of March, 2022 to the following:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

**/S/ *Lauren Irwin*** 
**LAUREN IRWIN**