IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS | ) | |
| | ) | |
| v. | ) | NO. 3:21-0923 |
| | ) | Richardson/Holmes |
| THE LAMPO GROUP, LLC, et al | ) | |

**O R D E R**

On March 4, 2022, Plaintiff filed an amended complaint (Docket No. 21), which became the legally operative complaint. *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000). Defendant The Lampo Group, LLC's pending motions to dismiss (Docket No. 14) is thus rendered moot. The Clerk is therefore directed to terminate the motion to dismiss (Docket No. 14) without prejudice to refiling as to the amended complaint. Defendants shall answer or otherwise respond to the amended complaint as directed by Fed. R. Civ. P. 15(a)(3).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge