IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS                                )
                                         )
v.                                       )     NO. 3:21-0923
                                         )     Richardson/Holmes
THE LAMPO GROUP, LLC, et al              )


# **O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on March 15, 2022, Defendant Dave Ramsey filed a second motion and memorandum to dismiss (Docket Nos. 28 and 29). In addition, on March 16, 2022, Defendant The Lampo Group, LLC filed a second motion and memorandum to dismiss (Docket Entry Nos. 30 and 31). Responsive briefing shall be in accordance with Local Rule 7.01.

Both pending motions to dismiss relate to the amended complaint filed on March 4, 2022. (Docket No. 21.) Because that complaint is the legally operative complaint, *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000), Defendant Dave Ramsey's prior motion to dismiss (Docket No. 12) is moot. The Clerk is therefore directed to terminate that motion.

The Clerk is directed to forward the current motions to dismiss (Docket Nos. 28 and 30) and any accompanying filings and responsive filings to Judge Richardson for his consideration. All deadlines imposed by prior orders remain in full force and effect.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge