IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; and DAVE RAMSEY, | ] Judge Richardson/Holmes |
| | ] JURY DEMAND |
| Defendants. | ] |

MOTION TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS

Defendants in this matter have now filed a ***third*** Motion to Dismiss making new allegations not presented in the previous two. (Docs 28 and 29). Pursuant to Local Rule 7.01 response dates for these new Motions would be March 29 and March 30. While Plaintiff understands Defendant has every right to file these Motions, responding to them requires a great deal of work to respond.

Plaintiff's attorneys are in depositions all day on March 29, have a discovery dispute hearing scheduled for March 25 in an arbitration, and have initial case management conferences and discovery responses all due on or before March 30. Plaintiff's attorneys will have to spend a great deal of time preparing for these events in addition to responding to these Motions.

Discovery in this matter is not stayed while these Motions are pending and the parties have both exchanged first sets of written discovery; as such the case will not be delayed by granting this request.

Further, if either Defendant were to request an additional week to file replies to Plaintiff's responses; Plaintiff will not object.

Plaintiffs respectfully request this court allow Plaintiff one additional week to respond, making the deadlines to respond April 5 and April 6.

Respectfully submitted,

**THE EMPLOYMENT AND CONSUMER LAW GROUP**
*/s/ Jonathan Street*
JONATHAN STREET, BPR No. 021712
CULLEN HAMELIN, BPR No. 037317
LAUREN IRWIN, BPR No. 038433
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was served via the Court's electronic filing system this 24th day of March, 2022 to the following:

Leslie Sanders, BPR No. 18973
Daniel Crowell, BPR No. 31485
JACKSON LEWIS P.C.
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*/s/ Jonathan Street*
Jonathan Street