IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; and DAVE RAMSEY, | ] Judge Richardson/Holmes |
| | ] JURY DEMAND |
| Defendants. | ] |

> The motion is granted. The Court notes, however, that (contrary to Plaintiff's representations) each Defendant has only filed one motion to dismiss the currently-operative complaint. The responses to the Motions to Dismiss (Doc. Nos. 28, 30) shall be filed on or before April 5 and April 6, 2022, respectively. Any replies are due within seven days after service of the response.
>
> *Eli Richardson*

## MOTION TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS

Defendants in this matter have now filed a ***third*** Motion to Dismiss making new allegations not presented in the previous two. (Docs 28 and 29). Pursuant to Local Rule 7.01 response dates for these new Motions would be March 29 and March 30. While Plaintiff understands Defendant has every right to file these Motions, responding to them requires a great deal of work to respond.

Plaintiff's attorneys are in depositions all day on March 29, have a discovery dispute hearing scheduled for March 25 in an arbitration, and have initial case management conferences and discovery responses all due on or before March 30. Plaintiff's attorneys will have to spend a great deal of time preparing for these events in addition to responding to these Motions.

Discovery in this matter is not stayed while these Motions are pending and the parties have both exchanged first sets of written discovery; as such the case will not be delayed by granting this request.