IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | |
| Plaintiff, | |
| vs. | Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, et al, | Judge Richardson |
| Defendants. | Magistrate Judge Holmes |

## DECLARATION OF JONATHAN STREET

Pursuant to 28 U.S.C. § 1746 and Federal Rule of Civil Procedure 56(d), I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge:

1. My name is Jonathan Street, I am over 18 years of age and competent to testify as stated herein.

2. I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

3. I am lead counsel for the Plaintiffs in this matter.

4. All facts necessary to oppose Defendant's Second Motion to Dismiss (converted to Motion for Summary Judgment) (Doc. #29) are unavailable at this time.

5. Discovery in this matter has just begun, despite the deadline for exchange of initial disclosures, Defendant has failed to even provide those at this time.

6. Discovery is in a much too early state for Plaintiff to be able to respond effectively to a Motion for Summary Judgment at this time.

**/S/ JONATHAN A. STREET**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing was sent via the Court's electronic case filing system to the following on this the 5th day of April 2022:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

/s/ Jonathan Street<br>Jonathan Street