IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] ] ] |
| vs. | ] Case No: 3:21-CV-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY | ] ] ] ] |
| Defendants. | ] ] |

## NOTICE OF FILING EXHIBITS

Come now the Plaintiff, Brad Amos, by and through counsel, and hereby give notice as to the filing of the following exhibits to their Response in Opposition to Defendant Ramsey's Second Motion to Dismiss:

1. Exhibit A- *Maize v. Friendship Cmty. Church, Inc.*, No. E201900183COAR3CV, 2020 WL 6130918, at *11 (Tenn. Ct. App. Oct. 19, 2020), appeal denied (Mar. 17, 2021)

2. Exhibit B – *Robinson v. Wilson Cty. Sch.,* No. 3:19-CV-01092, 2020 WL 12932419, at *3 (M.D. Tenn. Jan. 10, 2020)

3. Exhibit C – Affidavit of Jonathan Street

Respectfully Submitted,

**THE EMPLOYMENT AND CONSUMER LAW GROUP**

**/s/ *Jonathan Street***
**JONATHAN A. STREET, BPR NO. 021712**
**G. BRANDON HALL, BPR NO. 034027**
**CULLEN HAMELIN, BPR NO. 037317**
**LAUREN IRWIN, BPR No. 038433**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37208
(615) 850-0632
Email: street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System this 6th day of April, 2022 to the following:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

/S/ *Jonathan Street*
**Jonathan Street**