IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS | ) | |
| | ) | |
| v. | ) | NO. 3:21-0923 |
| | ) | Richardson/Holmes |
| THE LAMPO GROUP, LLC, et al | ) | |

**O R D E R**

Pending before the Court is Plaintiff's request to extend the deadlines for disclosure of experts and reports. (Docket No. 43.) The Court recognizes that the time for responses to the motion have not yet expired and that the motion states that Defendants oppose the requested relief. The Court also recognizes that the motion was not filed 7 days in advance of the original July 29, 2022 deadline as required. *See* Docket No. 26 at 6-7. Because of the extended timing of responsive filings, which will further shorten the time for the parties to retain experts, the Court exercises its discretion to act on the motion before expiration of the response time. See Local Rule 7.01(b).

Upon consideration of the entirety of the circumstances, the Court finds that by the thinnest possible margin, Plaintiff has demonstrated a sufficient basis for the requested relief notwithstanding the untimeliness of the motion. The Court will this one-time excuse Plaintiff's tardy filing. However, Plaintiff and his counsel are put on notice that future noncompliance with the Court's orders and requirements will result in adverse consequences, including any of the remedies authorized by Fed. R. Civ. P. 16(f).

Further, to the extent that Defendants wish to seek reconsideration, they may do so by filing a motion for reconsideration by no later than **seven (7) days** from the date of entry of this order.

Plaintiff may file a response to the motion within **three (3) business days** of the filing of the motion. No reply shall be permitted unless ordered by the Court.

Based on the foregoing, Plaintiff's motion (Docket No. 43) is GRANTED. The time for the party with the burden of proof on an issue to disclose experts and reports is extended to **October 31, 2022**. The time for the party contesting said issue to disclose experts and reports is extended to **November 30, 2022**. All other provisions for expert disclosures and discovery, including restrictions on other rebuttal experts and reports and the February 15, 2023 deadline for completion of expert depositions, remain unchanged.

All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge