IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS )
)
v. ) NO. 3:21-0923
) Richardson/Holmes
THE LAMPO GROUP, LLC, et al )

**O R D E R**

The initial case management order set a deadline of August 31, 2022, for the parties to file a joint case resolution status report confirming their first, substantive attempt at settlement. (Docket No. 26 at para. F.) The parties failed to meet this deadline. Accordingly, by no later than **October 3, 2022**, Plaintiff must make a settlement demand of Defendants, to which Defendants must respond with a counter-offer by no later than **October 17, 2022**. Thereafter, the parties and their counsel must participate in substantive settlement discussions.[1] By no later than **October 31, 2022**, the parties must file a joint case resolution status report, which confirms their compliance with these instructions. The joint report must also state whether the parties intend to participate in mediation.[2]

All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect. The parties are cautioned that failure to comply with the

---

[1] The discussions may be telephonic and may be between counsel only, provided the parties are available for discussions with their respective counsel for the entire duration of the conference between counsel.
[2] The parties are put on notice that the Court is inclined to require them to participate in mediation. *See* Local Rule 16.02(b)(1).

case management schedule and (or) the Court's orders will become increasingly consequential. *See* Fed. R. Civ. P. 16(f).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge