UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00923 |
| v. | ) |
| | ) Jury Demand |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESOLUTION STATUS REPORT**

Plaintiff, by and through the undersigned counsel and pursuant to Initial Case Management Order (Doc. # 26) and the Court's Order entered on September 19, 2022 (Doc. #45), report to the Court that Plaintiff submitted an offer of settlement. However, Defendant chose not to make a counter-offer pursuant to the court's order. Defendant instead threatened to sue Plaintiff personally if he did not dismiss the case.[1]

Plaintiff believes that ADR could result in a resolution of this case, but Defendants have indicated they disagree.

Defendants are not required to try to resolve this matter- it is their right. But Plaintiff did not want to place their name on a filing which they felt was misleading with regards to compliance with a previous order of the court.

---

[1] Any lawsuit Defendant could bring against Plaintiff for bringing this lawsuit would result in a violation of the Tennessee Public Participation Act, T.C.A. 20-17-101 et. seq. As such, not only was the threat not a "counter-offer" as the court directed; it was an illegal threat.

Respectfully submitted,

THE EMPLOYMENT AND CONSUMER LAW GROUP

*/s/ Jonathan Street*
Jonathan Street
Lauren Irwin
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
lauren@eclaw.com

## CERTIFICATE OF SERVICE

I certify that, on November 1, 2022, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Leslie Sanders
Daniel Crowell
WEBB SANDERS PLLC
611 Commerce Street
Suite 3102
Nashville, TN 37203
lsanders@webbsanderslaw.com
dcrowell@webbsanderslaw.com

*Attorneys for Defendant*

*/s/Jonathan Street*
Jonathan Street
*Attorney for Plaintiff*