UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

Leslie Goff Sanders, counsel for Defendants, notifies the Court of the following immediate changes to her law firm and contact information:

Leslie Goff Sanders
BARTON PLLC
1033 Demonbreun Street
Suite 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com

    Respectfully submitted,

    /s/Leslie Goff Sanders
    Leslie Goff Sanders (TN #18973)
    BARTON PLLC
    1033 Demonbreun Street
    Suite 300
    Nashville, TN 37203
    Telephone: (615) 340-6790
    Fax: (615) 238-6762
    lsanders@bartonesq.com

    Daniel Crowell (TN #31485)
    JACKSON LEWIS P.C.
    611 Commerce Street

Suite 3102
Nashville, TN 37203
Telephone: (615) 565-1661
Fax: (615) 206-2244
daniel.crowell@jacksonlewis.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that, on November 16, 2022, I filed the foregoing *Notice of Change of Address* via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendants*

2