UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

I, Daniel Crowell, counsel for Defendants, The Lampo Group, LLC and Dave Ramsey, notify the Court of my new law firm and contact information:

Daniel Crowell
BARTON PLLC
1033 Demonbreun Street
Suite 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
dcrowell@bartonesq.com

Respectfully submitted,

/s/Daniel Crowell
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
BARTON PLLC
1033 Demonbreun Street
Suite 300
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
dcrowell@bartonesq.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I certify that, on November 30, 2022, I caused a copy of the foregoing *Notice of Change of Firm and Address* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

      /s/Daniel Crowell
      Daniel Crowell (TN #31485)
      *Attorney for Defendants*