# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00923 |
| v. | ) |
| | ) Jury Demand |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

**JOINT RESOLUTION STATUS REPORT**

The parties, by and through the undersigned counsel and pursuant to Initial Case Management Order (Doc. # 26) and the Court's Order entered on September 19, 2022 (Doc. #45), report to the Court that counsel for the parties have conferred about the potential for resolution in compliance with the Court's Order (Doc. #45). Plaintiff made a settlement demand to which Defendants responded. The parties did not reach a resolution. At this time, the Parties have engaged in substantial discovery. The parties do not believe that ADR will result in a resolution of this case.

Respectfully submitted,

| | |
|---|---|
| /s/Leslie Goff Sanders | /s/ Jonathan A. Street |
| Leslie Goff Sanders (TN #18973) | Jonathan A. Street |
| Daniel Crowell (TN #31485) | Brandon Hall |
| **JACKSON LEWIS P.C.** | Cullen Hamelin |
| CitySpace | Lauren Irwin |
| 611 Commerce Street | THE EMPLOYMENT LAW AND |
| Suite 3102 | CONSUMER LAW GROUP |
| Nashville, TN 37203 | street@eclaw.com |
| Telephone: (615) 915-3300 | bhall@eclaw.com |
| leslie.sanders@jacksonlewis.com | chamelin@eclaw.com |
| daniel.crowell@jacksonlewis.com | lauren@eclaw.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I certify that, on October 31, 2022, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT LAW AND CONSUMER LAW GROUP
street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

    /s/Daniel Crowell
    Daniel Crowell (TN #31485)
    *Attorney for Defendants*