# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00923 |
| v. | ) |
| | ) Jury Demand |
| THE LAMPO GROUP, LLC, et al, | ) |
| Defendants. | ) |

**JOINT RESOLUTION STATUS REPORT**

The parties, by and through the undersigned counsel and pursuant to Initial Case Management Order (Doc. # 26) and the Court's Order entered on September 19, 2022 (Doc. #45), report to the Court that Plaintiff submitted an offer of settlement. However, Defendant has chosen at this time not to make a counter-offer. Defendants do not believe that ADR will result in a resolution of this case.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendants*

/s/ Jonathan A. Street
Jonathan A. Street
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on October 31, 2022, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren Irwin
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

> **Deleted:** Jonathan A. Street
> Brandon Hall
> Cullen Hamelin
> Lauren Irwin
> THE EMPLOYMENT LAW AND CONSUMER LAW GROUP
> street@eclaw.com
> bhall@eclaw.com
> chamelin@eclaw.com
> lauren@eclaw.com
>
> *Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants*

2

**Page 1: [1] Deleted**         **Jonathan Street**   **10/31/22 2:31:00 PM**

**Page 1: [2] Deleted**         **Jonathan Street**   **10/31/22 2:31:00 PM**