IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS )
)
v. ) NO. 3:21-0923
) Richardson/Holmes
THE LAMPO GROUP, LLC, et al )

**O R D E R**

Pending before the Court is the parties' joint case status report and motion for status conference (Docket No. 53), which is GRANTED IN PART as provided for below. In their joint filing, the parties report various discovery disputes, which the Court will resolve in accordance with the discovery dispute resolution procedures already in effect in this case. To the extent that the parties request permission to file motions or more expansive briefs regarding the question of the propriety of the deposition of Dave Ramsey, that request is denied. After attempt at resolution in conformity with the discovery dispute resolution procedures, the parties may address their respective positions on this disputed issue in a joint discovery dispute statement and motion for resolution, limited to the allowed 3 pages per affected party[1] and filed by no later than **January 13, 2023**. Any other current unresolved discovery disputes must also be addressed in the joint discovery dispute statement and motion for resolution in conformity with the discovery dispute resolution procedures.

---

[1] To be clear, it appears that Defendant Ramsey would be the only party affected by the question of the propriety of his deposition. Nevertheless, to the extent that Defendant Lampo Group participates in the joint discovery dispute statement, it may do so only on the following conditions. No arguments made by Defendant Lampo Group shall duplicate any arguments made by Defendant Ramsey. Further, if both Defendants' positions are included in the joint discovery dispute statement, Plaintiff shall be allowed 6 pages to state his position.

A status and discovery conference shall be held telephonically on **January 23, 2023, at 9:00 a.m.** using the Court's conference line at 1-877-402-9753, access code 3808663#, to address the issues raised in any timely filed joint discovery dispute statement, as well as the case management issues raised in the parties' joint case status report. (Docket No. 53.)

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge