UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRAD AMOS, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 3:21-cv-00923 |
| v. | ) | District Judge Richardson |
| THE LAMPO GROUP, LLC, et al, | ) | Magistrate Judge Holmes |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

I, Stephen C. Stovall, enter my appearance as counsel for Defendants, The Lampo Group, LLC, and Dave Ramsey, in this case.

Respectfully submitted,

/s/Stephen C. Stovall
Stephen C. Stovall (TN # 37002)
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
BARTON PLLC
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
sstovall@bartonesq.com
lsanders@bartonesq.com
dcrowell@bartonesq.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on January 10, 2023, I filed the foregoing *Notice of Appearance* via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Jonathan A. Street
Brandon Hall
Lauren Irwin
EMPLOYMENT LAW AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Stephen C. Stovall
Stephen C. Stovall (TN #37002)
*Attorney for Defendants*