IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] |
| THE LAMPO GROUP, LLC, et al., | ] Case No: 3:21-CV-00923 |
| Defendant. | ] |

## MOTION FOR EXTENSION OF TIME TO SUBMIT JOINT DISCOVERY DISPUTE STATEMENT

Come now the Plaintiff, by and through counsel, and move the Court for an extension of time to submit the parties' Joint Discovery Dispute Statement.

Pursuant to the Court's January 4, 2023 Order [Doc. 54], the Parties are to submit a Joint Discovery Dispute Statement by January 13, 2023 in advance of the January 23, 2023 conference. Due to the number and complexity of the discovery topics in dispute, the Plaintiff believes the parties would benefit from an extension to submit a Joint Discovery Dispute Statement. Additionally, at the time of the Court's January 4, 2023 Order, Plaintiff's counsel had become ill with COVID-19, and thus been delayed in completing the Statement. Counsel for Plaintiff will have further difficulty completing Plaintiff's portion of the statement in accordance with the current deadline due to co-counsel undergoing surgery on January 13, 2023. Plaintiff has conferred with Defendants, and Defendants do not oppose this Motion.

Based on the foregoing, Plaintiffs respectfully request a 5-day extension, or until January 18, 2023, to submit a Joint Discovery Dispute Statement.

Respectfully Submitted,

**EMPLOYMENT & CONSUMER LAW GROUP**

 **/s/ Lauren Irwin**
**JONATHAN A. STREET, BPR No. 021712**
**LAUREN IRWIN, BRP No. 038433**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System this 10th day of January, 2023 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
BARTON PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com

*Attorneys for Defendants*

                                                                               **/s/ *Lauren Irwin***
                                                                               **Lauren Irwin**