IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **BRAD AMOS,** | ] |
| **Plaintiff,** | ] |
| vs. | ] |
| **THE LAMPO GROUP, LLC, et al.,** | ] **Case No: 3:21-CV-00923** |
| **Defendant.** | ] |

## JOINT NOTICE OF MEDIATION

Come now the Plaintiff Brad Amos and Defendants The Lampo Group and Dave Ramsey, by and through counsel, in accordance with the Court's November 30, 2022 Order [Doc. 49], report to the Court that they have agreed to mediate this matter with mediator Reid Estes and have scheduled the mediation for March 9, 2023.

Respectfully Submitted,

| | |
|---|---|
| **EMPLOYMENT & CONSUMER LAW GROUP** | **BARTON PLLC** |
| /s/ Lauren Irwin | /s/ |
| **JONATHAN A. STREET, BPR No. 021712** | Leslie Goff Sanders (TN #18973) |
| **LAUREN IRWIN, BRP No. 038433** | Daniel Crowell (TN #31485) |
| 1720 West End Ave, Suite 402 | 611 Commerce St, Suite 2603 |
| Nashville, TN 37203 | Nashville, TN 37203 |
| street@eclaw.com | lsandders@bartonesq.com |
| lauren@eclaw.com | dcrowell@bartonesq.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System this 12th day of January, 2023 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
BARTON PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com

*Attorneys for Defendants*

                                                       **/s/ *Lauren Irwin***
                                                       **Lauren Irwin**