IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] |
| THE LAMPO GROUP, LLC, et al., | ] Case No: 3:21-CV-00923 |
| Defendant. | ] |

## NOTICE OF FILING

Comes now the Plaintiff and gives notice of filing the following which are referred to in the Joint Statement of Discovery Dispute to be filed in this matter:

1. Deposition of Lampo Group 30(b)(6) witness

Respectfully Submitted

**/s/ Jonathan A. Street**
Jonathan A. Street, BPR No. 021712
Lauren Irwin, BPR No. 38433
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com