# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| **BRAD AMOS,** | ] |
| | ] |
| **Plaintiff,** | ] |
| | ] |
| **vs.** | ] |
| | ] |
| **THE LAMPO GROUP, LLC, et al.,** | ] |
| | ] **Case No: 3:21-CV-00923** |
| **Defendant.** | ] |
| | ] |
| | ] |
| | ] |
| | ] |

## NOTICE OF FILING

Comes now the Plaintiff and gives notice of filing the following which are referred to in

the Joint Statement of Discovery Dispute to be filed in this matter:

1. Defendant Dave Ramsey Responses to Plaintiff's First Request for Production

2. Defendant Lampo Group Responses to Plaintiff's First Set of Interrogatories

3. Defendant Lampo Group Responses to Plantiff's First Request for Production

4. Defendant Lampo Group Responses to Plaintiff's Second Request for Production

Respectfully Submitted


<u>**/s/ Jonathan A. Street**</u>
Jonathan A. Street, BPR No. 021712
Lauren Irwin, BPR No. 38433
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com