# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 <br> ) <br> ) District Judge Richardson |
| v. | ) <br> ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) <br> ) Jury Demand |
| Defendants. | ) |

## NOTICE OF FILING

Defendants, The Lampo Group, LLC and Dave Ramsey, by and through the undersigned counsel, file the following exhibits referenced in the parties' Joint Discovery Dispute Statement – Plaintiff's Issues (Doc. #63):

Defendants' Exhibit 1 – Plaintiff's Notice of 30(b)(6) Deposition

Defendants' Exhibit 2 – Defendant's Objections to Plaintiff's Notice of 30(b)(6) Deposition

    Respectfully submitted,

    /s/Daniel Crowell
    Leslie Goff Sanders (TN #18973)
    Daniel Crowell (TN #31485)
    Stephen Stovall (TN #37002)
    BARTON PLLC
    611 Commerce Street
    Suite 2603
    Nashville, TN 37203
    Telephone: (615) 340-6790
    Fax: (615) 238-6762
    lsanders@bartonesq.com
    dcrowell@bartonesq.com
    sstovall@bartonesq.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on January 18, 2023, I caused the foregoing *Notice of Filing* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP
street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants*