# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:21-cv-00923 ) ) Jury Demand |
| THE LAMPO GROUP, LLC, et al, | ) ) |
| Defendants. | ) |

## NOTICE OF FILING

Comes now the Plaintiff and files his deposition as an exhibit for the discovery and status conference scheduled for January 23, 2022. Defendants made false statements regarding the content of said deposition necessitating this filing which shows Plaintiff did in fact have many personal interactions with Defendant Ramsey including but not limited to:

- Dave Ramsey would visit the editing bay and sit with Plaintiff while he worked on project for Lampo (256-257)
- Dave Ramsey personally screened Plaintiff's projects with Plaintiff on at least three occasions (261)
- Dave Ramsey met with Plaintiff at his onboarding (261)
- Dave Ramsey attended Plaintiffs 90 day review (262)
- Dave Ramsey personally visited Plaintiff at his desk to discuss Lampo's illegal use of video footage of Martin Luther King, Jr. and the "Summit Trailer" (268)
- Plaintiff was present at Defendant Ramsey's Borrowed Future podcast (262)

Other items in the deposition showing the need for Defendant Ramsey's level of control over Defendant Lampo and its policies which led to the illegal termination of the Plaintiff as well as the intolerance of Defendant Ramsey of any employee of Defendant Lampo who holds different religious views than himself. Clearly Defendant Ramsey needs to be deposed as a party and/or fact witness.

Such items include Ramsey threatening to fire anyone who did not vote Lampo as one of

the top places to work, his statements regarding only using faith based measures to combat COVID, instructing his employees they would have to work for free, new employees being forced to take tests regarding Dave Ramsey and visit the "Museum of Dave Ramsey", the efforts of Lampo to weed out "Dave-ish" employees (employees who may not agree with Dave Ramsey's views completely and without hesitation), and how management was trained to be Dave Ramsey "clones".

Respectfully Submitted,

**/s/ JONATHAN A. STREET**
**JONATHAN A. STREET, BPR No. 021712**
**BRANDON HALL, BPR No. 034027**
**CULLEN HAMELIN, BPR No. 037317**
**LAUREN IRWIN, BPR No. 038433**
1720 West End Ave., Ste 402
Nashville, TN 37203
(615) 850-0632

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing was served via the Court's electronic filing system this 3rd day of January, 2023 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 915-3300
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com

*Attorneys for Defendants*

/s/ Jonathan Street
Jonathan Street