UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) |
| | ) |
| and | ) |
| | ) |
| DAVE RAMSEY | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

Counsel for Defendants, The Lampo Group, LLC and Dave Ramsey, ("Defendants"), notify the Court and counsel for Plaintiff of their new address, effective immediately.

**BARTON PLLC**
611 Commerce Street, Ste. 2603
Nashville, TN 37203

Respectfully submitted,
**BARTON PLLC**

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
611 Commerce Street, Ste. 2603
Nashville, TN 37203
Telephone: (615)340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

       I certify that, on January 25, 2023, I caused a copy of *Notice of Change of Address* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of that filing to:

Brandon G. Hall
bhall@eclaw.com

Cullen D. Hamelin
chamelin@eclaw.com

Jonathan A. Street
street@eclaw.com

Lauren J. Irwin
lauren@eclaw.com

*Attorneys for Plaintiff*

                                       /s/ Leslie Goff Sanders
                                          Leslie Goff Sanders (TN #18973)
                                          *Attorney for Defendant*