IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY | ] ] ] JURY DEMAND |
| Defendants. | ] |

## MOTION TO ALLOW BRIEF REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff moves this court to allow them to file a brief 3-page reply to Defendant's response to Plaintiff's Motion to Compel. In support, Plaintiff would show as follows:

1. Defendants have provided updated responses to some of Plaintiff's written discovery for the first time in their response to Plaintiff's Motion to Compel. As such, some of the issues raised can now be stricken.

2. Plaintiff wants to briefly respond to some of the clear inaccuracies contained in Defendant's response. The response will be brief.

WHEREFOR, having shown good cause, Plaintiff respectfully requests leave to file a Reply to Defendant's Response to Plaintiff's Motion to Compel.

Respectfully Submitted,

/s/ Jonathan A. Street

Jonathan A. Street
Lauren Irwin

EMPLOYMENT AND CONSUMER LAW GROUP
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that, on February 22, 2023, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON PLLC**
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

/s/ Jonathan A. Street