IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRAD AMOS,** | ] | |
| Plaintiff, | ] | |
| vs. | ] | Case No: 3:21-cv-00923 |
| **THE LAMPO GROUP, LLC, d/b/a RAMSEY SOLUTIONS; DAVE RAMSEY** | ] | JURY DEMAND |
| Defendants. | ] | |

*The motion, DE 78, is GRANTED. Plaintiff may file a reply of no more than 5 pages on or before March 10, 2023.*

/s/ Barbara D. Holmes

## MOTION TO ALLOW BRIEF REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL

Plaintiff moves this court to allow them to file a brief 3-page reply to Defendant's response to Plaintiff's Motion to Compel. In support, Plaintiff would show as follows:

1. Defendants have provided updated responses to some of Plaintiff's written discovery for the first time in their response to Plaintiff's Motion to Compel. As such, some of the issues raised can now be stricken.

2. Plaintiff wants to briefly respond to some of the clear inaccuracies contained in Defendant's response. The response will be brief.

WHEREFOR, having shown good cause, Plaintiff respectfully requests leave to file a Reply to Defendant's Response to Plaintiff's Motion to Compel.

Respectfully Submitted,

/s/ Jonathan A. Street

Jonathan A. Street
Lauren Irwin