| | |
|---|---|
| **Subject:** | Re: Joint Discovery Dispute Statement.Lampo |
| **Date:** | Wednesday, January 18, 2023 at 9:48:46 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Daniel Crowell, Stephen C. Stovall |
| **Attachments:** | image001.png, image002.png, image674423.png, image024500.png |

Yes

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonsq.com | www.bartonsq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Wednesday, January 18, 2023 9:15:44 PM
**To:** Lauren Irwin <lauren@eclaw.com>; Leslie Goff Sanders <lsanders@bartonsq.com>
**Cc:** Daniel Crowell <dcrowell@bartonsq.com>; Stephen C. Stovall <sstovall@bartonsq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

To be clear, we were to add our response to the statement of defendant regarding the deposition of Mr Ramsey and then file.

You were to add defendants response to our statement and file.

Thanks

Jon

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Lauren Irwin <lauren@eclaw.com>
**Sent:** Wednesday, January 18, 2023 9:11:37 PM
**To:** Leslie Goff Sanders <lsanders@bartonsq.com>; Jonathan Street <street@eclaw.com>

**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Hi Leslie,

See attached the completed Joint Discovery Dispute Statement as to the issue of Dave Ramsey's deposition. We have also included an attachment to be included as Plaintiff's Exhibit A.

Best,
Lauren

**Lauren Irwin | Associate Attorney**
**Employment & Consumer Law Group**
Ph: (615) 850-0632

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Wednesday, January 18, 2023 at 7:40 PM
**To:** Jonathan Street <street@eclaw.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, "Stephen C. Stovall" <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Sure. There is a case that needs to be filed with the dispute statement re: Dave Ramsey's deposition. I am at this dinner with my team and can't pull the case. I can file a separate Notice of Filing

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Wednesday, January 18, 2023 6:38:55 PM

**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Also, we can add our portion to the statement dealing with the Ramsey deposition and file that one if you can file the one regarding Plaintiffs issues once you have included your response.

Thanks

Jon

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

---

**From:** Jonathan Street <street@eclaw.com>
**Date:** Wednesday, January 18, 2023 at 6:31 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Leslie we are working on the formatting like we said but wanted to give you a heads up, its long with all the issues involved. Over 20 pages. We will get it to you as soon as possible, definitely before 11 pm as you requested.

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Wednesday, January 18, 2023 at 6:10 PM
**To:** Jonathan Street <street@eclaw.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Joint Discovery Dispute Statement.Lampo

Please find attached Defendants' position on deposing Dave Ramsey. Please insert your position, return to me and I'll file it tonight. Please send me your position on Plaintiff's o/s discovery issues and I'll insert our position. I'm happy to file the joint statement on Plaintiff's issues later this evening when I return from my dinner function. Thanks!

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**