**Subject:** RE: Brad Amos v. Lampo Group, LLC.
**Date:** Thursday, August 20, 2020 at 5:27:22 PM Central Daylight Time
**From:** Daniel Cortez
**To:** Jonathan Street
**CC:** Armando Lopez
**Attachments:** image002.png

Mr. Street,

Armando has referred this matter to me. I just left a message with your assistant, but also wanted to reach out via email. I will be in the office until 6 this evening so please feel free to contact me at the number below. If we are not able to connect today, you can reach me tomorrow during regular business hours.

Regards,

Daniel

**Daniel E. Cortez | General Counsel**
**Ramsey Solutions**
615-221-9033
1011 Reams Fleming Blvd | Franklin TN 37064




Confidentiality Notice: This is a private communication. The information in this email and any attachments contains information intended only for the use of the person named as recipient. If you are not the named recipient, be advised that any unauthorized review, disclosure, reproduction, or dissemination of the contents of this message is strictly prohibited. If you have received this material in error, please delete this message and any attachments without storing it and notify the sender.

---

**From:** Jonathan Street <street@eclaw.com>
**Date:** Thursday, August 20, 2020 at 4:01 PM
**To:** Armando Lopez <armando.lopez@daveramsey.com>
**Subject:** Brad Amos v. Lampo Group, LLC.

Mr. Lopez

Please be advised our firm has been retained by Mr. Brad Amos regarding his recent termination from the Ramsey Group. We are still reviewing the materials provided to us by our client as well as the proposed severance agreement provided to him.

We would like to possibly be able to continue negotiation with your company before instituting litigation, but to do so we will need an extension on the date provided by the Ramsey Group on the proposed separation agreement you provided to my client. Please let me know if you are amenable to providing said extension or if we should proceed otherwise.

I look forward to hearing from you, please do not hesitate to call me or e-mail me should you wish to discuss.

Thanks

Jonathan Street

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

**PLEASE NOTE NEW ADDRESS EFFECTIVE APRIL 20, 2020**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632 Fax: (866) 578-6038
www.eclaw.com