Message

**From:** Daniel Cortez [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3FAED2D6B1FB44B9ADB1864530D6E5BF-DANIEL CORT]
**Sent:** 9/17/2020 2:01:46 PM
**To:** David DiCicco [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d13a1e7043914054a401571f28431404-David DiCic]
**Subject:** FW: Brad Amos v. The Lampo Group, LLC d/b/a Ramsey Solutions
**Attachments:** Litigation Hold Notice.doc

Hi David,

Jen and Lara asked that you be added to this distribution. Please read the below and attached and reach out with any questions.

Thanks,

D

**Daniel E. Cortez | General Counsel**
**Ramsey Solutions**
615-221-9033
1011 Reams Fleming Blvd | Franklin TN 37064



Confidentiality Notice: This is a private communication. The information in this email and any attachments contains information intended only for the use of the person named as recipient. If you are not the named recipient, be advised that any unauthorized review, disclosure, reproduction, or dissemination of the contents of this message is strictly prohibited. If you have received this material in error, please delete this message and any attachments without storing it and notify the sender.

---

**From:** Daniel Cortez
**Sent:** Wednesday, September 16, 2020 5:31 PM
**To:** Committee - HR <HRCommittee@daveramsey.com>; Luke LeFevre <Luke.LeFevre@daveramsey.com>; Lara Johnson <laraj@daveramsey.com>; Molly Dimitt <molly.dimitt@daveramsey.com>
**Cc:** Leslie Sanders <lsanders@webbsanderslaw.com>
**Subject:** Brad Amos v. The Lampo Group, LLC d/b/a Ramsey Solutions

Team,

Please review the attached litigation hold notice related to Brad Amos' termination. If I have inadvertently left anyone off who may have documents related to this matter, please reach out to me and I'll add them to the distribution.

Many thanks and please reach out with any questions.

D

**Daniel E. Cortez | General Counsel**
**Ramsey Solutions**
615-221-9033
1011 Reams Fleming Blvd | Franklin TN 37064

Attorney-Client Privilege                                                                                                    LAMPO0049246



Confidentiality Notice: This is a private communication. The information in this email and any attachments contains information intended only for the use of the person named as recipient. If you are not the named recipient, be advised that any unauthorized review, disclosure, reproduction, or dissemination of the contents of this message is strictly prohibited. If you have received this material in error, please delete this message and any attachments without storing it and notify the sender.

Attorney-Client Privilege

LAMPO0049247