**CONFIDENTIAL**

DOCUMENT RETENTION AND PRESERVATION NOTICE

TO: HR Committee Members, Luke LeFevre, Lara Johnson, Molly Dimitt

FROM: Daniel Cortez

DATE: [ DATE \@ "MMMM d, yyyy" ]

RE: Brad Amos

---

Team, I have received notification from Brad Amos' attorney that litigation related to Brad's termination is imminent. As such, I am sending this document preservation notice to ensure that we preserve any documentation that may be pertinent to that potential litigation.

This notice is intended to serve as a reminder that the The Lampo Group, LLC ("Company") is legally required to preserve all records that could reasonably be relevant to this matter, including records that already exist and new records created after your receipt of this notice. The Company's duty to preserve records extends to records of any kind, however stored, and includes, without limitation, papers, memos, letters, notes, e-mails, text messages, voicemails, audio or video recordings, electronic databases, and any other electronically stored information that relates to Brad Amos or his claims against the Company.

It is imperative that you take all steps reasonably necessary to preserve all records covered by this notice in their original forms. Such steps include, without limitation, immediately halting all routine housekeeping or deletion procedures, like regularly scheduled auto-purges, that could modify or destroy records covered by this notice.

Please conduct a thorough search for records covered by this notice. Places to look include, without limitation, the following:

- Your immediate work area, e.g., office, cubicle, desk, filing cabinets
- Your computer, tablet, phone, and other electronic devices
- Your external hard drives, USB drives, DVDs, CDs, and other external storage media
- Your computer file folders, file archives, shared drives, and cloud storage areas
- Your e-mail account and e-mail archives
- Your text messages and instant messages
- Your paper files, notepads, notebooks, calendars, and binders
- Anywhere else, including home and other offsite locations, where you may have records covered by this notice

You are required to preserve all records covered by this notice until instructed otherwise. Failure to comply with this notice could result in severe consequences for the Company,

Attorney-Client Privilege                                                                                               LAMPO0049248

including civil or criminal penalties. This notice and the issues addressed herein are confidential and should not be discussed with anyone other than the Company's legal representatives, except to the extent necessary to fulfill your obligations under this notice.

If you have any questions regarding this notice, please feel to reach out to me.

Thank you for your cooperation.

Attorney-Client Privilege

LAMPO0049249