UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | Case No. 3:21-cv-00923 |
| Plaintiff, ) | |
| ) | District Judge Richardson |
| v. ) | |
| ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, ) | |
| ) | Jury Demand |
| Defendants. ) | |

## DECLARATION OF DAVID L. RAMSEY, III

I, David L. Ramsey, III, declare under penalty of perjury that I have no documents responsive to the Plaintiff's First Request for Production of Documents to Defendant Dave Ramsey in my personal possession, custody or control. Responsive documents, if any, would all be in the possession, custody and control of The Lampo Group, LLC.

_____
David L. Ramsey, III

## CERTIFICATE OF SERVICE

I certify that, on February 15, 2023, I sent the foregoing *Declaration of David L. Ramsey, III* via email to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP
street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendants*