UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| THE LAMPO GROUP, LLC, et al, | ) Magistrate Judge Holmes |
| | ) |
| Defendants. | ) Jury Demand |
| | ) |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

The parties, by and through the undersigned counsel and pursuant to Rule 16 of the Federal Rules of Civil Procedure, move the Court to extend the deadline for completing depositions of fact witnesses as follows:

1. The parties will complete all fact witness depositions by June 1, 2023.

2. Plaintiff's remaining fact witness depositions will be limited to former and current employees of Defendant, The Lampo Group, LLC.

3. If during the course of the remaining fact witness depositions, Plaintiff discovers third parties who have relevant information, Plaintiff may petition the Court for leave to depose those third parties.

4. Plaintiff will not seek to depose Dave Ramsey until after Defendants' Second Motions to Dismiss (Docs. #28, 30) have been resolved by the Court. If Plaintiff seeks to depose Mr. Ramsey after the Court resolves Defendants' Second Motions to Dismiss, Defendants will not oppose his deposition on the basis that fact discovery has concluded.

5. Plaintiff stipulates that he will not depose Sharon Ramsey.

1

6. This Joint Motion will not impact any other deadlines in this case.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

/s/Jonathan A. Street
Jonathan Street (TN #021712)
Lauren Irwin (TN #038433)
Brandon Hall (TN #34027)
Cullen Hamelin (TN #37317)
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
lauren@eclaw.com
bhall@eclaw.com
chamellin@eclaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I certify that, on April 5, 2023, I caused the foregoing *Joint Motion to Extend Discovery Deadline* to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren Irwin
Brandon Hall
Cullen Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

                /s/Leslie Goff Sanders
                Leslie Goff Sanders (TN #18973)
                *Attorney for Defendants*