IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS )
)
)
v. ) No. 3:21-0923
) Richardson/Holmes
THE LAMPO GROUP, LLC )
and DAVE RAMSEY )

**O R D E R**

Pending before the Court is the parties' joint motion for extension of time to complete discovery on certain conditions (Docket No. 84), which is DENIED WITHOUT PREJUDICE. The requested modified deadline for completion of fact witness depositions extends beyond the deadline for dispositive motions. Further, the conditions agreed to by the parties implicitly, if not explicitly, stay at least some discovery until pending motions are resolved, despite the language of the Court's local rules, which plainly state that discovery is not stayed during the pendency of motions and that orders of a Magistrate Judge are not stayed absent a court order. *See* Local Rules 16.01(g) and 72.01(c). The parties may file a new motion that addresses these issues.

It is SO ORDER.

_____
BARBARA D. HOLMES
United States Magistrate Judge