IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | |
| Plaintiff, | |
| vs. | Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC and DAVE RAMSEY, | Judge Richardson/Holmes |
| | Jury Demand |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

Comes now the Plaintiff, Brad Amos, in this matter and moves this honorable Court to continue the trial in this matter currently set for October 3, 2023. In support Plaintiff would show as follows:

The Parties have not previously requested a continuance of the trial in this matter. The Parties have been very diligent litigating this matter, however the Parties have discovery remaining they have not been able to complete.

Further, pending motions exist which will affect the discovery deadline, dispositive motion deadline, and trial date including Defendants' Motions to Dismiss (Docs. 28, 30), Defendant Ramsey's Appeal from the Magistrate Order Regarding the Deposition of Mr. Ramsey (Doc. 72), and Plaintiff's Motion for Sanctions. (Doc. 83).

In addition, in March Plaintiff's attorney suffered from both a COVID infection for a week and then developed an infection of the ears, throat, and lungs which caused him to be on

bed rest for an additional week. Given counsel's sickness and the Parties' discovery disputes, the Parties have been unable to conclude discovery in a timely manner.

Further, other discovery disputes may still exist. Additional time will provide time for the Parties to work together to resolve these issues without the involvement of the Court.

As such, Plaintiff requests the discovery deadline, dispositive motion deadline, and the trial in this matter be continued as follows:

1. **The parties shall complete discovery by July 15, 2023**
2. **Dispositive Motions shall be filed by July 22, 2023, Responses will be due 28 days later, and any Replies will be due 14 days thereafter.**
3. **A Trial Date shall be set not earlier than January 15, 2024**

Pursuant to Local Rule 7.01(a)(1), Plaintiff certifies that he has conferred with Defendants, through counsel, and they do not oppose this motion.

Respectfully Submitted,

/s/ Jonathan A. Street

Jonathan A. Street
Lauren Irwin
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

        I certify that, on April 7, 2023, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON LLP**
611 Commerce Street, Suite 2603
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

                                                                  */s/ Jonathan A. Street*