| From: | Jonathan Street |
| --- | --- |
| To: | Leslie Goff Sanders; Lauren Irwin |
| Cc: | Daniel Crowell |
| Subject: | Re: Agendas |
| Date: | Friday, March 24, 2023 6:45:45 PM |
| Attachments: | image334485.png |
| | image779272.png |

Leslie

I'll get back to you on monday on the failure to comply with the court order Lauren emailed about.

I will point out that no motion to compel is required to have a party comply with a court order, even Dave Ramsey.

Hopefully we can get it worked out

Jon

Get Outlook for iOS

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, March 24, 2023 6:28:05 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Agendas

Jon and Lauren - attached are the remaining agendas for staff meetings through December 2020. We are sending the recordings but the files are very large and keep getting bounced by Mimecast. We are breaking them up into smaller files. We will send them on Monday along with the slip sheets.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton LLP
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**