# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No. 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, ET AL., | ] JURY DEMAND |
| Defendant. | ] |

## MOTION TO ASCERTAIN STATUS

Comes now the Plaintiff and pursuant to Middle District of Tennessee Local Rule 7.01(c) files this Motion to Ascertain the Status of his Unopposed Motion to Continue Trial (Doc. No. 88).

Plaintiff understands the Motion was only filed 12 days ago and understands the Court has many matters pending before it, but several fast-approaching deadlines are dependent on the Court's ruling on this matter. The Motion is unopposed and the parties have not requested a continuance of the trial previously.

Respectfully Submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP,**

/s/ *Jonathan A. Street*
**JONATHAN STREET, BPR NO. 021712**
**LAUREN IRWIN, BPR No. 034833**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail this 24th day of April, 2023 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
**JACKSON LEWIS P.C.**
CitySpace
611 Commerce Street
Suite 3102
Nashville, TN 37203
Telephone: (615) 565-1661
leslie.sanders@jacksonlewis.com
daniel.crowell@jacksonlewis.com
*Attorneys for Defendants*

                                            */s/ Jonathan A. Street*
                                            **Jonathan A. Street**