IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS | ) |
| | ) |
| v. | )  No. 3:21-0923 |
| | )  Richardson/Holmes |
| THE LAMPO GROUP, LLC and | ) |
| DAVE RAMSEY | |

**FIFTH MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is Plaintiff's motion for modification of certain case management deadlines (Docket No. 90), which is represented to be unopposed and is therefore GRANTED as provided for below.[1] The case management schedule and plan is modified is follows:

1. The deadline to complete discovery is extended to **May 12, 2023**. Plaintiff's motion references that depositions are "currently being scheduled." (Docket No. 90 at 1.) Those depositions, including the deposition of Defendant Dave Ramsey as previously ordered and any Rule 30(b)(6) deposition, **must proceed promptly**. All other provisions for discovery, including for resolution of discovery disputes, remain unchanged. Further, the Court's prior orders regarding discovery remain in effect and the parties must carefully consider whether they have fully complied with those orders. Failure to fully comply may result in sanctions.

2. The deadline for dispositive motions is extended to **May 19, 2023**.[2] Responses to dispositive motions must be filed **within 14 days** of the filing of the motion. Optional replies may be filed **within 7 days** of the filing of the response. All other provisions for dispositive motions,

---

[1] In granting the motion, the Court nevertheless notes that the motion was not filed 7 days in advance of the earliest impacted deadline as required. Nor does the motion provide any specific details of Plaintiff's efforts to comply with the original deadline or why that was not feasible.

[2] The Court recognizes this deadline and briefing schedule results in slightly fewer than 120 days between the dispositive motion reply deadline and the trial date. No further compression of that time will be granted.

including briefing page limits, restrictions on motions for partial summary judgment, and compliance with Judge Richardson's requirements for statements of undisputed material facts, remain unchanged.

3. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

4. All other pending motions remain under advisement.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge