Defendant's Motion to Ascertain Status (Doc. No. 91) is DENIED without prejudice as moot as the motion at Doc. No. 88 was granted at Doc. No. 93.

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **BRAD AMOS,** | ] |
| Plaintiff, | ] |
| vs. | ] Case No. 3:21-cv-00923 |
| **THE LAMPO GROUP, LLC, ET AL.,** | ] JURY DEMAND |
| Defendant. | ] |

## MOTION TO ASCERTAIN STATUS

Comes now the Plaintiff and pursuant to Middle District of Tennessee Local Rule 7.01(c) files this Motion to Ascertain the Status of his Unopposed Motion to Continue Trial (Doc. No. 88).

Plaintiff understands the Motion was only filed 12 days ago and understands the Court has many matters pending before it, but several fast-approaching deadlines are dependent on the Court's ruling on this matter. The Motion is unopposed and the parties have not requested a continuance of the trial previously.

Respectfully Submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP,**

*/s/ Jonathan A. Street*
**JONATHAN STREET, BPR NO. 021712**
**LAUREN IRWIN, BPR No. 034833**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632