UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) Jury Demand |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR REVIEW OF
NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE**

Defendants, Dave Ramsey ("Ramsey") and The Lampo Group, LLC ("Lampo"), by and through the undersigned counsel and pursuant to Rule 72 of the Federal Rules of Civil Procedure and Local Rule 72.01, move the Court to overrule the Memorandum Order entered on January 24, 2023 (Doc. #66) and stay Ramsey's deposition until the Court resolves Defendants' Second Motions to Dismiss (Docs. #28, 30).[1]

As more fully explained in Defendants' concurrently filed memorandum of law (Doc. #100), Defendants believe that Supreme Court and Sixth Circuit precedent strongly suggest, if not compel, that Ramsey's deposition be stayed while their Rule 12(b)(6) motions to dismiss are pending.

The fact discovery deadline in this case is May 12, 2023 (Doc. #92), and Plaintiff has noticed Ramsey's deposition for that date. Defendants' memorandum of law is substantively identical to the Objections they previously filed (Doc. #72) and to which Plaintiff has already responded (Doc. #74), so this matter is fully briefed. Therefore, Defendants respectfully ask the Court to rule on this Motion prior to Ramsey's deposition on May 12, 2023.

---

[1] Defendants have filed this motion and their supporting memorandum in response to and compliance with the Court's Order dated April 28, 2023. (Doc. #98).

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that, on April 28, 2023, I filed the foregoing *Defendants' Motion for Review of Nondispositive Order of Magistrate Judge* via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Brandon Hall
Cullen Hamelin
Lauren Irwin
THE EMPLOYMENT AND CONSUMER LAW GROUP
street@eclaw.com
bhall@eclaw.com
chamelin@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendants*