IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cv-0923 |
| | ) | Richardson/Holmes |
| THE LAMPO GROUP, LLC and | ) | |
| DAVE RAMSEY | ) | |

## SIXTH AMENDED CASE MANAGEMENT ORDER

Pending before the Court is the parties' joint motion to modify the case management schedule (Docket No. 101), which, for the following reasons is GRANTED as provided for below. Because the District Judge has now continued the trial date (Docket No. 93) and based on the circumstances described in the parties' joint motion, the Court finds good cause to modify the case management order as follows:

1. The deadline to complete discovery, including all depositions, is extended to **June 30, 2023**. All other provisions for discovery, including for resolution of discovery disputes, remain unchanged.

2. The deadline to file dispositive motions is extended to **July 28, 2023**. Responses must be filed by **August 18, 2023**, and optional replies may be filed by **August 25, 2023**. All other provisions for dispositive motions, including briefing page limits, restrictions on motions for partial summary judgment, and Judge Richardson's expectations for statements of undisputed material facts, remain unchanged.

3. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge