IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS ) | |
| ) | Case No. 3:21-cv-00923 |
| v. ) | Richardson/Holmes |
| ) | |
| THE LAMPO GROUP, LLC and ) | |
| DAVE RAMSEY ) | |

## **O R D E R**

On June 21, 2023, the parties contacted the Court for assistance in resolution of issues that arose during the deposition of Defendant Dave Ramsey. Participating in the call were Jonathan Street, counsel for Plaintiff, and Leslie Goff Sanders, counsel for Defendants. The basis for the call was Defendant Ramsey's assertion that certain questions and lines of questioning by Plaintiff's counsel were in bad faith or pursued solely to annoy, embarrass or oppress Defendant Ramsey, warranting a demand to suspend the deposition to allow for the filing of a motion for a protective order under Fed. R. Civ. P. 30(d)(3). Because the Court was unable to resolve the issues without more context, the deposition was suspended for Defendant Ramsey to file a motion for a protective order.

Defendant Ramsey's motion for a protective order and supporting memorandum of law, with at least a rough draft of the deposition transcript, must be filed by no later than **June 22, 2023**. If a rough draft of the deposition transcript is not available by this date or the parties determine that an official transcript is necessary, the motion must be filed **within one (1) business day** of defense counsel's receipt of the transcript. If an official transcript is requested, it must be expedited at Defendant Ramsey's expense, subject to further order. Plaintiff must file a response to the motion for protective order **within 5 days** of the filing of the motion. Briefs or memorandum of

law in support of or in opposition to the motion shall not exceed 10 pages. Defendant Ramsey may file an optional reply, of no more than 3 pages, **within 2 days** of the filing of the response.

The deadline to complete discovery is suspended solely as to the completion of Defendant's Ramsey's deposition, should the Court ultimately determine that to be appropriate or necessary.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge