UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, The Lampo Group, LLC ("Lampo") and Dave Ramsey ("Ramsey"), by and through undersigned counsel and pursuant to Rule 30(d)(3) of the Federal Rules of Civil Procedure and the Court's Order dated June 23, 2023 (Doc. #105), move the Court for a protective order prohibiting Plaintiff, Brad Amos, from seeking deposition testimony from Ramsey related to *Caitlin O'Connor v. The Lampo Group, LLC,* Case No. 3:20-cv-00628, currently pending in the U.S. District Court for the Middle District of Tennessee (the "Pending Litigation").

As more fully explained in Defendants' concurrently filed memorandum of law (Doc. #107), the Pending Litigation has no relevance to this case and Plaintiff is seeking deposition testimony about it from Ramsey in a bad faith attempt to annoy, embarrass, and oppress Defendants.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790

Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on June 23, 2023, I filed the foregoing *Defendants' Motion for Protective Order* via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren J. Irwin
Brandon G. Hall
Cullen D. Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendants*