UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 ) |
| v. | ) District Judge Richardson ) |
| THE LAMPO GROUP, LLC, et al, | ) Magistrate Judge Holmes ) |
| Defendants. | ) Jury Demand ) |

## NOTICE OF WITHDRAWAL OF
## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants, The Lampo Group, LLC ("Lampo") and Dave Ramsey ("Ramsey"), by and through the undersigned counsel, withdraw their Motion for Protective Order and supporting memorandum filed on June 23, 2023. (Docs. #106, 107).

Today, during conferral of counsel for the parties, Plaintiff indicated that he does not intend to continue the deposition of Ramsey that began on June 21, 2023. Defendants, in turn, committed to withdrawing their Motion for Protective Order as it is now moot.

Respectfully submitted,

/s/Daniel Crowell
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on June 30, 2023, I filed the foregoing *Notice of Withdrawal of Defendants' Motion for Protective Order* via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren J. Irwin
Brandon G. Hall
Cullen D. Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendants*