IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS ) | |
| ) | Case No. 3:21-cv-00923 |
| v. ) | Judge Campbell |
| ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC *et al.* ) | |

# O R D E R

Pending before the Court is Defendants' motion for a protective order (Docket No. 106), which was later withdrawn by Defendants. *See* Notice of Withdrawal of Defendants' Motion for Protective Order at Docket No. 108. Defendants' motion (Docket No. 106) is therefore DENIED as moot and without prejudice.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge