> The motion is granted.
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXPAND PAGE LIMITS**

Defendant, The Lampo Group, LLC, by and through the undersigned counsel and pursuant to Rule 16 of the Federal Rules of Civil Procedure, moves the Court to expand the parties' page limits for their forthcoming summary judgment briefing. In support of this motion, Defendant states the following:

1. Plaintiff's First Amended Complaint (Doc. #21) asserts six claims against Defendant:

    a. Retaliatory discharge in violation of the Tennessee Public Protection Act, T.C.A. §50-1-304, *et seq.*;

    b. Religious discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e*, et seq.*;

    c. Religious discrimination in violation of the Tennessee Human Rights Act, T.C.A. §4-21-101, *et seq.*;

    d. Fraud;

    e. Promissory estoppel; and

    f. Deceptive representations and false pretenses in violation of T.C.A. §50-1-102.