# BRAD AMOS

www.amosfilm.com
brad 

May 8, 2019

RE: Video Producer job opening

Dear Sir or Madame:

I am writing at the recommendation of Allison Bible whom I was in contact earlier in the year regarding another position. I was excited to see Ramsey Solutions' current listing for a Video Producer. Excited both because I'm in the process of moving to Franklin, TN to be closer to family, but also because Ramsey Solutions has had a personal impact upon my own life.

I grew up listening to Dave on the radio as my father shuttled me to basketball practice at Grassland Middle. His "Baby Step" process helped my parents get out of debt and recover from a bankruptcy. Years later, thanks to those carpool AM radio lessons, my wife and I paid off student loans in excess of $60,000 and continue to live debt-free.

For the past 19 years, I have been working for some of the largest and oldest agencies in Hollywood -- Intralink Film Graphic Design, Mark Woollen and Associates, and since 2006, BLT & Associates. I enjoy forging collaborative, creative relationships with other artists. I have directed A/V, print, social, digital, and graphics teams to create interactive branding campaigns for large corporations with global concerns (NFL, Amazon, Disney) to smaller ones with more personal missions (University of New Mexico Hospitals) while earning my team multiple Clios and Promax Awards.

As a Producer, I'm always thinking about a product's audience. How to engage them. Relate to them. Whether it's creating controversy surrounding the death of Bin Laden by redacting the key art for *Zero Dark Thirty*, coordinating pizza delivery by drone for a *Silicon Valley* out of home experience, or procuring a cadre of corgis for a special teaser for Netflix's show *The Crown*, I enjoy the challenge of finding original and authentic ways to connect viewers into the world of my client's brand.

Ramsey Solutions is a brand that I truly believe in. It has made a difference in my family's life, and I can think of no greater opportunity than to help make that same difference in other people's lives.

For samples of my work, please visit my website at www.amosfilm.com. Additional examples of productions I've coordinated can be found at https://people.com/royals/the-crown-trailer-spoof-corgis/, https://www.youtube.com/watch?v=RW9G-edFuBI, www.hbo.com/silicon-valley/sliceline and clios.com/entertainment/winner/engagement/boardwalk-empire-uber-promotional-stunt-6871.

Thank you for your time and consideration.

Sincerely,

Brad Amos



Case 3:21-cv-00923    Document 114-2    Filed 07/28/23    Page 1 of 1 PageID #: 2679

LAMPO 0072