| | |
|---|---|
| **From:** | David DiCicco <david.dicicco@daveramsey.com> |
| **Sent:** | Friday, March 20, 2020 7:41 PM |
| **To:** | Brad Amos |
| **Subject:** | Update |

Hey man – just wanted to follow up from our convo at the end of the day. We did get approval to be part of the skeleton crew (which includes only Jonna and Randy from our team on the floor).

There is deep cleaning happening throughout the building all this weekend so it should be a virus free facility.

That being said, talk it over with Melissa this weekend and we'll touch base on Monday. There is ZERO pressure or expectation to be in the facility. I just wanted you to have all the info up to this point with the facility and cleaning happening in there.

Have a great weekend man, stay safe and we'll talk next week!

Appreciate you!!


Amos
Exhibit No. 9
9/26/22  J. CAROLLO