

**David DiCicco**

Mar 18, 2020, 6:19 AM

> Hey Dave, talked most of the night with Melissa and have decided it's best if I hunker down here for a few days and see how things go up at RS. I'll be back Monday and can work some extended hrs or weekends to catch us back up. Till then gonna work on staying healthy and getting back into the house.
> Sorry about this. I'll call later to check in.

No worries man! Don't apologize either, it's what's best for you guys. We'll get into a flow when everything gets back to somewhat normalcy;) enjoy the downtime and please let me know if there's anything I can do. Thanks!

Amos
EXHIBIT NO. 11
7/24/23
J. CAROLLO