Message

From: Lara Johnson [laraj@daveramsey.com]
Sent: 4/14/2020 1:35:05 PM
To: Brad Amos [brad.amos@daveramsey.com]
Subject: Checking in

Hey,

I want to set up a meeting with you this week to check in and see how the projects are going that we are giving you. I also want to meet to see if I can help bridge the gap in workflow and communication that was an obvious problem that was brought up yesterday. I wanted to give you a heads up before a meeting popped up on your schedule. Let me know if you have any questions.

Lara Johnson
Executive Producer



Ramsey Solutions
1011 Reams Fleming Blvd, Franklin TN 37064
www.daveramsey.com

