> The motion is granted. The response is due on or before September 1, 2023. Any reply is due on or before September 15, 2023.
>
> *Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

Plaintiff Brad Amos, by and through undersigned counsel, respectfully moves this court for an extension of time pursuant to Federal Rule of Civil Procedure 6(b) in which to file its Response in Opposition to Defendant's Motion for Summary Judgement.

Defendant filed its Motion for Summary Judgement [Doc. 113], as well as a Memorandum in Support [Doc. 114] on July 28, 2023.

Plaintiff's counsel has been out of the country and will not be able to return for another week. In the interim, counsel has been responding to another client's motion for summary judgment due today, August 10, 2023. Plaintiff emailed Defendant's counsel about requesting an extension and, as of the time of this filing, has not received a response. Due to the small size of Plaintiff's counsel's firm, this has created time constraints. Plaintiff requests a reasonable two-week extension given the circumstances.

WHEREFORE, for all the reasons set forth above, Plaintiff respectfully requests that the Court extend the time for Plaintiff to file its Response in Opposition to Defendant's Motion for Summary Judgment by two weeks, up to and including September 1, 2023.

Respectfully submitted this 10th day of August 2023.