# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **BRAD AMOS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 3:21-cv-00923 |
| vs. ) | |
| ) | Judge Richardson |
| ) | |
| ) | Magistrate Judge Holmes |
| ) | |
| | JURY DEMAND |
| **THE LAMPO GROUP, LLC,** | |
| | |
| **Defendant.** | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

Comes now the Plaintiff, by and through undersigned counsel; and seeks leave to file Exhibits A through G and the depositions of Amos, Johnson, Ramsey, Lopez, LeFevre and DiCicco to his Response and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgement in this matter under seal. As grounds, Plaintiff states as follows:

The exhibits at issue have been provisionally designated as confidential by Defendant, but this provisional designation is the subject of a pending dispute. (See Doc. No. 118). On August 30, 2023, the Court issued an Order requiring any documents subject to the confidentiality dispute be filed under seal until the dispute can be resolved. (See Doc. No. 120). As such, pursuant to Local Rule 5.03(b) and this Court's Order (Doc. No. 120), Plaintiff seeks leave to file these exhibits under seal.

**WHEREFORE**, the Plaintiff respectfully requests leave to file Exhibits A through G and the depositions of Amos, Johnson, Ramsey, Lopez, LeFevre and DiCicco to his Response and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgement under seal.

Respectfully Submitted,

*/s/ Lauren Irwin*
**JONATHAN A. STREET, BPR NO. 21712**
**LAUREN IRWIN, BPR NO. 038433**
THE EMPLOYMENT & CONSUMER LAW GROUP
1720 West End Ave, Suite 402
Nashville, TN 37208
(615) 850-0632
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's electronic filing system and via email on August 9, 2023 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON PLLC**
611 Commerce Street, Suite 2603
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*

                                            */s/ Lauren Irwin*