| From: | Jonathan Street |
|---|---|
| To: | Leslie Goff Sanders; Lauren Irwin |
| Cc: | Stephen C. Stovall; Susan E. Byrum; Daniel Crowell |
| Subject: | Re: Redacted Transcripts |
| Date: | Tuesday, August 29, 2023 9:02:39 PM |
| Attachments: | image001.png |

Thanks for letting us know what "may" be filed with the court. We will take your suggestion with the seriousness it deserves.

Jon

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Tuesday, August 29, 2023 8:59:08 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Susan E. Byrum <sbyrum@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** RE: Redacted Transcripts

OK – here's the link to the fully redacted transcripts that may be filed with the Court. Thanks.


I'm using Adobe Acrobat.
You can view and comment on "Redactions to 5.30.23 Depo JB WAGGONER_full_ex_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:e52184b1-b557-4f7d-a38d-a2ee7281a894
You can view and comment on "Redactions to 5.31.23 Depo - Lara Johnson_full_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:b887ba49-5e16-4941-b516-e9d36411c4ef
You can view and comment on "Redactions to 6.09.23 Depo - David DiCicco_full_ex_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:feeefd02-dc64-4e11-8dde-ef89ccfc2e79
You can view and comment on "Redactions to 6.15.23-Depo-Armando Lopez_full_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:73c8041a-61d6-40d3-965c-b1d2c180a27a
You can view and comment on "Redactions to 6.28.23 Depo - Jack Galloway_full_ex_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:ac6253b4-0c4d-43ff-9f8b-d5520469fbfc

You can view and comment on "Redactions to David Ramsey Deposition_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:e2e66cff-4183-4cc8-993e-2fc6dd47bf34

You can view and comment on "Redactions to Ex 09 - Luke LeFevre_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:293abcdc-dd06-44ff-a42e-30f8231d5db8

You can view and comment on "Redactions to Ex 11 - Lara Johnson_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:8fc2fa9d-6494-4a68-aa56-e6078743f3e3

You can view and comment on "Redactions to Ex 18 - Luke LeFevre_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:83ea428d-670c-4f62-9e75-a7439593058a

You can view and comment on "Redactions to Ex 19 - Lara Johnson_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:cc650a6a-335a-4f72-a54c-2c35c91e60a0

You can view and comment on "Redactions to Luke LeFevre Full (w linked exhibits)_Redacted.pdf" at: https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:500bc378-b6c6-4c22-947e-e994283558ee

**Leslie Goff Sanders**
Nashville Managing Partner
Barton LLP
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



**From:** Jonathan Street <street@eclaw.com>
**Sent:** Tuesday, August 29, 2023 7:12 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Susan E. Byrum <sbyrum@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Redacted Transcripts

Thanks for the link. I doubt we will need it.

Jon



Get Outlook for iOS

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>

**Sent:** Tuesday, August 29, 2023 6:55:01 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Susan E. Byrum <sbyrum@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Redacted Transcripts

Jon – below is a link to the redacted transcripts of all of the company witnesses. Please note that these are visible redactions that should not be filed. This is so that you can see the information redacted. We will send actual redactions separately that you may use when you file your response to the summary judgment motion.

You have indicated that despite our providing the redacted transcripts, you still intend to publicly file the information designated as confidential by Lampo. Thus, we are filing a Motion for Resolution of Dispute Under the Agreed Confidentiality Order ("Motion") today. Per the Agreed Confidentiality Order, you may not publicly file the disputed information while the Motion is pending with the Court. Of course, if you file the redacted information and comply with Local Rule 5.03, the Motion will be moot.

If you have trouble accessing the visible redactions via this link, please let me know. We'll send another link with the redactions blacked out. Thanks.


I'm using Adobe Acrobat.
You can view and comment on "Visible Redactions to 5.30.23 Depo JB WAGGONER_full_ex.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:6f4ee190-c474-47d7-a3cb-9d7af55ecb58
You can view and comment on "Visible Redactions to 5.31.23 Depo - Lara Johnson_full.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:545aff50-ba2c-452e-b229-f691d75fea3f
You can view and comment on "Visible Redactions to 6.09.23 Depo - David DiCicco_full_ex.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:1d40715c-96c5-41cd-ac31-8de4266823fd
You can view and comment on "Visible Redactions to 6.15.23-Depo-Armando Lopez_full.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:c0462e22-9598-434f-b32b-85f43d268a1e
You can view and comment on "Visible Redactions to 6.28.23 Depo - Jack Galloway_full_ex.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:6754f2a6-c592-460a-bd0a-29dbca2dfff2
You can view and comment on "Visible Redactions to David Ramsey Deposition.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:1a5e1085-0274-4ce5-8e21-b87701304cfd
You can view and comment on "Visible Redactions to Ex 09 - Luke LeFevre.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:f58ce053-5110-4822-aea4-

[f214809a05b8](#)

You can view and comment on "Visible Redactions to Ex 11 - Lara Johnson.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:65e5c4e0-ea77-450f-b732-4bad3c42bf03

You can view and comment on "Visible Redactions to Ex 18 - Luke LeFevre.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:a6a30f4e-995c-4e34-bbdf-787cec6ebadc

You can view and comment on "Visible Redactions to Ex 19 - Lara Johnson.pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:b0e446bc-fffb-45f3-a5f9-34d062cfd2f3

You can view and comment on "Visible Redactions to Luke LeFevre Full (w linked exhibits).pdf" at:
https://acrobat.adobe.com/link/review?uri=urn:aaid:scds:US:1fe41656-05dc-4b63-bea2-0422b7c0b0d3


**Leslie Goff Sanders**
Nashville Managing Partner
Barton LLP
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**