IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:21-cv-00923 JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The trial and pretrial conference, scheduled for January 30, 2024, and January 22, 2024, respectively, are canceled based on the pending Motion for Summary Judgment (Doc. No. 113), to be rescheduled upon resolution of the motion.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE