IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:21-cv-00923 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is the motion (Doc. No. 30, "Motion") of The Lampo Group, LLC ("Lampo") to dismiss the claims against it set forth in Plaintiff's Amended Complaint (Doc. No. 21). Lampo filed a memorandum in support (Doc. No. 31). Plaintiff filed a response in opposition (Doc. No. 37, "Response"), and Lampo filed a reply (Doc. No. 39).

For the reasons stated in the accompanying Memorandum Opinion, the Motion (Doc. No. 30) is GRANTED, and all counts against Lampo are hereby dismissed. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE