# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Brad Amos

              Plaintiff,

v.                                               Case No.: 3:21–cv–00923

Lampo Group, LLC, The, et al.

              Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 12/13/2023 re [137].

                                                                Lynda M. Hill
                                                    s/ Annecia L Donigan, Deputy Clerk