# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | ] |
| Plaintiff, | ] |
| vs. | ] Case No: 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, | ] Judge Richardson |
| Defendant. | ] |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Brad Amos hereby appeal to the United States Court of Appeals for the Sixth Circuit from the trial court's memorandum opinion entered December 13, 2023 (Doc. 136), from the order granting Defendant The Lampo Group, LLC's motion to dismiss on December 13, 2023 (Doc. 137), and from the final judgment entered in this action on December 13, 2023 (Doc. 138).

Respectfully submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP**

/s/ *Lauren Irwin*
Jonathan A. Street
Lauren Irwin
1720 West End Ave, Suite 402
Nashville, TN 37203
street@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail this 3rd day of January, 2024 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON PLLC**
611 Commerce Street, Suite 2603
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*/s/ Lauren Irwin*
Lauren Irwin