## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 04, 2024

Ms. Lauren Jacqueline Irwin
Employment & Consumer Law Group
1720 West End Avenue
Suite 402
Nashville, TN 37203

Re: Case No. 24-5011, *Brad Amos v. Lampo Group, LLC*
Originating Case No. 3:21-cv-00923

Dear Counsel,

   This appeal has been docketed as case number **24-5011** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 18, 2024**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

| | |
|---|---|
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                Sincerely,

                                s/Gretchen S. Abruzzo
                                Case Manager
                                Direct Dial No. 513-564-7018

cc:  Mr. Daniel Caden Crowell
     Ms. Leslie B. Goff Sanders
     Mr. Stephen Craig Stovall

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 24-5011

BRAD AMOS

    Plaintiff - Appellant

v.

LAMPO GROUP, LLC, dba Ramsey Solutions

    Defendant - Appellee