UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) Jury Demand |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR
## ATTORNEY'S FEES & RELATED NON-TAXABLE EXPENSES

Defendants, The Lampo Group, LLC ("Lampo") and Dave Ramsey ("Ramsey"), by and through the undersigned counsel and pursuant to Rule 54(d) of the Federal Rules of Civil Procedure[1], Local Rule 54.01(b), and Local Rule 7.01(a)(2), move the Court for an award of the reasonable attorney's fees and related non-taxable costs, totaling $394,543.09, that they have incurred in defending this case.[2]

On December 13, 2023, the Court dismissed all of Plaintiff's remaining claims and entered a final judgment against him. (Docs. #136-37). Consistent with Rule 54(b) and Local Rule 54.01(b), Defendants have filed this motion within 30 days following entry of judgment.

As more fully explained in Defendants' memorandum of law (Doc. #143), Defendants should be allowed to recover their reasonable attorney's fees and costs from Plaintiff and his counsel pursuant to the Court's inherent authority, 28 U.S.C. § 1927, 42 U.S.C. § 2000e-5(k),

---

[1] Except as otherwise noted, all references to rules in this motion are to the Federal Rules of Civil Procedure.

[2] Plaintiff has filed a Notice of Appeal. (Doc. #139). Upon entry of the Sixth Circuit mandate, Defendants expect to file a second motion for reasonable attorney's fees and non-taxable costs in accordance with Local Rule 54.01(b)(2).

and T.C.A. § 50-1-304(e)(2), as the prevailing parties and due to Plaintiff and his counsel's misconduct during the course of this case.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on January 12, 2024, I filed the foregoing via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren J. Irwin
Brandon G. Hall
Cullen D. Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendants*
