**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **BRAD AMOS,** | ] | |
| | ] | |
| **Plaintiff,** | ] | **Case No: 3:21-CV-00923** |
| | ] | |
| **vs.** | ] | **Judge Richardson** |
| | ] | |
| **THE LAMPO GROUP, LLC et al,** | ] | **Magistrate Judge Holmes** |
| | ] | |
| **Defendants.** | ] | **Jury Demand** |
| | ] | |

---

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR ATTORNEY'S FEES AND RELATED NON-TAXABLE EXPENSES (DOC. 142)**

---

Plaintiff, Brad Amos, by and through the undersigned counsel and pursuant to Local Rule 6.01(a) and 7.01(a), file this motion to extend the deadline for Plaintiff to respond to Defendant's Motion for Attorney's Fees and Related Non-Taxable Expenses (Doc. 142).

Defendants filed their motion (Doc. 142) on January 12, 2024. Plaintiff's original deadline to respond to said motion is January 27, 2024. Due to conflicts with other cases, including two impending summary judgment responses, Plaintiff requests a two-week extension until February 10, 2024 to respond. This extension will allow Plaintiff the necessary time to adequately prepare a response to Defendant's motion.

Plaintiff contacted Defendants counsel on January 23, 2024, about the issue and Defendants do not oppose the motion.

Respectfully Submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP,**

**/s/ *Jonathan A. Street*______________**
**JONATHAN STREET, BPR NO. 021712**

**LAUREN IRWIN, BPR No. 034833**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail and via the Court's electronic filing system this 23rd day of January, 2024 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON LLP**
611 Commerce Street, Suite 2603
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*/s/ Jonathan Street*
Jonathan Street