IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00923 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff has filed a motion (Doc. No. 145, "Motion") for an extension of time to file a response to "Defendants' Motion for Attorney's Fees & Related Non-Taxable Expenses" (Doc. No. 142, "Motion for Fees"). Plaintiff seeks a two-week extension to file his response. Defendants do not oppose the Motion.

The Motion is **GRANTED**. Plaintiff shall file a response to Defendants' Motion for Fees on or before February 10, 2024.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE