IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) ) |
| | ) NO. 3:21-cv-00923 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC et al., | ) ) |
| Defendants. | ) |

## **ORDER**

Plaintiff has filed a motion (Doc. No. 148, "Motion") for an extension of time to object to Defendants' "Bill of Costs" (Doc. No. 141). Defendants do not oppose the Motion.

The Motion is **GRANTED**. Plaintiff shall file objections to Defendants' Bill of Costs on or before February 9, 2024.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE