IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRAD AMOS, | ] | |
| Plaintiff, | ] | Case No: 3:21-CV-00923 |
| vs. | ] | Judge Richardson |
| THE LAMPO GROUP, LLC et al, | ] | Magistrate Judge Holmes |
| Defendants. | ] | Jury Demand |

## PLAINTIFF'S MOTION IN SUPPORT OF JONATHAN A. STREET'S MOTION TO STAY DEFENDANT'S MOTION FOR ATTORNEYS' FEES, OR IN THE ALTERNATIVE, DENY DEFENDANT'S MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE

Plaintiff, Brad Amos ("Mr. Amos"), submits the following Motion in Support of Jonathan A. Street's Motion to Stay Defendant's Motion for Attorneys' Fees, or in the alternative, Deny Defendant's Motion for Attorneys' Fees Without Prejudice. Plaintiff maintains the same argument as Mr. Street and reiterates the grounds detailed in his motion. Accordingly, Plaintiff respectfully requests the Court grant his Motion to Stay Defendant's Motion for Attorneys' Fees, or in the alternative, Deny Defendant's Motion for Attorneys' Fees Without Prejudice.

Respectfully Submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP,**

/s/ *Jonathan A. Street*
**JONATHAN STREET, BPR NO. 021712**
**LAUREN IRWIN, BPR NO. 034833**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-063

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail and via the Court's electronic filing system this 3rd day of February, 2024 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON LLP**
611 Commerce Street, Suite 2603
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Counsel for Defendants The Lampo Group, LLC d/b/a Ramsey Solutions and Dave Ramsey*

Jason M. Pannu (BPR No. 023816)
Katherine E. Morsman (BPR No. 041530)
**FREEMAN MATHIS & GARY, LLP**
Roundabout Plaza
1600 Division Street, Suite 590
Nashville, Tennessee 37203
Jason.pannu@fmglaw.com
Katherine.morson@fmglaw.com

*Counsel for Jonathan A. Street*

                                               */s/ Jonathan Street*
                                               Jonathan Street