IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRAD AMOS, | ] | |
| Plaintiff, | ] | Case No: 3:21-CV-00923 |
| vs. | ] | Judge Richardson |
| THE LAMPO GROUP, LLC et al, | ] | Magistrate Judge Holmes |
| Defendants. | ] | Jury Demand |

**PLAINTIFF'S MOTION TO STRIKE PLAINTIFF'S MOTION IN SUPPORT OF JONATHAN A. STREET'S MOTION TO STAY DEFENDANT'S MOTION FOR ATTORNEYS' FEES, OR IN THE ALTERNATIVE, DENY DEFENDANT'S MOTION FOR ATTORNEYS' FEES WITHOUT PREJUDICE**

Plaintiff, Brad Amos ("Mr. Amos"), submits the following Motion to Strike Plaintiff's Motion in Support of Jonathan A. Street's Motion to Stay Defendant's Motion for Attorneys' Fees, or in the alternative, Deny Defendant's Motion for Attorneys' Fees Without Prejudice. (Doc 152)

The Motion was inadvertently filed as a new motion and should have been filed as a response to a previous motion (Doc 151).

Respectfully Submitted,

**THE EMPLOYMENT & CONSUMER LAW GROUP,**

/s/ *Lauren Irwin*
**JONATHAN STREET, BPR NO. 021712**
**LAUREN IRWIN, BPR NO. 034833**
Attorneys for Plaintiff
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-063

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via electronic mail and via the Court's electronic filing system this 3rd day of February, 2024 to the following:

>Leslie Goff Sanders (TN #18973)
>Daniel Crowell (TN #31485)
>Stephen Stovall (TN #37002)
>**BARTON LLP**
>611 Commerce Street, Suite 2603
>Nashville, TN 37203
>lsanders@bartonesq.com
>dcrowell@bartonesq.com
>sstovall@bartonesq.com
>
>*Counsel for Defendants The Lampo
>Group, LLC d/b/a Ramsey Solutions
>and Dave Ramsey*
>
>
>Jason M. Pannu (BPR No. 023816)
>Katherine E. Morsman (BPR No. 041530)
>**FREEMAN MATHIS & GARY, LLP**
>Roundabout Plaza
>1600 Division Street, Suite 590
>Nashville, Tennessee 37203
>Jason.pannu@fmglaw.com
>Katherine.morson@fmglaw.com
>
>*Counsel for Jonathan A. Street*

>>*/s/ Lauren Irwin*
>>Lauren Irwin