| | |
|---|---|
| **From:** | Daniel Crowell <dcrowell@webbsanderslaw.com> |
| **Sent:** | Friday, August 20, 2021 6:26 AM |
| **To:** | Jonathan Street |
| **Cc:** | Cullen Hamelin; Lauren Irwin; Brandon Hall |
| **Subject:** | RE: Brad Amos v. Lampo Group, LLC. |

OK, thanks for letting me know.

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Thursday, August 19, 2021 4:27 PM
**To:** Daniel Crowell <dcrowell@webbsanderslaw.com>
**Cc:** Cullen Hamelin <chamelin@eclaw.com>; Lauren Irwin <lauren@eclaw.com>; Brandon Hall <bhall@eclaw.com>
**Subject:** FW: Brad Amos v. Lampo Group, LLC.

Daniel-

Please see attached the notice of voluntary dismissal we will file with the court today.

Today we requested our right to sue from the EEOC and plan on filing a lawsuit in federal court based on the same facts and causes of action set out in our state complaint in addition to other claims as well, we think it will be better to have all claims heard by one judge.

Since your client is aware federal litigation is imminent in this matter, your client's duty to preserve as set out in the below e-mail will continue to apply.

Please contact me should you have any questions. You can also reach me on my cell phone- 615-881-3863

Jon

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

**From:** Jonathan Street <street@eclaw.com>
**Date:** Wednesday, September 16, 2020 at 2:51 PM
**To:** Daniel Cortez <daniel.cortez@daveramsey.com>
**Cc:** Armando Lopez <armando.lopez@daveramsey.com>, Brandon Hall <bhall@eclaw.com>
**Subject:** Re: Brad Amos v. Lampo Group, LLC.

Mr. Cortez

EXHIBIT
1

As you are aware from previous communications dated August 21, 2020- litigation in this matter is imminent. As an attorney, I am sure you are well aware of your responsibilities regarding the preservation of all evidence relevant to this matter to avoid a charge of spoliation.

You should have preserved, and continue to preserve, all potential evidence which relates to my client's employment with the Defendants. Evidence would include, but not be limited to, video or audio recordings, e-mails, other electronic files, correspondence in any form, photographs, documents, or any other item maintained by Defendant or any of Defendant's employees which relate to any aspect of my client's employment and/or termination with Defendant. This obligation extends to consultants, financial advisors, contractors, clients or any other persons who may have any knowledge of any aspect of my client's employment with Defendant.

The evidence should be preserved in the form and formats it now exists.

This request to preserve evidence includes but is not limited to all communications in any format, electronic or otherwise, between any persons associated with the Defendants regarding my client's work performance, his termination, the decision to terminate him, and communications between any of the Defendants and my client. This would include text messages, instant messages, emails, written correspondence, phone records, etc.

Also please preserve all records concerning or relating to our client including but not limited to: databases and associated metadata, documents maintained in hard copy or electronic form (including metadata), text messages, instant messages, e-mails, and/or other Internet-based or social-media communications directly or indirectly making reference or relating to my client, as well as removable digital media such as external hard-rives or flash drives. This request also applies to any non-electronic documents in your possession referring or relating to my client, my client's replacement, or any person handling his job duties after my client's termination

You must act immediately to preserve potentially relevant ESI (electronically stored information). Adequate preservation of ESI requires more than simply refraining from efforts to intentionally destroy or dispose of it. Devices can be lost or accidentally damaged. Sources of ESI are altered and erased by continued use. Continued use of databases in business may irretrievably alter or destroy relevant evidence. You must intervene to prevent loss due to routine operations and employ proper protocols to protect ESI until final resolution of this matter, including discontinuing automatic email deletion, backup tape recycling, and hardware or data storage disposal. If you question whether your contemplated preservation method is sufficient to prevent the spoliation of evidence, please contact us to discuss.

We further request you preserve ESI in its native form in a manner that does not in any way remove or degrade metadata, searchability, redlines, underlining formulas, or that otherwise makes it difficult or burdensome to access or use efficiently in litigation. You should likewise refrain from actions that shift ESI from reasonably accessible media to less accessible media.

Failure to preserve this information, even unintentional failure, could give rise to a claim of spoliation of evidence as an additional claim in the litigation or may result in sanctions which could include granting a default judgment against you. *See Benefield v. M Street Entm't, LLC*, 197 F.Supp.3d 990, 994 (M.D. Tenn. 2016).

Please do not hesitate to contact our office should you have any questions. If you have retained counsel for this matter, please forward this correspondence to them as well.

Jon

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

==PLEASE NOTE NEW ADDRESS EFFECTIVE APRIL 20, 2020==

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

---

**From:** Daniel Cortez <daniel.cortez@daveramsey.com>
**Date:** Friday, August 21, 2020 at 4:01 PM
**To:** Jonathan Street <street@eclaw.com>
**Cc:** Armando Lopez <armando.lopez@daveramsey.com>, Brandon Hall <bhall@eclaw.com>, Curt Masker <Curt@eclaw.com>
**Subject:** Re: Brad Amos v. Lampo Group, LLC.

That is correct.

Daniel E. Cortez
General Counsel
Ramsey Solutions

---

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, August 21, 2020 2:43 PM
**To:** Daniel Cortez
**Cc:** Armando Lopez; Brandon Hall; Curt Masker
**Subject:** RE: Brad Amos v. Lampo Group, LLC.

Daniel

Thanks for the clarification. Just to make sure we are on the same page, your position is the offer previously made to Mr. Amos was a take it or leave it and he has until Monday to decide.

Please let me know if I am incorrect.

Thanks

Jon

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

==PLEASE NOTE NEW ADDRESS EFFECTIVE APRIL 20, 2020==

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

**From:** Daniel Cortez <daniel.cortez@daveramsey.com>
**Sent:** Friday, August 21, 2020 2:28 PM
**To:** Jonathan Street <street@eclaw.com>
**Cc:** Armando Lopez <armando.lopez@daveramsey.com>; Brandon Hall <bhall@eclaw.com>; Curt Masker <Curt@eclaw.com>
**Subject:** Re: Brad Amos v. Lampo Group, LLC.

Hi Jonathan,

Our conversation centered around your request for an extension. I indicated that even though Brad has already had three weeks to review our very generous severance offer, Ramsey Solutions was nevertheless willing to extend its deadline until close of business Monday of next week. You indicated you wanted three weeks and I stated that was not acceptable.

D

Daniel E. Cortez
General Counsel
Ramsey Solutions

---

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, August 21, 2020 12:38:47 PM
**To:** Daniel Cortez <daniel.cortez@daveramsey.com>
**Cc:** Armando Lopez <armando.lopez@daveramsey.com>; Brandon Hall <bhall@eclaw.com>; Curt Masker <Curt@eclaw.com>
**Subject:** Re: Brad Amos v. Lampo Group, LLC.

Mr. Cortez

Thanks for taking the time to speak with me today. Just wanted to memorialize our conversation in which Ramsey Solutions indicated they would not be willing to negotiate with Mr. Amos on any of his clams arising from his employment with Lampo Group (Ramsey Solutions) pre-litigation.

Please let me know if this is not correct.

Thank you

Jonathan Street

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

==PLEASE NOTE NEW ADDRESS EFFECTIVE APRIL 20, 2020==

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

**From:** Daniel Cortez <daniel.cortez@daveramsey.com>
**Date:** Thursday, August 20, 2020 at 5:27 PM
**To:** Jonathan Street <street@eclaw.com>
**Cc:** Armando Lopez <armando.lopez@daveramsey.com>
**Subject:** RE: Brad Amos v. Lampo Group, LLC.

Mr. Street,

Armando has referred this matter to me. I just left a message with your assistant, but also wanted to reach out via email. I will be in the office until 6 this evening so please feel free to contact me at the number below. If we are not able to connect today, you can reach me tomorrow during regular business hours.

Regards,

Daniel

**Daniel E. Cortez | General Counsel**
Ramsey Solutions
615-221-9033
1011 Reams Fleming Blvd | Franklin TN 37064



Confidentiality Notice: This is a private communication. The information in this email and any attachments contains information intended only for the use of the person named as recipient. If you are not the named recipient, be advised that any unauthorized review, disclosure, reproduction, or dissemination of the contents of this message is strictly prohibited. If you have received this material in error, please delete this message and any attachments without storing it and notify the sender.

---

**From:** Jonathan Street <street@eclaw.com>
**Date:** Thursday, August 20, 2020 at 4:01 PM
**To:** Armando Lopez <armando.lopez@daveramsey.com>
**Subject:** Brad Amos v. Lampo Group, LLC.

Mr. Lopez

Please be advised our firm has been retained by Mr. Brad Amos regarding his recent termination from the Ramsey Group. We are still reviewing the materials provided to us by our client as well as the proposed severance agreement provided to him.

We would like to possibly be able to continue negotiation with your company before instituting litigation, but to do so we will need an extension on the date provided by the Ramsey Group on the proposed separation agreement you provided to my client. Please let me know if you are amenable to providing said extension or if we should proceed otherwise.

I look forward to hearing from you, please do not hesitate to call me or e-mail me should you wish to discuss.

Thanks

Jonathan Street

**Jonathan A. Street | Managing Partner**
Employment & Consumer Law Group

**PLEASE NOTE NEW ADDRESS EFFECTIVE APRIL 20, 2020**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.