# AMOS

## vs

# THE LAMPO GROUP LLC, et al.

---

## DAVID RAMSEY

## June 21, 2023

---



**Lindsey Perry, LCR,RPR, CRR**

Chattanooga (423)266-2332    Jackson (731)425-1222
Knoxville (865)329-9919    Nashville (615)595-0073    Memphis (901)522-4477
www.elitereportingservices.com

EXHIBIT

1 A.     Yeah, portions of some claims have been
2 valid, but none in these categories.
3 Q.     None of the cases we talked about today?
4 A.     No.
5 Q.     And you said she filed a lawsuit because
6 everyone else was filing them.
7       What do you mean?  Is -- is -- is everyone
8 in America all of a sudden filing lawsuits?  Is that
9 what you mean?
10 A.     Well, there's -- a whole bunch of people
11 file lawsuits that have absolutely no merit.  You
12 among them.
13 Q.     Me among them?
14 A.     Yeah.
15 Q.     Such as this one?
16 A.     Yeah.  This lawsuit has no merit.  He was
17 fired for being a belligerent adolescent to his
18 leader, and he had nothing to do with religious
19 discrimination.  He knows that, you know that, and
20 this is an extortion money grab, and it's not going
21 to work.
22 Q.     So is that the way you took the case of
23 O'Connor as well?  Did you take it as an extortion
24 money grab --
25       MS. SANDERS:  Objection.  Objection.

1 BY MR. STREET:
2 A.     -- a money grab?
3       MS. SANDERS:  Objection.
4       Don't answer that.  That's part of the
5 protective order.
6 BY MR. STREET:
7 Q.     What about Julie Anne Stamps, was that just
8 an --
9 A.     Absolutely, it was.
10 Q.     -- extortion money grab?
11 A.     Absolutely, it was.
12 Q.     Okay.  So when folks like me file these
13 lawsuits, all we're interested in is quick money
14 grab?
15 A.     Folks like you that have no integrity.  If
16 there's an actual case, it's not a money grab.
17 Q.     With no integrity.  I got you.
18       And what is it about this lawsuit that would
19 make you think me or the client lacks integrity?
20 A.     Because you should look at it and realize
21 why the guy was fired.  It's fairly simple.  It had
22 nothing to do with his religious beliefs, had
23 nothing to do with COVID.
24 Q.     Were you letting a lot of people go around
25 the time of COVID, around July 31st?

1 A.     I'm sorry?
2 Q.     Right at the end of July 2020, my client was
3 fired.
4       Was there a group of people fired during
5 that same time period?
6 A.     No.
7 Q.     Mr. Ramsey, did you ever tell anyone that
8 your first book came from a time when you pulled off
9 the interstate in the rain and God told you to write
10 a book?  Have you ever made that statement to
11 anyone?
12 A.     No.
13 Q.     So my client and myself, Mr. Smietana -- is
14 that how you say his name, Bob Smietana? -- anyone
15 else out there that's trying to get you, Mr. Ramsey,
16 besides those three people?
17       MS. SANDERS:  Objection.
18 BY MR. STREET:
19 Q.     It's not paranoid if it's true, is it, huh?
20 Can you think of anyone else who's just filing
21 things, printing lies, anything else?
22 A.     Happens from time to time, but the vast
23 majority of folks in my life are wonderful people.
24 Q.     All right.
25       What is that noise, by the way?

1       MS. SANDERS:  It's 4:20.  I think it's
2 happy hour.
3       MR. STREET:  That was pretty funny,
4 Leslie.
5       I want to reserve the rest of my time
6 for after the judge's order.
7       MS. SANDERS:  Okay.  All right.  Nothing
8 from us.
9       THE VIDEOGRAPHER:  Going off the record
10 at 4:20 p.m.
11       (WHEREUPON, the videographer went off
12 the record.)
13       THE REPORTER:  And you would like this
14 transcribed?
15       MR. STREET:  Yes.
16       THE REPORTER:  And would you like a
17 rough draft?
18       MS. SANDERS:  Yes.
19       MR. STREET:  Yes.
20       FURTHER DEPONENT SAITH NOT
21       (WHEREUPON, the deposition was
22 adjourned, to be resumed sine die.)
23
24
25

Case 3:21-cv-00923   Document 164-2   Filed 02/23/24   Page 13 of 13 PageID #: 4880
Elite-Brentwood Reporting Services   *   (615) 595-0073
www.EliteReportingServices.com
245..248