UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) No. 3:21-cv-00923 |
| | ) |
| v. | ) Judge Eli J. Richardson |
| | ) |
| THE LAMPO GROUP, LLC, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE REGARDING TAXATION OF COSTS

On January 12, 2024, Defendants filed a Bill of Costs. (Doc. No. 141). A week earlier, on January 3, 2024, Plaintiff filed a Notice of Appeal. (Doc. No. 39). Because the case is on appeal to the Sixth Circuit Court of Appeals, Case No. 24-511, the Clerk denies Defendants' Bill of Costs without prejudice. The prevailing party may file a Bill of Costs upon resolution of the appeal.

                                                s/ Lynda M. Hill
                                                Lynda M. Hill
                                                Clerk of Court

1