IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **BRAD AMOS** | ) | |
| | ) | **Case No. 3:21-cv-00923** |
| v. | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Holmes** |
| **LAMPO GROUP, LLC** | ) | |

**O R D E R**

Upon the remand of this case for further proceedings on Plaintiff's Title VII and THRA claims, a status/case management conference will be held telephonically on **October 8, 2024, at 3:00 p.m. (CDT)**[1] using the Court's conference line at 1-877-402-9753, access code 3808663#, to address: (i) prospect for settlement, including through ADR; (ii) setting a new schedule for filing and briefing of motions for summary judgment as to the remaining claims; (iii) a target trial date, including anticipated number of trial days; and, (iv) any other necessary or appropriate matters.

Counsel for the parties must confer and jointly prepare a proposed seventh modified case management order,[2] which must be filed by no later than **three (3) business days** before the

---

[1] If this date and time present an unresolvable conflict for counsel, they must promptly contact Courtroom Deputy Megan Cobos, at Megan_Cobos@tnmd.uscourts.gov, to obtain another mutually agreeable date and time available on the Court's calendar, and then file a motion to reschedule.

[2] To the best of the Court's review of the voluminous docket, the modified case management order will be the seventh modification. But, if there are later modified case management orders, the parties should assign the appropriate next chronological number to their proposed joint modified case management order.

status/case management conference and a Word formatted copy of which must be separately emailed to Courtroom Deputy Megan Cobos at the email address in n. 1.[3]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[3] It is not necessary for the parties to utilize the entire form initial case management order. Their proposed modified case management order may be limited to provisions only for the above-described case management event topics and any other matters the parties intend to address with the Court at the status/case management conference.