**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | Case No. 3:21-cv-00923 |
| Plaintiff, ) | |
| ) | District Judge Richardson |
| v. ) | |
| ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, ) | |
| ) | Jury Demand |
| Defendant. ) | |

## JOINT MOTION TO EXTEND DEADLINE FOR
## SEVENTH MODIFIED PROPOSED CASE MANAGEMENT ORDER

The parties, by and through the undersigned counsel, move the Court to extend the deadline for conferring and jointly preparing a proposed case management order. The Court scheduled a case management conference to be held on October 8, 2024. (Doc. #172). The Court ordered the parties to confer and jointly prepare a proposed seventh modified case management order three (3) business days before the conference. (Id.). Thus, the deadline for meeting and filing the proposed order is October 2, 2024. Due to scheduling conflicts on October 2, 2024, Counsel for the parties request a one-day extension so that they can confer and file the seventh modified case management order on October 3, 2024. Alternatively, the parties request to reschedule the case management conference so that they may confer and file the proposed seventh modified case management order three (3) business days prior to the rescheduled conference.

Respectfully submitted,

/s/Stephen C. Stovall
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
BARTON LLP

611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*


<u>/s/Jonathan A. Street</u>
Jonathan Street (TN #021712)
Lauren Irwin (TN #038433)
Brandon Hall (TN #34027)
Cullen Hamelin (TN #37317)
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
lauren@eclaw.com
bhall@eclaw.com
chamellin@eclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on October 2, 2024, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren Irwin
Brandon Hall
Cullen Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Stephen C. Stovall
Stephen C. Stovall (TN #37002)
*Attorney for Defendant*