The motion (DE 173) is GRANTED. Filing deadline extended to October 4, 2024. Word formatted copy must be emailed to Courtroom Deputy Megan Cobos.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
|     Plaintiff, | ) Case No. 3:21-cv-00923 |
| v. | ) District Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Magistrate Judge Holmes |
|     Defendant. | ) Jury Demand |

**JOINT MOTION TO EXTEND DEADLINE FOR**
**SEVENTH MODIFIED PROPOSED CASE MANAGEMENT ORDER**

The parties, by and through the undersigned counsel, move the Court to extend the deadline for conferring and jointly preparing a proposed case management order. The Court scheduled a case management conference to be held on October 8, 2024. (Doc. #172). The Court ordered the parties to confer and jointly prepare a proposed seventh modified case management order three (3) business days before the conference. (Id.). Thus, the deadline for meeting and filing the proposed order is October 2, 2024. Due to scheduling conflicts on October 2, 2024, Counsel for the parties request a one-day extension so that they can confer and file the seventh modified case management order on October 3, 2024. Alternatively, the parties request to reschedule the case management conference so that they may confer and file the proposed seventh modified case management order three (3) business days prior to the rescheduled conference.

Respectfully submitted,

/s/Stephen C. Stovall
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
BARTON LLP