UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) Case No. 3:21-cv-00923 |
| Plaintiff, | ) |
| | ) District Judge Richardson |
| v. | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

**JOINT MOTION TO RESET TRIAL**

The parties, by and through the undersigned counsel and in order to comply with the Court's Order entered on October 16, 2024 (Doc. #176), move the Court to reset the jury trial in this case on or after June 16, 2024. The trial is anticipated to last for five (5) days.

Respectfully submitted,

/s/Stephen C. Stovall
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*

/s/Jonathan A. Street
Jonathan Street (TN #021712)
Lauren Irwin (TN #038433)
Brandon Hall (TN #34027)
Cullen Hamelin (TN #37317)

THE EMPLOYMENT AND
CONSUMER LAW GROUP
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
lauren@eclaw.com
bhall@eclaw.com
chamellin@eclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on October 21, 2024, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren Irwin
Brandon Hall
Cullen Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Stephen C. Stovall
Stephen C. Stovall (TN #37002)
*Attorney for Defendant*