UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) Case No. 3:21-cv-00923 |
| | ) |
| v. | ) District Judge Richardson |
| | ) |
| | ) Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) |
| | ) Jury Demand |
| Defendant. | ) |

## JOINT CASE RESOLUTION STATUS REPORT

The parties, by and through the undersigned counsel and in order to comply with the Court's Order entered on October 16, 2024 (Doc. #176), provide the Court with this Joint Case Resolution Status Report.

Counsel for the parties met and conferred on October 18, 2024 and again on October 29, 2024 to discuss case resolution. The parties have agreed to participate in mediation with mediator Bob Boston on November 21, 2024 at the offices of Holland and Knight in Nashville.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
BARTON LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*

/s/Jonathan A. Street
Jonathan Street (TN #021712)
Lauren Irwin (TN #038433)
Brandon Hall (TN #34027)
Cullen Hamelin (TN #37317)
THE EMPLOYMENT AND CONSUMER LAW GROUP
1720 West End Ave., Suite 402
Nashville, TN 37203
(615) 850-0632
street@eclaw.com
lauren@eclaw.com
bhall@eclaw.com
chamellin@eclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that, on October 30, 2024, I caused the foregoing to be filed via the Court's electronic filing system, which will automatically notify and send a copy of the filing to:

Jonathan A. Street
Lauren Irwin
Brandon Hall
Cullen Hamelin
THE EMPLOYMENT AND CONSUMER LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendant*