UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-00923 |
| v. | ) |
| | ) Jury Demand |
| THE LAMPO GROUP, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Plaintiff, Brad Amos, by and through its attorneys and pursuant to Local Rule 83.01(g) respectfully files this Notice of Withdrawal.

Plaintiff's counsel of record Lauren Irwin accepted another employment position and will no longer be employed by the Employment and Commerce Law Group. Plaintiff remains represented by another attorney of record at The Employment and Commerce Law Group. Plaintiff was informed that Ms. Irwin would be leaving the firm.

Respectfully submitted this 26th day of November 2024.

THE EMPLOYMENT & COMEMRCE LAW GROUP

/s/ *Lauren Irwin*
**G. BRANDON HALL, BPR No. 034027**
**LAUREN IRWIN, BPR No. 038433**
PO Box #330549
Nashville, TN 37203
(615) 850-0632
bhall@eclaw.com
lauren@eclaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was served on the following via electronic mail this 26th day of November 2024.

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
**BARTON LLP**
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
Fax: (615) 238-6762
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com

*Attorneys for Defendant*

                                                                */s/ Lauren Irwin*
                                                                  *Lauren Irwin*