IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | NO. 3:21-cv-00923 |
| v. | ) ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) ) | |
| Defendant. | ) | |

## **ORDER**

The Joint Motion to Reset Trial (Doc. No. 177) is denied in light of the filing of the Amended Motion at Docket Entry 178.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE