IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00923 |
| | ) Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

## MOTION TO STRIKE ANSWER AND AFFIRMATIVE DEFENSES AND DEEM FACTS ADMITTED

Comes now the Plaintiff and pursuant to Rule 8 and Rule 12 of the Federal Rules of Civil Procedure and moves this court to strike the answer filed by Defendant on June 13, 2025 (Doc 192) and order that the facts set out in Plaintiff's Amended Complaint be deemed admitted. In the alternative, Defendant's Affirmative Defenses should be stricken and the facts relating to Plaintiff's non-conforming religious discrimination claim be admitted.

Plaintiffs request the trial in this matter should be limited to damages of the Plaintiff as Defendant has waived any argument as to liability on one of both counts remaining in this matter. Plaintiff would further rely on the accompanying Memorandum of Law filed contemporaneously.

Respectfully submitted:

s/ *Jonathan A. Street*
Jonathan Street (TN Bar No. 021712)
Brandon Hall (TN Bar No. 034027)
Zachary Brown (TN Bar No. 037509)

1625 Broadway, Suite 601
Nashville, TN 37203
street@eclaw.com
bhall@eclaw.com
zach@eclaw.com

*Attorneys for Plaintiff Brad Amos*