| From: | Jonathan Street |
|---|---|
| To: | Leslie Goff Sanders |
| Cc: | Zachary Brown; Brandon Hall; Daniel Crowell; Stephen C. Stovall; Molli Guinn; Eric Lyons |
| Subject: | Potential Exhibits not provided in Discovery |
| Date: | Friday, June 20, 2025 3:30:35 PM |
| Attachments: | Additional Items.xlsx |

Counsel:

Please see attached a spreadsheet containing items that may be used as exhibits on behalf of Plaintiff at the trial of this matter which were not disclosed in discovery. If an item appears on this list of an item that was disclosed in discovery please disregard that item.

Plaintiff may also use anything previously presented in discovery or deposition taken in this matter as well as the depositions listed which were done in the O'Connor case identified in the spreadsheet as well.

You can set up a time to view any/all of these items at our office on Monday. If you would like to get copies, please identify a third party vendor you hire to make the copies and we will get them to that vendor.

Feel free to contact me on my cell phone if you have any questions.

Thanks

Jon

Jonathan A. Street
Managing Partner
1625 Broadway, Suite 601
Nashville, TN 37203
street@eclaw.com
(615) 850-0632

*Please note our recent change of address

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be**

infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.

| Date | Show title | Format |
|---|---|---|
| 1/1/2020 | Best of... | video |
| 1/2/2020 | Best of... | video |
| 1/3/2020 | Best of... | video |
| 1/6/2020 | Goal to Win this Year | video |
| 1/7/2020 | Don't get your money advice from | video |
| 1/8/2020 | Budget Makes you Boss of your Money | video |
| 1/10/2020 | No magic pill to get out of debt | video |
| 1/13/2020 | At any state YOU can win with money | video |
| 1/14/2020 | You can budget your way to wealth | video |
| 1/15/2020 | Best of... | video |
| 1/16/2020 | Best of... | video |
| 1/17/2020 | Best of... | video |
| 1/20/2020 | YOU are the secret sauce to getting out... | video |
| 1/21/2020 | If you want to win you have to quit caring | video |
| 1/22/2020 | Broke People's Opinions about | video |
| 1/23/2020 | Budget is Simply a Spending Plan | video |
| 1/24/2020 | You're never too young or old to | video |
| 1/27/2020 | YOLO' is for children | video |
| 1/28/2020 | Becoming a millionaire is still possible | video |
| 1/29/2020 | Your stupid credit card isn't going to make | video |
| 1/30/2020 | A Budget is not a straitjacket, its a guard | video |
| 1/31/2020 | You have to be willing to take a step down | video |
| 2/3/2020 | The Key to becoming financially free is | video |
| 2/4/2020 | If you play with snakes you WILL get bitten | video |
| 2/5/2020 | Best of... | video |
| 2/6/2020 | Best of... | video |
| 2/7/2020 | Best of... | video |
| 2/10/2020 | LIVE 3 HOUR | video |
| 2/11/2020 | Best of... | video |
| 2/12/2020 | Best of... | video |
| 2/13/2020 | LIVE 1 HOUR | video |
| 2/14/2020 | Rachel Cruze | video |
| 2/17/2020 | Live Hours 2 & 3 | video |
| 2/18/2020 | Live Hour 1 Christy Wright and Rachel Cruze | video |
| 2/19/2020 | Best of... | video |
| 2/20/2020 | Best of... | video |
| 2/21/2020 | Live Hour 1 & 2 Chris Hogan | video |
| 2/24/2020 | Live Hour 1 | video |
| 2/25/2020 | Live Hour 1 & 2 | video |
| 2/26/2020 | Live Hour 2 & 3 | video |

| Date | Title | Type |
|---|---|---|
| 2/27/2020 | Live Hour 1 w/ Chris Hogan | video |
| 2/28/2020 | Best of... | video |
| 3/2/2020 | What you believe affects your finances | video |
| 3/3/2020 | You aren't a victim of anything except your own habits | video |
| 3/4/2020 | Stop Making excuses and start making progress | video |
| 3/5/2020 | It's time to clean up your debt mess | video |
| 3/6/2020 | anyone can budget and live on less than they make! | video |
| 3/9/2020 | you can be the change that changes your family tree | video |
| 3/11/2020 | <span style="color:red">just follow the steps, they'll lead you to freedom!</span> | video |
| 3/11/2020 | <span style="color:red">You have the power to change your financial state</span> | video |
| 3/12/2020 | Best of... | video |
| 3/13/2020 | Best of... | video |
| 3/16/2020 | These principles work when things are Good and Bad! | video |
| 3/17/2020 | Your FICO score is not an indicator of financial success | video |
| 3/18/2020 | we need perspective right now, not panic | video |
| 3/19/2020 | Best of... | video |
| 3/20/2020 | Best of... | video |
| 3/23/2020 | Fear doesn't give you permission to misbehave! | video |
| 3/24/2020 | Hope is greater than fear | video |
| 3/25/2020 | Now is the time to change, not just talk about change | video |
| 3/26/2020 | You can't grow without change! | video |
| 3/27/2020 | You can have financial peace in good and bad times | video |
| 3/30/2020 | There is hope for any situation! | video |
| 3/31/2020 | We have the vaccine for your money problems | video |
| 4/1/2020 | Cash gives you options when you're facing a crisis | video |
| 4/2/2020 | You can control your inputs during the pandemic | video |
| 4/3/2020 | Where are you placing your hope? | video |
| 4/6/2020 | Don't wait for things to happen - Make them happen | video |
| 4/7/2020 | **Information with application is called wisdom** | video |
| 4/8/2020 | **there is hope during times of uncertainty** | video |
| 4/9/2020 | when uncertainty comes, you can decide to respond with bra | video |
| 4/10/2020 | Best of... | video |
| 4/13/2020 | you can ride the wave of change or be destroyed by it | video |
| 4/14/2020 | You have become allergic to debt | video |
| 4/15/2020 | you have the opportunity to reset your life during this crisis | video |
| 4/16/2020 | it's time to get serious about your money | video |
| 4/17/2020 | Create a system of checks and balances | video |
| 4/20/2020 | Things don't change unless you change them! | video |
| 4/21/2020 | Leave the past in the past, change your future now! | video |
| 4/22/2020 | focus on things you can control in your finances | video |
| 4/23/2020 | Dr. John Deloney joins Dave | video |

| Date | Title | Type |
|---|---|---|
| 4/24/2020 | Chris Hogan and Anthony ONeal | video |
| 4/27/2020 | It's time to plan for your money! | video |
| 4/28/2020 | Your debt does not have to define your future | video |
| 4/29/2020 | when you have hope you have motivation! | video |
| 4/30/2020 | Generosity is the antidote to fear | video |
| 5/1/2020 | There Is No Transformation Without Struggle | video |
| 5/4/2020 | YOU Are The Secret Sauce To Your Financial Success | video |
| 5/5/2020 | The Shortest Path To Wealth Is Zero Debt! | video |
| 5/6/2020 | Don't Run From Your Debt - Run AT It! | video |
| 5/7/2020 | **There Is No Such Thing As Good Debt** | video |
| 5/11/2020 | **Start Your Debt-Free Journey By Saying 'Never Again' To Deb** | video |
| 5/12/2020 | Don't Rob From Your Future for Your Present | video |
| 5/13/2020 | You Don't Have a Patriotic Obligation to Stimulate the Econo | video |
| 5/14/2020 | You Can't Move Forward When You're Dwelling On Your Past | video |
| 5/15/2020 | You Don't Have to Be in Debt to Learn Lessons About Debt | video |
| 5/18/2020 | Wealthy People Don't Do YOLO! | video |
| 5/19/2020 | What You Set Your Sights on Is Where You're Going | video |
| 5/20/2020 | Decide to Never Again Go Into Debt! | video |
| 5/21/2020 | You Can't Scheme Your Way Out of Paying off Debt | video |
| 5/22/2020 | Anthony ONeal, Chris Hogan, and Dr. John Delony Host The [ | video |
| 5/25/2020 | The Dave Ramsey Show (Best Of) | video |
| 5/26/2020 | When You're Debt-Free, a Financial Emergency Becomes a H | video |
| 5/27/2020 | The Baby Steps Are the Fastest Way to Financial Freedom! | video |
| 5/28/2020 | What Would It Be Like If You No Longer Had Any Payments | video |
| 5/29/2020 | You Can Turn A Negative Past Into A Positive Future! | video |
| 5/30/2020 | Wealthy People Don't Do YOLO! (Replay From 05-15-20) | video |
| 5/31/2020 | You Don't Have to Be in Debt to Learn Lessons About Debt (F | video |
| 6/1/2020 | You Won't Win If You Don't Have a Plan! | video |
| 6/2/2020 | Dream About What You Want For Your Future | video |
| 6/3/2020 | Once You Have Financial Freedom, You Never Look Back! | video |
| 6/4/2020 | The Caliber of Your Financial Future Will Be Determined By Y | video |
| 6/5/2020 | The Dave Ramsey Show (Best Of) | video |
| 6/6/2020 | **Decide to Never Again Go Into Debt! (Replay from 05-20-20)** | video |
| 6/7/2020 | **What You Set Your Sights on Is Where You're Going (Replay I** | video |
| 6/8/2020 | Are You Ready to Take Control of Your Finances | Transcript only |
| 6/9/2020 | Have Questions About Your Money and Career We Have the | video |
| 6/10/2020 | Debt is NOT a Wealth Building Tool | video |
| 6/11/2020 | YOU Are the Hero When It Comes to Your Finances (It's Time | video |
| 6/12/2020 | Hustle Causes You to Be Successful - Not a Degree! | video |
| 6/15/2020 | Where You Are Right Now Isn't Where You Have to End Up | video |
| 6/16/2020 | NOW Is the Time to Take Control of Your Finances! | video |

| Date | Title | Type |
|---|---|---|
| 6/17/2020 | Change Your Perspective - You're Not a Victim | video |
| 6/18/2020 | If You Don't Believe You Can Get Out of Debt, You Won't | video |
| 6/19/2020 | Pursue Your Dream, But Don't Create a Nightmare | video |
| 6/22/2020 | Don't Just Have a Wake Up Call - Have a Stay Up Call! | video |
| 6/23/2020 | Winning With Money is Easier Than You Think! | video |
| 6/24/2020 | If You Want a Different Result, You Need Different Inputs | video |
| 6/25/2020 | Ish' is a Wish, It's Time To Get Serious About Your Money! | video |
| 6/26/2020 | The Dave Ramsey Show (LIVE Hour 1 & 2) | video |
| 6/29/2020 | The Shortest Distance to Wealth Is NOT Through Debt! | Transcript only |
| 6/30/2020 | Decide to Never Again Be in Debt! | video |
| 7/1/2020 | Learn to Let Go of the Things Holding You Back from Winnin | video |
| 7/2/2020 | The Dave Ramsey Show - July 2, 2020 | video |
| 7/3/2020 | The Dave Ramsey Show (Best Of) | video |
| 7/4/2020 | You Won't Win If You Don't Have a Plan! (Replay from 06-01-2 | video |
| 7/5/2020 | Dream About What You Want For Your Future (Replay from 0 | video |
| 7/6/2020 | TODAY is the 'Right Time' to Start Paying Off Your Debt! | video |
| 7/7/2020 | The Antidote to Fear Is Action | video |
| 7/8/2020 | What's In Your Wallet.... MONEY! | video |
| 7/9/2020 | Gratitude Turns What You Have Into Enough! | video |
| 7/10/2020 | Chris Hogan, Dr. John Delony, and Ken Coleman Host The Da | video |
| 7/13/2020 | The Dave Ramsey Show (Best Of) | video |
| 7/14/2020 | The Dave Ramsey Show (Best Of) | video |
| 7/15/2020 | The Dave Ramsey Show (Best Of) | video |
| 7/16/2020 | Don't Upgrade Your Lifestyle and Downgrade Your Future | video |
| 7/17/2020 | Debt is Dumb, Cash is King! | video |
| 7/20/2020 | THIS is Common Sense for Your Dollars and Cents! | video |
| 7/21/2020 | There Are No Magic Beans for Building Wealth | video |
| 7/22/2020 | You Are The Only One That Can Do Something About Your De | video |
| 7/23/2020 | YOLO' Is a Bad Financial Plan | video |
| 7/24/2020 | Debt Should Never Be An Option! | video |
| 7/27/2020 | Don't Retire FROM Something - Retire TO Something | video |
| 7/28/2020 | It's Time to Be More Self-Aware About Your Money Habits | video |
| 7/29/2020 | Don't Play the Credit Card Game! | video |
| 7/30/2020 | You're Not Stuck, You're Stopped, and It's Time to Get Started | video |
| 7/31/2020 | Don't Put Off Getting Serious About Your Money Goals | video |
| 8/3/2020 | Know Yourself, Know Your Money | video |
| 8/4/2020 | Don't Do Personal Finance with Just Your Mind, but Also You | video |
| 8/5/2020 | You Don't Have to Give Up on Your Dreams to Get Out of Deb | video |
| 8/6/2020 | our Spending is the Problem... FIX IT! | video |
| 8/7/2020 | Your Life and Your Money MATTERS! | video |
| 8/10/2020 | Don't Move Debt Around - Pay It Off! | video |

| Date | Title | Type |
|---|---|---|
| 8/11/2020 | Every Great Success Story Has a 'Never Again' Moment | video |
| 8/12/2020 | YOUR House Is More Important Than the White House! | video |
| 8/13/2020 | Stay Focused on Your 'Why' | video |
| 8/14/2020 | Why Debt is DUMB and Cash is KING! | video |
| 8/17/2020 | You Need to Have Diligence to Get Out of Debt | video |
| 8/18/2020 | Getting Out of Debt Is a Marathon, Not a Sprint | video |
| 8/19/2020 | There is Only One Way to Financial Peace | video |
| 8/20/2020 | Your Head Does Math, Your Heart Is Where Risk Is Measured | video |
| 8/21/2020 | The Dave Ramsey Show (Best Of) | video |
| 8/24/2020 | There IS an End to Your Debt Payments! | video |
| 8/25/2020 | You Don't 'Fall' Into Debt - You Choose It! | video |
| 8/26/2020 | Your 'Why' Has to Be Bigger Than Your 'Right Now' | video |
| 8/27/2020 | YOU Are the Secret Sauce to YOUR Success! | video |
| 8/28/2020 | You CAN Win With Your Money! | video |
| 8/31/2020 | You Can Glance Backward, but You Should Focus Forward | video |
| 9/1/2020 | YOU Are the Only One Responsible for Your Financial Future | video |
| 9/2/2020 | Stay Focused On The Things You CAN Control! | video |
| 9/3/2020 | Don't Just Talk About a Legacy - Build One! | video |
| 9/4/2020 | Speak What You Seek Until You See What You Speak | video |
| 9/7/2020 | The Dave Ramsey Show (Best Of) | video |
| 9/8/2020 | Leave Your Money Mistakes in the Past! | video |
| 9/9/2020 | Don't Get Distracted from Your Vision | video |
| 9/10/2020 | Put Yourself Into a Position to Succeed With Your Money! | video |
| 9/11/2020 | Follow These Steps and You'll Win With Money | video |
| 9/14/2020 | You're the Solution AND the Problem! | video |
| 9/15/2020 | You Can't Mess Up Getting Out of Debt | video |
| 9/16/2020 | You CAN Become a Millionaire Without an Inheritance! | video |
| 9/17/2020 | You Don't Know What the Future Holds, So Don't Hang On to | video |
| 9/18/2020 | Small Choices Can Make BIG Differences | video |
| 9/21/2020 | Stop. Borrowing. Money. | video |
| 9/22/2020 | YOU Take Care of YOU! | video |
| 9/23/2020 | Intentionality Is One of the Keys to Debt-Freedom | video |
| 9/24/2020 | Don't Let the Weight of Your Past Slow You Down | video |
| 9/25/2020 | Get a Plan. Get a Vision. Stick to It! | video |
| 9/28/2020 | The Only Shot You Have at Fixing Your Life is YOU Fixing It! | video |
| 9/29/2020 | Excuses Limit Your Success! | video |
| 9/30/2020 | The Dave Ramsey Show (Best Of) | video |
| 10/1/2020 | Focus on the 'Now' and the 'Next' Will Take Care of Itself | video |
| 10/2/2020 | Decide TODAY to Change the Way You Handle Your Money | video |
| 10/5/2020 | The Antidote to Fear Is Action | video |
| 10/6/2020 | You Have to Feel the Heat If You're Going to Learn | video |

| Date | Title | Type |
|---|---|---|
| 10/7/2020 | Happen TO Your Mess - Don't Let a Mess Happen to You! | video |
| 10/8/2020 | Run Your Life By Walking The Baby Steps | video |
| 10/9/2020 | The Dave Ramsey Show | video |
| 10/12/2020 | The Word 'No' Can Set You Free | video |
| 10/13/2020 | Live Like No One Else So Later You Can Live and Give Like No | video |
| 10/14/2020 | You're Not Entitled to Anything If You're In Debt! | video |
| 10/15/2020 | The Dave Ramsey Show (Best Of Hour) | video |
| 10/16/2020 | Getting Hassled By Debt Collectors | video |
| 10/19/2020 | Put Your Mistakes Behind You and Start Planning for Your Fu | video |
| 10/20/2020 | Harness the Power of Intentionality | video |
| 10/21/2020 | You Can't Change the Way You Act Until You Change the Way | video |
| 10/22/2020 | Smart Money Management | video |
| 10/23/2020 | Overwhelmed by Money Problems! | video |
| 10/26/2020 | Got Debt | video |
| 10/27/2020 | Don't Let the Future You Hate the Present You | video |
| 10/28/2020 | Define Your Fear About the Future - Don't Let It Haunt It | video |
| 10/29/2020 | Don't Let Your Pride Get In The Way of Your Progress! | video |
| 10/30/2020 | Don't Let Your Finances Scare You! | video |
| 11/2/2020 | You Have to Count on YOU! | video |
| 11/3/2020 | What Happens in YOUR House is More Important Than What | video |
| 11/4/2020 | You Won't Get Out of Debt Until You Take Debt Off the Table | video |
| 11/5/2020 | Run TO Something, Not FROM Something | video |
| 11/6/2020 | Debt is NOT Your Friend | video |
| 11/9/2020 | It's Not Immoral to Aspire to Be Wealthy | video |
| 11/10/2020 | Don't Let Your Money Own You! | video |
| 11/11/2020 | Think About the Legacy You Can Leave to Your Children | video |
| 11/12/2020 | The Dave Ramsey Show (Replay from September 2, 2020) | video |
| 11/13/2020 | The Dave Ramsey Show (Replay from September 29, 2020) | video |
| 11/16/2020 | There's No Shortcut to Building Wealth | video |
| 11/17/2020 | Your Future Self Will Thank You for the Sacrifices You Make | video |
| 11/18/2020 | Change Starts with YOU! | video |
| 11/19/2020 | Don't Spend to Feel Good, Act to Be Good | video |
| 11/20/2020 | Don't Budge on Your Budget | video |
| 11/23/2020 | There's a Price to Be Paid for Winning | video |
| 11/24/2020 | Don't Let Other People's Problems Become Your Problems | video |
| 11/25/2020 | We Have a LOT to Be Thankful For This Year! | video |
| 11/26/2020 | The Dave Ramsey Show (Replay from October 12, 2020) | video |
| 11/27/2020 | The Dave Ramsey Show (Replay from October 26, 2020) | video |
| 11/30/2020 | Broke is Normal. Don't Be Normal! | video |
| 12/1/2020 | Are You Ready to Take Control of Your Money! | video |
| 12/2/2020 | Have Career and Financial Questions (We Have the Answers | video |

| Date | Title | Type |
|---|---|---|
| 12/3/2020 | You Don't Have to Be a Money Expert to Win Financially! | video |
| 12/4/2020 | Take Control of Your Money NOW! | video |
| 12/7/2020 | Budget' is NOT a 4-Letter Word! | video |
| 12/8/2020 | Follow the Recipe! | video |
| 12/9/2020 | Do You Know Where Your Money is Going | video |
| 12/10/2020 | Changing Your Family Tree Starts with YOU! | video |
| 12/11/2020 | Let Your 'Why' Push You to Progress | video |
| 12/14/2020 | Changing_Your_Future_Starts_with_Changing_Your_Mentality | video |
| 12/15/2020 | Don_t_Let_Your_Money_Boss_You_Around | video |
| 12/16/2020 | Do_You_Want_to_Give_Yourself_the_Gift_of_Freedom | video |
| 12/17/2020 | Do_You_Know_Where_Your_Money_is_Going | video |
| 12/18/2020 | YOU_Hold_the_Power_to_Make_Your_Money_Behave | video |
| 12/21/2020 | Stop_Comparing_Yourself_and_Start_Winning_for_Yourself | video |
| 12/22/2020 | Follow_Your_Budget_-_It_s_Your_Financial_GPS | video |
| 12/23/2020 | Are_You_Living_and_GIVING_Like_No_One_Else | video |
| 12/24/2020 | The Dave Ramsey Show (Replay from November 2, 2020) | video |
| 12/25/2020 | The Dave Ramsey Show (Replay from November 10, 2020) | video |
| 12/28/2020 | The Dave Ramsey Show (Replay from November 16, 2020) | video |
| 12/29/2020 | The Dave Ramsey Show (Replay from November 17, 2020) | video |
| 12/30/2020 | The Dave Ramsey Show (Replay from November 18, 2020) | video |

| Title | Type |
|---|---|
| Email from Luke LeFevre to Creative: "Hey!" | Image |
| Email from Luke LeFevre to Ramsey: "Fear is not a fruit of the spirit. ( | Image |
| Email from Luke LeFevre to Ramsey (Subject not visible) | Image |
| Email from Luke LeFevre to Ramsey: "Next week!" | Image |
| Email from Dave Ramsey to Ramsey: "No Subject" | Image |
| Email Sender and Recipients Unknown (Subject not visible) | Image |
| Email from Dave Ramsey to Ramsey: "Article | Image |
| Email from Dave Ramsey to Ramsey: "Article | Image |
| Deposition of Armando Lopez - June 29, 2021 | PDF |
| Deposition of  Mark Floyd - June 30, 2021 | PDF |
| Deposition of Jennifer Lynn Sievertsen - July 20, 2021 | PDF |
| Emails (Case 3:20-cv-628, Doc. No. 94-4) | PDF |
| Deposition of Suzanne Simms - September 10, 2021 | PDF |
| Deposition of Michael Finney - September 28, 2021 | PDF |
| Armando Lopez 30(b)(6) - September 30, 2021 | PDF |
| Jack Galloway 30(b)(6 - September 30, 2021 | PDF |
| Suzanne Simms 30(b)(6) - September 30, 2021 | PDF |
| Deposition of David L. Ramsey, III - November 12, 2021 | PDF |
| Emails (Case 3:20-cv-628, Doc. No. 94-3) | PDF |
| Emails, Severance Documents (Case 3:20-cv-628, Doc. No. 94-5) | PDF |
| Emails, Severance Documents (Case 3:20-cv-628, Doc. No. 94-6) | PDF |
| Emails, Severance Documents (Case 3:20-cv-628, Doc. No. 94-7) | PDF |
| Emails, Severance Documents (Case 3:20-cv-628, Doc. No. 94-8) | PDF |
| Emails, Severance Documents (Case 3:20-cv-628, Doc. No. 94-9) | PDF |
| Email from Dave Ramsey to Lampo: "SCOTUS Ruling." 7-1-2025 | |