# AMOS

## vs

## THE LAMPO GROUP LLC, et al.

## DAVID RAMSEY

## June 21, 2023



## Lindsey Perry, LCR,RPR, CRR

Chattanooga (423)266-2332   Jackson (731)425-1222
Knoxville (865)329-9919   Nashville (615)595-0073   Memphis (901)522-4477
www.elitereportingservices.com

```
 1                 IN THE UNITED STATES COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                        AT NASHVILLE
   _____

 3
    BRAD AMOS,
 4
              Plaintiff,
 5
    vs.                             Case No.
 6                                  3:21-cv-00923

    THE LAMPO GROUP, LLC and
 7  DAVE RAMSEY,

 8            Defendants.

 9  _____

10

11

12

13

14           Video/Videoconference Deposition of:

15           DAVID RAMSEY

16           Taken on behalf of Plaintiff
             June 21, 2023
17
             Commencing at 10:09 a.m.
18

19

20

21
   _____
22
              Elite-Brentwood Reporting Services
23             www.elitereportingservices.com
           Lindsey R. Perry, LCR, RPR, CRR, CSR
24               Post Office Box 292382
              Nashville, Tennessee  37229
25                  (615)595-0073
```

Elite-Brentwood Reporting Services * (615)595-0073
www.EliteReportingServices.com

```
1              A P P E A R A N C E S

2


3


4   For the Plaintiff:

5             MR. JONATHAN A. STREET
              MS. LAUREN IRWIN
6             MR. BRANDON HALL (via Zoom)
              Attorneys at Law
7             The Employment & Consumer Law Group
              1720 West End Avenue, Suite 402
8             Nashville, Tennessee  37203
              (615) 258-7134
9             street@eclaw.com
              lauren@eclaw.com
10            bhall@eclaw.com

11


12


13  For the Defendants:

14            MS. LESLIE GOFF SANDERS
              Attorney at Law
15            Barton, PLLC
              611 Commerce Street, Suite 2603
16            Nashville, Tennessee  37203
              (615) 238-6762
17            lsanders@bartonesq.com

18


19


20
    Also Present:
21
              MS. MARY CIEZADLO - Videographer
22
              MR. DANIEL CORTEZ - General Counsel,
23                                 Ramsey Solutions

24            MR. BRAD AMOS - (via Zoom)

25
```

Elite-Brentwood Reporting Services * (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | your attorneys or anyone else.  I'm sure your | 02:24:40 |
| 2 | attorney told you that, so I just wanted to get it | 02:24:43 |
| 3 | on the record. | 02:24:45 |
| 4 | I do want to show you a document. | 02:24:45 |
| 5 | MS. IRWIN:  This is Bates stamped | 02:24:50 |
| 6 | LAMPO 101.  It's the handbook signed by Brad Amos. | 02:24:51 |
| 7 | I can enter the entire thing as an exhibit.  So it | 02:24:57 |
| 8 | begins on LAMPO 98 and then goes through some number | 02:24:59 |
| 9 | uncertain at this moment. | 02:25:07 |
| 10 | MS. SANDERS:  Did you say it's the | 02:25:11 |
| 11 | handbook signed by Brad Amos? | 02:25:12 |
| 12 | MS. IRWIN:  Yeah. | 02:25:14 |
| 13 | MS. SANDERS:  Okay. | 02:25:14 |
| 14 | MS. IRWIN:  It's in the initial | 02:25:15 |
| 15 | disclosures. | 02:25:17 |
| 16 | MS. SANDERS:  Okay.  Thank you. | 02:25:17 |
| 17 | MS. IRWIN:  Uh-huh. | 02:25:18 |
| 18 | MS. SANDERS:  Can you blow it up just a | 02:25:21 |
| 19 | smidge? | 02:25:24 |
| 20 | MS. IRWIN:  Yeah. | 02:25:24 |
| 21 | (WHEREUPON, a document was designated to | 02:25:24 |
| 22 | be marked as Late-Filed Exhibit Number 15, when | 02:25:24 |
| 23 | provided.) | 02:25:27 |
| 24 | BY MR. STREET: | 02:25:27 |
| 25 | Q.    Now, Mr. Ramsey, is Lampo a Christian | 02:25:27 |

Case 3:21-cv-00923    Document 202    Filed 06/23/25    Page 4 of 5 PageID #: 5254
Elite Brentwood Reporting Services  *  (615) 595-0073
www.EliteReportingServices.com

| | | |
|---|---|---|
| 1 | company? | 02:25:30 |
| 2 | A.    No.  There's no such thing.  Our -- no. | 02:25:34 |
| 3 | Q.    Okay.  Well, this is part of the employment | 02:25:44 |
| 4 | handbook given to employees, which says "The image | 02:25:48 |
| 5 | of Ramsey Solutions is held out to be Christian. | 02:25:53 |
| 6 | Should a team member engage in a behavior not | 02:25:57 |
| 7 | consistent with traditional Judeo-Christian values | 02:25:59 |
| 8 | or teaching, it would damage the issue [sic] and the | 02:26:04 |
| 9 | value of our goodwill and our brand.  If this should | 02:26:06 |
| 10 | occur, the team member would be subject to review, | 02:26:09 |
| 11 | probation, or termination." | 02:26:12 |
| 12 |      Do you see that? | 02:26:13 |
| 13 | A.    Correct. | 02:26:13 |
| 14 | Q.    And that is Lampo policy? | 02:26:14 |
| 15 | A.    Correct. | 02:26:16 |
| 16 | Q.    Okay.  So how does that not make Lampo a | 02:26:16 |
| 17 | Christian company if it says "if you engage in | 02:26:18 |
| 18 | behavior not consistent with Christian values or | 02:26:21 |
| 19 | teaching, then" -- | 02:26:24 |
| 20 | A.    I'm not sure how you define a Christian | 02:26:25 |
| 21 | company, but this is a brand issue.  The vast | 02:26:28 |
| 22 | majority of our constituency, our customers are | 02:26:35 |
| 23 | people of faith, and they know I am, and they would | 02:26:40 |
| 24 | lose trust in me if people that worked for me were | 02:26:45 |
| 25 | not adhering to those values.  So this is a brand | 02:26:49 |

Case 3:21-cv-01862-Brenwood Reporting Services * Page 595 PageID #: 5259
Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com