# Re: Depositions to read into record- part 1 of 3

**Jonathan Street <street@eclaw.com>**  Yesterday at 6:53 PM

To: Leslie Goff Sanders; Daniel Crowell; Zachary Brown; Brandon Hall; Stephen C. Stovall; Eric Lyons

Counsel

As previously stated, we are more than willing to work with Defendant to ensure Mr. Ramsey would not be required to attend the duration of the trial but only the time when he may give testimony.

Let me know if this is acceptable and you will strike your Motion to Quash.

Thanks

Jon

Jonathan A. Street
Managing Partner
1625 Broadway, Suite 601
Nashville, TN 37203
street@eclaw.com
(615) 850-0632

*Please note our recent change of address

**EXHIBIT**
1- Email 6/24/2025