| Date | Dave Present | YouTube Link | Note |
|---|---|---|---|
| 20250303 | No | https://www.youtube.com/watch?v=spfnk3Y8oLc | |
| 20250304 | Yes | https://www.youtube.com/watch?v=yEvYItEOvfw | |
| 20250305 | Yes | https://www.youtube.com/watch?v=xTJP20Zs-H0 | |
| 20250306 | Yes | https://www.youtube.com/watch?v=0eaT3JKqCA4 | |
| 20250307 | No | https://www.youtube.com/watch?v=9zl-apmTHmo | |
| 20250310 | No | https://www.youtube.com/watch?v=4jl0Thlk4Ko | |
| 20250311 | No | https://www.youtube.com/watch?v=oODl8YOhtx8 | |
| 20250312 | No | https://www.youtube.com/watch?v=SAJig6VXAXI | |
| 20250313 | No | https://www.youtube.com/watch?v=DFslwcg-rJw | |
| 20250314 | No | https://www.youtube.com/watch?v=HBmE_cpcqmo | |
| 20250317 | Yes | https://www.youtube.com/watch?v=o674p2_byNc | |
| 20250318 | Yes | https://www.youtube.com/watch?v=HbQu6ZjOQUQ | |
| 20250319 | No | https://www.youtube.com/watch?v=XYuF48nS4yY | |
| 20250320 | Yes | https://www.youtube.com/watch?v=SyUDNVqsRIU | |
| 20250321 | Best-Of | https://www.youtube.com/watch?v=O4NuOPB4Hdw | All personalities gone for the "Ramsey Cruise" |
| 20250324 | Best-Of | https://www.youtube.com/watch?v=qBQdDAcpEX0 | All personalities gone for the "Ramsey Cruise" |
| 20250325 | Best-Of | https://www.youtube.com/watch?v=M7lodmsZW1E | All personalities gone for the "Ramsey Cruise" |
| 20250326 | Best-Of | https://www.youtube.com/watch?v=xcDd2Ms2G6I | All personalities gone for the "Ramsey Cruise" |
| 20250327 | Best-Of | https://www.youtube.com/watch?v=PGI2JpcJmok | All personalities gone for the "Ramsey Cruise" |
| 20250328 | Best-Of | https://www.youtube.com/watch?v=RqpOKte50f8 | All personalities gone for the "Ramsey Cruise" |
| 20250331 | Yes | https://www.youtube.com/watch?v=yp83m6BdAVQ | |
| 20250401 | Yes | https://www.youtube.com/watch?v=1yyIqWEGVy8 | |
| 20250402 | Yes | https://www.youtube.com/watch?v=kLdu6vw6VrI | |
| 20250403 | Yes | https://www.youtube.com/watch?v=YYA8X077gbk | |
| 20250404 | No | https://www.youtube.com/watch?v=7V0xTprl-zg | |
| 20250407 | Yes | https://www.youtube.com/watch?v=HSaI4HH11Gc | |
| 20250408 | Yes | https://www.youtube.com/watch?v=w_zo1njzJSw | |
| 20250409 | No | https://www.youtube.com/watch?v=hgEQVgi4HBY | |
| 20250410 | No | https://www.youtube.com/watch?v=oMvhopb8F68 | |
| 20250411 | No | https://www.youtube.com/watch?v=ojoOJFurhlo | |
| 20250414 | Yes | https://www.youtube.com/watch?v=dpN8EVXGesM | |
| 20250415 | Yes | https://www.youtube.com/watch?v=1L4MZUQTYf0 | |

EXHIBIT 2- Spreadsheet

| Date | Column2 | URL | Notes |
|---|---|---|---|
| 20250416 | Yes | https://www.youtube.com/watch?v=3uDsy7Is9pk | |
| 20250417 | Yes | https://www.youtube.com/watch?v=l8fFUhmmRPI | |
| 20250418 | Best-Of | https://www.youtube.com/watch?v=9YFXQva2-8Y | Good Friday |
| 20250421 | No | https://www.youtube.com/watch?v=UgVz8FDp1F4 | |
| 20250422 | Yes | https://www.youtube.com/watch?v=HxikLE0THhE | |
| 20250423 | No | https://www.youtube.com/watch?v=jigjt-hWwWA | |
| 20250424 | Yes | https://www.youtube.com/watch?v=wPEvGULFido | |
| 20250425 | No | https://www.youtube.com/watch?v=oehHRP0jbSY | |
| 20250428 | No | https://www.youtube.com/watch?v=THMX1MeHqis | |
| 20250429 | Yes | https://www.youtube.com/watch?v=foddwY5y0Tw | |
| 20250430 | Yes | https://www.youtube.com/watch?v=_bf560Ll-QE | |
| 20250501 | Yes | https://www.youtube.com/watch?v=RhZyefbv3Vg | |
| 20250502 | Yes | https://www.youtube.com/watch?v=c8Z3tVn2qK4 | |
| 20250505 | No | https://www.youtube.com/watch?v=0ShX1CyV8ZY | |
| 20250506 | No | https://www.youtube.com/watch?v=HgIbx4tgIZc | |
| 20250507 | No | https://www.youtube.com/watch?v=k4zuOUMEsJg | |
| 20250508 | No | https://www.youtube.com/watch?v=c8HPlnXjwFw | |
| 20250509 | No | https://www.youtube.com/watch?v=iyBJmCbq1TE | |
| 20250512 | No | https://www.youtube.com/watch?v=okfHVj5Ffl4 | |
| 20250513 | Yes | https://www.youtube.com/watch?v=zmKHB5XtMnk | |
| 20250514 | No | https://www.youtube.com/watch?v=24NwJd8Z8ug | In Birmingham for a speaking event: https://www.thefactorforum.com/speaker-line-up |
| 20250515 | No | https://www.youtube.com/watch?v=Ux_DPIY7XQI | |
| 20250516 | No | https://www.youtube.com/watch?v=ZfwTPskw7N8 | |
| 20250519 | No | https://www.youtube.com/watch?v=jlXa5TbU3IE | In Colorado for an "EntreLeadership" conference |
| 20250520 | No | https://www.youtube.com/watch?v=gdg-jxj31c8 | In Colorado for an "EntreLeadership" conference |
| 20250521 | No | https://www.youtube.com/watch?v=7vOfbsOxhLk | In Colorado for an "EntreLeadership" conference |
| 20250522 | No | https://www.youtube.com/watch?v=m5u6mdDW7BY | |
| 20250523 | No | https://www.youtube.com/watch?v=T2gj61jyUwg | |
| 20250526 | No | https://www.youtube.com/watch?v=MSU7WkdQ72Q | |

| | | | |
|---|---|---|---|
| 20250528 | Yes | https://www.youtube.com/watch?v=IW4i95sOoXs | |
| 20250529 | Yes | https://www.youtube.com/watch?v=KY9ak4VBAR4 | |
| 20250530 | Yes | https://www.youtube.com/watch?v=L82-6GdXIKQ | |

| | | |
|---|---|---|
| Total episodes, March, April, May | 64 | |
| Days where Dave was live: | 26 | |
| Best-Of / rerun days | 7 | |
| Days where the show was live but Dave was not present | 31 | |

Imporant note: Sometimes when scrolling through a video on YouTube where Dave is "not live", he will show up during advertisement breaks. These segments are usually pre-recorded., and usually only feature Dave, not the other co-host.