# THE TENNESSEAN

EXHIBIT

3- Tennessean Article

FRANKLIN

# Lawsuit accuses Ramsey Solutions of firing employee who questioned Dave's handling of COVID-19



**Brinley Hineman**
Nashville Tennessean

Updated April 19, 2021, 2:14 p.m. CT

A new lawsuit filed against Ramsey Solutions accuses the company of retaliating and discriminating against an employee who questioned owner Dave Ramsey's handling of coronavirus precautions.

The suit, first reported by Religion News Service, was filed by attorneys representing Brad Amos, a former employee who said he was fired after he questioned Ramsey's downplaying of the coronavirus pandemic and "cult-like" atmosphere.

After a grueling 60-day process of more than a dozen interviews, including ones with his wife, a personality test and disclosure of his monthly budget, Amos relocated from Los Angeles to Williamson County for a video editor role with Ramsey Solutions in August 2019.

**MORE:** Dave Ramsey's company fired a woman over her sex life. How much can employers police?

He was told he'd work on a student debt documentary and accepted the position with a $90,000 salary with the promise of "quick and significant" raises — almost one-third of what he made at his previous job in California. The suit alleges the promises were misrepresented and false as during his time with the company he received no raise.

During one of his interviews, Amos said he expressed concerns that he'd heard rumors of a "cult-like" atmosphere at Ramsey Solutions and worried about the work-life balance of the company, but leadership dismissed his questions, saying they were untrue.

When Amos left his family in California to begin work at the company, he underwent three days of onboarding, where instead of being trained for his job, the lawsuit states he went through days of "indoctrinating employees to constantly praise Dave Ramsey." Part of the training included sharing "Dave Stories:" Employees shared "deeply personal moments" of ways Ramsey and his program changed their lives.

During his time at the company, the lawsuit states that Amos had to fill out weekly personal reports in which he ranked his happiness and shared personal victories or struggles, including information about his marriage. He believed the reports were private, but he said they were later shared with upper management.

During March 2020, Amos' family moved to Tennessee, just as the coronavirus began to spread through Tennessee.

Because his wife is high-risk and his child has Coats' disease, Amos said he expressed concern about Ramsey's lack of precautions, including a mandatory 900-person meeting the day after the first coronavirus case was discovered in the

company. Ramsey called coronavirus precautions a "weakness of the spirit," the suit states, and encouraged prayer instead.

**MORE:** Can you be fired over your sex life? Dave Ramsey thinks so.

Amos pushed his boss, David DiCicco, to allow him to work remotely on the documentary. DiCicco said while working remotely Amos would be demoted to an assistant editor, but when he returned to the office, he'd once again be considered the senior video editor.

He told Amos to wait for a call about what he should work on while remote. Over the next few weeks, Amos reached out to his boss repeatedly and never received a response, the lawsuit states. He still continued going to meetings and other mandatory assignments, like weekly devotionals.

The lawsuit states on April 9 DiCicco contacted Amos to tell him he missed a deadline — one he previously said was arbitrary and passed a month prior — leading to Amos' official demotion. Amos was required to undergo another round of onboarding to relearn the "Ramsey Way." He also had to attend meetings of a "spiritual and personal nature" where his marriage was prodded and his commitment to the company was questioned.

After months of mandatory one-on-one meetings and working in a demoted position, Amos was terminated on July 31 because he was "not a good fit" and not "humble," the lawsuit states. The suit states that Amos' coronavirus precautions, like social distancing and listening to guidance from the Centers for Disease Control and Prevention, contributed to his termination.

In a statement to The Tennessean, Ramsey spokeswoman Megan McConnell called Amos' allegations "blatantly false."

"In fact, his inflammatory and false statements rise to the level of slander and defamation, and we are prepared to take action against Mr. Amos to stop him from making such comments about Ramsey Solutions," she said. "It appears the goal of this lawsuit is to smear Ramsey Solutions' reputation and extort a large settlement, and we are fully prepared to defend this lawsuit and prevail."

Jonathan A. Street, one of the attorneys representing Amos, said in part of a statement to The Tennessean that "every word contained in his complaint is true. Mr. Ramsey and his senior leadership threaten employees who expose their true corporate culture."

"Mr. Amos is filing this lawsuit because the law was broken, not for any improper reason," Street said. "Any action taken by Mr. Ramsey designed to silence Mr. Amos will be immediately brought to the attention of the courts."

Amos requested his case be heard before a jury and he be awarded money, including back pay.

*Reach Brinley Hineman at bhineman@tennessean.com and on Twitter [@brinleyhineman](). To stay updated on Williamson County news, [sign up for our newsletter]().*