UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
|     Plaintiff, | ) | Case No. 3:21-cv-00923 |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
|     Defendant. | ) | |

**DEFENDANT'S MOTION TO TEMPORARILY SEAL DOC. NO. 224-1**

Defendant, The Lampo Group, LLC, moves the Court to temporarily seal Doc. No. 224-1[1] until it has ruled on the pending Motion to Seal that same document at Doc. No. 124.

An identical copy of Doc. No. 224-1 was previously filed under seal in this case at Doc. No. 126-6 and is among the subjects of a pending Motion to Seal at Doc. No. 124.

Given that Defendant is only asking the Court to temporarily seal Doc. No. 224-1 until the Motion to Seal at Doc. No. 124 is resolved, we do not believe that this motion implicates the concerns embodied in Local Rule 5.03.

If the Court ultimately grants the Motion to Seal at Doc. No. 124 with respect to Doc. No. 126-6, then for consistency, Defendant asks the Court to also permanently seal Doc. No. 224-1 since they are the same document.

Respectfully submitted,

/s/ Daniel Crowell
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)

---

[1] Doc. No. 224-1 is an attachment to Doc. No. 224. If Doc. No. 224-1 cannot be temporarily sealed in isolation, then Defendant requests that Docs. No. 224 and 224-1 be temporarily sealed.

Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on June 27, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

*Attorneys for Plaintiff*

/s/Daniel Crowell
Daniel Crowell (TN #31485)
*Attorney for Defendant*