UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:21-cv-00923 |
| ) | Judge Richardson |
| THE LAMPO GROUP, LLC, ) | Jury Demand |
| ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF STRIKING MOTION

Plaintiff gives notice of striking their Motion to seal documents (Doc 124) as moot. Defendant filed "Motion Resolution of Dispute Under the Agreed Confidentiality Order" on August 23, 2023. The Motion requested certain depositions be designated as confidential under the agreed protective order and in the interim order that certain depositions which would be attached to Plaintiff's Response to Summary Judgment while the court considered whether the depositions should fall under the agreed protective order. Magistrate Judge Holmes issued an interim order (Doc 120) to file the depositions under seal for the purposes of a response to Defendant's Motion for Summary Judgment only (Doc 120) Plaintiff complied with this interim order.

After the documents were filed under seal pursuant to the court order; Magistrate Holmes issed a final order Denying Defendant's request that these depositions be subject to the confidential order without prejudice; affording Defendant the opportunity to file again to request they be subject to the confidentiality order. (Doc 134). Defendant never filed another motion to

have the documents designated as confidential. As such, the motion filed as Doc 124 is now moot.

Respectfully Submitted,

**/s/ *Jonathan A. Street***
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 27th day of June, 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Tel.: (615) 340-6790
*Attorneys for Defendant*

/s/ Jonathan A. Street
Jonathan A. Street