UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:21-cv-00923 |
| | ) | Judge Richardson |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SECOND MOTION TO ALLOW LATE FILED MOTION IN LIMINE**

Based on discovery disclosures made for the first time by Defendant yesterday, Plaintiff seeks to prevent the entrance of any of this material into evidence at trial on behalf of Defendant and other relief.

This is an important issue that should be resolved by the court prior to trial. Both parties and the court will benefit from the court's ruling on this matter. Plaintiff does not object to Defendant filing a response on July 3, 2025. This would allow the basically the same amount of time allowed for Defendant to file a response to previously filed Motions in Limine and will allow for their response to be filed prior to the pre-trial conference on July 7, 2025.[1]

The proposed Eleventh Motion in Limine is attached hereto as an Exhibit.

---

[1] Plaintiff conferred with Defendant to see if they would oppose this Motion and they indicated they do oppose.

Respectfully Submitted,

**/s/ *Jonathan A. Street***
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 23rd day of June, 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
*Attorneys for Defendant*

/s/ Jonathan A. Street
Jonathan A. Street