| | |
|---|---|
| **Subject:** | Fw: |
| **Date:** | Friday, June 27, 2025 at 6:11:01 PM Central Daylight Time |
| **From:** | Jonathan Street |
| **To:** | Jonathan Street |
| **Attachments:** | image001.png, image002.png |

Jonathan A. Street
Managing Partner
PO Box 330549
Nashville, TN 37203
(615) 850-0632

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:18 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re:

These documents are still not attached:

717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 5:14:21 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** FW:

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793

lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





---

**From:** Leslie Goff Sanders
**Sent:** Wednesday, January 18, 2023 1:39 PM
**To:** Lauren Irwin <lauren@eclaw.com>
**Cc:** Jonathan Street <street@eclaw.com>
**Subject:** FW:

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





---

**From:** Daniel Crowell <dcrowell@bartonesq.com>
**Sent:** Wednesday, January 18, 2023 12:58 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Subject:**

**Daniel Crowell**
Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6794
dcrowell@bartonesq.com | www.bartonesq.com | bio | vcard




| | |
|---|---|
| **Subject:** | RE: Amos v. Lampo Group, LLC, et al - Document Production |
| **Date:** | Friday, January 20, 2023 at 5:09:55 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image001.png, image002.png, image003.png |

Open the documents that were attached to the e-mail. All of the numbers you referenced below are there.

**Leslie Goff Sanders**

Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:05 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

Yes and we recovered several documents, however the specific bates stamped numbered documents listed were not in the production

717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 5:03:06 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** RE: Amos v. Lampo Group, LLC, et al - Document Production

Were you not able to access the link sent on December 16?

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:00 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

These are the documents missing:

I am assuming nos. 717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,

Thanks

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Jonathan Street <street@eclaw.com>

**Sent:** Friday, January 20, 2023 4:57:46 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

The documents I specifically listed were not included. Thanks.

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 4:56:51 PM
**To:** Lauren Irwin <lauren@eclaw.com>; Jonathan Street <street@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** FW: Amos v. Lampo Group, LLC, et al - Document Production

See below the e-mail that was sent on December 16 with Vol. 3 (717-1631). Password was sent separately – I will re-send.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Aishwarya Prabhu <aprabhu@bartonesq.com>
**Sent:** Friday, December 16, 2022 5:52 PM
**To:** lauren@eclaw.com; street@eclaw.com
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Leslie Goff Sanders <lsanders@bartonesq.com>
**Subject:** Amos v. Lampo Group, LLC, et al - Document Production

Dear Ms. Irwin and Mr. Street:

Please see the document production in the link below:

https://www.dropbox.com/scl/fo/v6gp0dqluk058c228dqqt/h?dl=0&rlkey=dby67poi1u85z7uidtokbhpvd

Some documents are password protected, I will send you the password in a separate email shortly.

Please let me know if you have any trouble accessing the documents.

Kind regards,

Aishwarya

**Aishwarya Prabhu**
Paralegal
Barton LLP
711 Third Avenue, 14th floor
New York, New York 10017
Tel: 212-687-6262 | Direct Dial: 212-885-8846
aprabhu@bartonesq.com | bartonesq.com



**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

| | |
|---|---|
| **Subject:** | Re: Joint Discovery Dispute Statement.Lampo |
| **Date:** | Friday, January 20, 2023 at 3:25:50 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Daniel Crowell, Stephen C. Stovall |
| **Attachments:** | image001.png, image002.png, image674423.png, image024500.png, image832625.png, image274972.png |

These have all been produced

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 2:52:45 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Leslie

In regards to documents produced by Lampo in this litigation:

We have Lampo bates stamped numbers 1-716. We also have another set numbered 1632-1723, 1725, 1731-33, 1735, 1737, 1739-41, 1743-45, 1747-48, 1750, 1753, 1755-56, 1758

I am assuming nos. 717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754, and 1757 are being withheld for some reason. Please let me know if I am incorrect.

Thanks

Jon

Jonathan A. Street
*Employment & Consumer Law Group*

1720 West End Ave, Ste 402
Nashville, TN 37203
Ph: (615) 850-0632
Fax: (866) 578-6038
Email: street@eclaw.com

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Wednesday, January 18, 2023 at 9:48 PM
**To:** Jonathan Street <street@eclaw.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Yes

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





---

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Wednesday, January 18, 2023 9:15:44 PM
**To:** Lauren Irwin <lauren@eclaw.com>; Leslie Goff Sanders <lsanders@bartonesq.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

To be clear, we were to add our response to the statement of defendant regarding the deposition of Mr Ramsey and then file.

You were to add defendants response to our statement and file.

Thanks

Jon

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

---

**From:** Lauren Irwin <lauren@eclaw.com>
**Sent:** Wednesday, January 18, 2023 9:11:37 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Jonathan Street <street@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Hi Leslie,

See attached the completed Joint Discovery Dispute Statement as to the issue of Dave Ramsey's deposition. We have also included an attachment to be included as Plaintiff's Exhibit A.

Best,
Lauren

**Lauren Irwin | Associate Attorney**
**Employment & Consumer Law Group**
Ph: (615) 850-0632

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Wednesday, January 18, 2023 at 7:40 PM
**To:** Jonathan Street <street@eclaw.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, "Stephen C. Stovall" <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Sure. There is a case that needs to be filed with the dispute statement re: Dave Ramsey's deposition. I am at this dinner with my team and can't pull the case. I can file a separate Notice of Filing

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Wednesday, January 18, 2023 6:38:55 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Also, we can add our portion to the statement dealing with the Ramsey deposition and file that one if you can file the one regarding Plaintiffs issues once you have included your response.

Thanks

Jon

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

---

**From:** Jonathan Street <street@eclaw.com>
**Date:** Wednesday, January 18, 2023 at 6:31 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Leslie we are working on the formatting like we said but wanted to give you a heads up, its long with all the issues involved. Over 20 pages. We will get it to you as soon as possible, definitely before 11 pm as you requested.

**Jonathan A. Street | Managing Partner**
**Employment & Consumer Law Group**

1720 West End. Ave, Ste 402, Nashville, TN 37203
Ph: (615) 850-0632   Fax: (866) 578-6038
www.eclaw.com

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Wednesday, January 18, 2023 at 6:10 PM
**To:** Jonathan Street <street@eclaw.com>, Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>, Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Joint Discovery Dispute Statement.Lampo

Please find attached Defendants' position on deposing Dave Ramsey. Please insert your position, return to me and I'll file it tonight. Please send me your position on Plaintiff's o/s discovery issues and I'll insert our position. I'm happy to file the joint statement on Plaintiff's issues later this evening when I return from my dinner function. Thanks!

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email**

cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.

This email was originated outside of Barton LLP.

Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.

| | |
|---|---|
| **Subject:** | RE: Amos v. Lampo Group, LLC, et al - Document Production |
| **Date:** | Friday, January 20, 2023 at 5:03:26 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image002.png, image003.png, image004.png |

Were you not able to access the link sent on December 16?

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:00 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

These are the documents missing:

I am assuming nos. 717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,

Thanks

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 4:57:46 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

The documents I specifically listed were not included. Thanks.

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 4:56:51 PM
**To:** Lauren Irwin <lauren@eclaw.com>; Jonathan Street <street@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** FW: Amos v. Lampo Group, LLC, et al - Document Production

See below the e-mail that was sent on December 16 with Vol. 3 (717-1631). Password was sent separately – I will re-send.


**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Aishwarya Prabhu <aprabhu@bartonesq.com>
**Sent:** Friday, December 16, 2022 5:52 PM
**To:** lauren@eclaw.com; street@eclaw.com
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Leslie Goff Sanders <lsanders@bartonesq.com>

**Subject:** Amos v. Lampo Group, LLC, et al - Document Production

Dear Ms. Irwin and Mr. Street:

Please see the document production in the link below:

https://www.dropbox.com/scl/fo/v6gp0dqluk058c228dqqt/h?dl=0&rlkey=dby67poi1u85z7uidtokbhpvd

Some documents are password protected, I will send you the password in a separate email shortly.

Please let me know if you have any trouble accessing the documents.

Kind regards,

Aishwarya

**Aishwarya Prabhu**
Paralegal
Barton LLP
711 Third Avenue, 14th floor
New York, New York 10017
Tel: 212-687-6262 | Direct Dial: 212-885-8846
aprabhu@bartonesq.com | bartonesq.com



**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

| | |
|---|---|
| **Subject:** | Re: Amos v. Lampo Group, LLC, et al - Document Production |
| **Date:** | Thursday, June 26, 2025 at 4:09:22 PM Central Daylight Time |
| **From:** | Jonathan Street |
| **To:** | Leslie Goff Sanders |
| **CC:** | Stephen C. Stovall |
| **Attachments:** | image001.png, image002.png, image003.png |

Leslie-

Vol 3 starts on Doc 1632. The link you previously sent includes documents that start on that number.

This will be the first time we see docs 717-1631. Please refer to our emails in January, 2023.

Thanks.

Jon

Jonathan A. Street
Managing Partner
1625 Broadway, Suite 601
Nashville, TN 37203
street@eclaw.com
(615) 850-0632

*Please note our recent change of address

---

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Date:** Thursday, June 26, 2025 at 4:07 PM
**To:** Jonathan Street <street@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** FW: Amos v. Lampo Group, LLC, et al - Document Production

Jon – We sent you the link twice. See below. I've copied Stephen on this email to re-send Vol. 3 – 0717-1631 via Mimecast large file transfer. Per your request, I'm also re-sending 0114, both the slipsheet and the native file.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793

lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 4:57 PM
**To:** lauren@eclaw.com; Jonathan Street <street@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** FW: Amos v. Lampo Group, LLC, et al - Document Production

See below the e-mail that was sent on December 16 with Vol. 3 (717-1631). Password was sent separately – I will re-send.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



**From:** Aishwarya Prabhu <aprabhu@bartonesq.com>
**Sent:** Friday, December 16, 2022 5:52 PM
**To:** lauren@eclaw.com; street@eclaw.com
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Leslie Goff Sanders <lsanders@bartonesq.com>
**Subject:** Amos v. Lampo Group, LLC, et al - Document Production

Dear Ms. Irwin and Mr. Street:

Please see the document production in the link below:

https://www.dropbox.com/scl/fo/v6gp0dqluk058c228dqqt/h?dl=0&rlkey=dby67poi1u85z7uidtokbhpvd

Some documents are password protected, I will send you the password in a separate email shortly.

Please let me know if you have any trouble accessing the documents.

Kind regards,

Aishwarya

**Aishwarya Prabhu**
Paralegal
Barton LLP
711 Third Avenue, 14th floor
New York, New York 10017
Tel: 212-687-6262 | Direct Dial: 212-885-8846
aprabhu@bartonesq.com |  bartonesq.com

