UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00923 |
| v. | ) | District Judge Richardson |
| | ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| Defendant. | ) | |

## DEFENDANT'S WITNESS LIST

In accordance with the Court's Order (Doc. No. 185), Defendant, The Lampo Group, LLC, may use the following people as witnesses at trial in this matter:

- Brad Amos – Plaintiff in this matter who will testify to the allegations he made in the Complaint.

- Luke LeFevre – Former employee of Defendant who will testify to Plaintiff's performance while employed at Defendant, Plaintiff's actions that lead to Mr. LeFevre's decision to terminate Plaintiff, and Defendant's operations during COVID.

- Lara Johnson – Current employee of Defendant who will testify to Plaintiff's performance while employed at Defendant, the termination of Plaintiff, and Defendant's operations during COVID.

- Joshua Ben "JB" Waggoner – Current employee of Defendant who will testify to Plaintiff's performance while employed at Defendant and Defendant's operations during COVID.

- Armando Lopez – Current employee of Defendant who will testify to Defendant's operations during COVID.

- David DiCicco – Former employee of Defendant who will testify to Plaintiff's performance while employed at Defendant and Defendant's operations during COVID.

- All witnesses subpoenaed, listed, or called by Plaintiff.

- All witnesses necessary for impeachment or rebuttal.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on June 30, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

*Attorneys for Plaintiff*

/s/ Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
*Attorney for Defendant*