UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) ) | Case No. 3:21-cv-00923 |
| v. | ) ) | District Judge Richardson |
| | ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | ) ) | Jury Demand |
| Defendant. | ) ) | |

## DEFENDANT'S EXHIBIT LIST

In accordance with the Court's Order (Doc. No. 185), Defendant, The Lampo Group, LLC, may use the following documents as exhibits at trial in this matter:

| Exhibit No. | Date | Description | Source |
|---|---|---|---|
| 1 | November 1, 2017 | Plaintiff's Applications to Defendant | LAMPO0001-4 |
| 2 | January 6, 2019 | Plaintiff's Application to Lampo | Ex. 4 to Deposition of Brad Amos<br><br>LAMPO0071 |
| 3 | June 28, 2019 | Plaintiff's Employment Offer at Lampo | Ex. 7 to Deposition of Brad Amos<br><br>LAMPO0116 |
| 4 | October 28, 2019 | Email from Johnson to Video Team<br><br>Subject: Weekly Reports | Ex. 1 to Deposition of Lara Johnson<br><br>LAMPO0013095 |
| 5 | January 2, 2020 | Email Chain from Johnson to DiCicco and Richards<br><br>Subject: Re: Brad Check | LAMPO0446 |
| 6 | January 13, 2020 | Email Chain between LeFevre and Amos<br><br>Subject: Re:Hey! | LAMPO016463-44 |
| 7 | March 13, 2020 | Email LeFevre to Creative<br><br>Subject: Hey! | LAMPO014974 |
| 8 | May 8, 2019 | Plaintiff's Application to Lampo | Ex. 5 to Deposition of Brad Amos |

| | | | LAMP0072 |
|---|---|---|---|
| 9 | March 14, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Next Week | LAMPO0008059 |
| 10 | March 15, 2020 | Email Johnson to Video Team<br><br>Subject: Ok What now!?!? | LAMPO0008172 |
| 11 | March 15, 2020 | Email from Dave Ramsey to Ramsey<br><br>No Subject Line (about COVID and company's next steps) | LAMPO014940-41 |
| 12 | March 16, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Today | LAMPO07569 |
| 13 | March 18, 2020 | Text Messages between Plaintiff and David DiCicco about working from home | Ex. 11 to Deposition of Brad Amos<br><br>AMOS0066 |
| 14 | March 18, 2020 | Email from LeFevre<br><br>Subject: The Corona Daily 3/18/20 | LAMPO0012847-49 |
| 15 | March 18, 2020 | Email Chain between Butler, Johnson, Burton, and Nutter<br><br>Subject: Re: Folks out due to virus | Ex. 19 to Deposition of Lara Johnson<br><br>LAMPO0049706 |
| 16 | March 18, 2020 | Email Chain between Cieselewicz, Thompson, Johnson, and Higgins<br><br>Subject: Tracking coronavirus related absences | Ex. 11 to Deposition of Lara Johnson<br><br>LAMPO0049970-71 |
| 17 | March 19, 2020 | Email from Johnson to Video Team<br><br>Subject: Keep this team going | Ex. 12 to Deposition of Lara Johnson<br><br>LAMPO0011535 |
| 18 | March 19, 2020 | Email from LeFevre to Ramsey<br>Subject: Your Job and Working from Home | LAMPO07023-24 |
| 19 | March 19, 2020 | Email from LeFevre to Ramsey<br><br>Subject: The Corona Daily 3/19/20 | LAMPO0805-07 |
| 20 | March 20, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Time to head home ... | LAMPO10227 |
| 21 | March 20, 2020 | Email from David DiCicco to Brad Amos<br><br>Subject: Update | Ex. 9 to Deposition of Brad Amos<br><br>LAMPO0107 |
| 22 | March 20, 2020 | Email from LeFevre to Ramsey | LAMPO06432-34 |

| | | Subject: Corona Daily 3/20/20 | |
|---|---|---|---|
| 23 | March 21, 2020 | Email Chain between Johnson, DiCicco, Burton, and Anderson<br><br>Subject: Re: Video Team Shutdown | LAMPO0049697-702 |
| 24 | March 21, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/21/20 | LAMPO0013521-23 |
| 25 | March 21, 2020 | Email Chain between LeFevre, Johnson, Lopez, DiCicco, and Sievertsen<br><br>Subject: Re: Video Team Shutdown | LAMPO0448-50 |
| 26 | March 22, 2020 | Email LeFevre to Ramsey<br><br>Subject: Corona Daily 3/22/20 | LAMPO0010412 |
| 27 | March 22, 2020 | Email Michael Finney to Ramsey<br><br>Subject: Working from Home | LAMPO0011010-12 |
| 28 | March 23, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/23/20 | LAMPO05513-15 |
| 29 | March 24, 2020 | Email Chain between Covert and DiCicco<br><br>Subject: Re: Drive ETA | Ex. 17 to Deposition of Lara Johnson<br><br>LAMPO0049641-2 |
| 30 | March 24, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/24/20 | LAMPO0992-94 |
| 31 | March 26, 2020 | Messages between DiCicco and LeFevre discussing Plaintiff | LAMPO0126-131 |
| 32 | March 27, 2020 | Messages between DiCicco and Katz discussing moving Plaintiff to different projects | Ex. 5 to Deposition of Lara Johnson<br><br>LAMPO0051432-34 |
| 33 | March 27, 2020 | Messages between DiCicco and Johnson about Plaintiff working from home | Ex. 5 to Deposition of Lara Johnson<br><br>LAMPO0051436-37 |
| 34 | March 29, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily 3/29/20 (Sunday Night Edition) | LAMPO016123-24 |
| 35 | April 1, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily 4/1/20 | LAMPO0008698-99 |
| 36 | April 3, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/3/20 | LAMPO0825-26 |

3

| | | | |
|---|---|---|---|
| 37 | April 6, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/6/20 | LAMPO0009374-76 |
| 38 | April 6, 2020 | Email Chain between DiCicco, LeFevre, and Johnson<br><br>Subject: Brad Amos | Ex. 6 to Deposition of David DiCicco<br><br>LAMPO0049139-40 |
| 39 | April 8, 2020 | Email Chain between LeFevre and DiCicco<br><br>Subject: Brad Convo | Ex. 8 to Deposition of David DiCicco<br><br>LAMPO0049141-43 |
| 40 | April 9, 2020 | Email Chain from Galloway to Ramsey Subject: FW: Have a GOOD FRIDAY & Easter weekend | Ex. 1 to Deposition of Jack Galloway<br><br>LAMPO0010403-4 |
| 41 | April 13, 2020 | Human Resources Committee Notes on Plaintiff | LAMPO0051527-29 |
| 42 | April 13, 2020 | Email LeFevre to Ramsey<br><br>Subject: This week! | LAMPO007868 |
| 43 | April 13, 2020 | Email Chain between Johnson, LeFevre and DiCicco<br><br>Subject: Re: let's talk about this at 9:30 as well... | Ex. 22 to Deposition of Luke LeFevre<br><br>LAMPO0444 |
| 44 | April 14, 2020 | Emails between DiCicco and Johnson<br><br>Subject: Re: Brad | Ex. 11 to Deposition of David DiCicco<br><br>LAMPO0469 |
| 45 | April 14, 2020 | Email from Johnson to Amos<br><br>Subject: Re: Checking in | LAMPO049190 |
| 46 | April 17, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/17/20 | LAMPO01332-38 |
| 47 | April 20, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/20/20 | LAMPO00016271-2 |
| 48 | April 21, 2020 | Email from Dave Ramsey to Ramsey<br><br>Subject: Update on office opening | LAMPO07255 |
| 49 | April 22, 2020 | Email from Johnson to Video Team<br><br>Subject: Guys, we get to come back ! ! ! | Ex. 15 to Deposition of Lara Johnson<br><br>LAMPO0013278 |
| 50 | April 22, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/22/20 | LAMPO06769-70 |
| 51 | April 24, 2020 | Email from LeFevre to Ramsey | LAMPO0012400-02 |

| | | Subject: HOPE Daily: 4/24/20 | |
|---|---|---|---|
| 52 | April 27, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/27/20 | LAMPO0010011-12 |
| 53 | April 30, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/30/20 | LAMPO01231-32 |
| 54 | May 1, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/1/20 | LAMPO0012568-70 |
| 55 | May 4, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/4/20 | LAMPO015277-79 |
| 56 | May 4, 2020 | Email Chain between Johnson and LeFevre<br><br>Subject: Re: Brad Amos | Ex. 17 to Deposition of Luke LeFevre<br><br>LAMPO0400 |
| 57 | May 5, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/5/20 | LAMPO0012844-45 |
| 58 | May 6, 2020 | Email Chain from Fulton to Video Team<br><br>Subject: Re: Favorite Movie Scene Showcase | LAMPO017203-04 |
| 59 | May 6, 2020 | E Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/6/20 | LAMPO06964-65 |
| 60 | May 8, 2020 | Email from Julian to Ramsey<br><br>Subject: Before you leave today… | LAMPO07801 |
| 61 | May 11, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/11/20 | LAMPO07311-12 |
| 62 | May 12, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/12/20 | LAMPO000853-54 |
| 63 | May 13, 2020 | Johnson's OneNote notes about Plaintiff | LAMPO050053-54 |
| 64 | May 15, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Weekly: 5/15/20 | LAMPO010396-97 |
| 65 | May 29, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Weekly: 5/29/20 | LAMPO07218-19 |
| 66 | June 29, 2020 | Email from Johnson to Plaintiff<br><br>Subject: Weekly Reports | Ex. 6 to Deposition of Lara Johnson<br><br>LAMPO0049192 |
| 67 | July 2, 2020 | Email from Plaintiff to Waggoner<br><br>Subject: Re: Weekly Reports | Ex. 1 to Deposition of JB Waggoner |

| | | | LAMPO0017449 |
|---|---|---|---|
| 68 | July 10, 2020 | Email from Johnson to Plaintiff<br><br>Subject: Next Week | Ex. 14 to Deposition of Lara Johnson<br><br>LAMPO0049197 |
| 69 | July 13, 2020 | Email Chain between Johnson, Katz, and Sherrill<br><br>Subject: Re: Switching Vacation Days | Ex. 16 to Deposition of Luke LeFevre<br><br>LAMPO0398-99 |
| 70 | July 22, 2020 | Calendar Invite from Reddish to Ramsey<br><br>Subject: Ramsey Team Happy Hour | LAMPO0793 |
| 71 | July 29, 2020 | LeFevre's EverNote notes about Plaintiff | LAMPO0050055-57 |
| 72 | July 29, 2020 | Email Chain between LeFevre, Lopez, Galloway, Johnson, and HR<br><br>Subject: Re: Brad Amos | Ex. 13 to Deposition of Luke LeFevre<br><br>LAMPO0358-59 |
| 73 | July 31, 2020 | Email from Dave Ramsey to Ramsey<br><br>Subject: Thoughts this morning | Ex. 9 to Deposition of David DiCicco<br><br>LAMPO0013119-20 |
| 74 | July 31, 2020 | Email Chain between Finney and LeFevre<br><br>Subject: RE: Brad Amos | Ex. 21 to Deposition of Lara Johnson<br><br>LAMPO0051507-11 |
| 75 | July 31, 2020 | Email Chain between Sievertsen, Lopez, LeFevre, Galloway, Johnson and HR about Plaintiff<br><br>Subject: Re: Brad Amos | Ex. 24 to Deposition of Luke LeFevre<br><br>LAMPO0523-28 |
| 76 | July 31, 2020 | Email Chain between LeFevre, Lopez, Floyd, Thompson, Galloway, Simms, Sievertsen, Johnson and HR<br><br>Subject: Re: Brad Amos | Ex. 20 to Deposition of Lara Johnson<br><br>LAMPO0542-47 |
| 77 | August 3, 2020 | Text between DiCicco and LeFevre about termination of Plaintiff | LAMPO0050065 |
| 78 | August 5, 2020 | Email Chain LeFevre and D. Ramsey<br><br>Subject: Re: | LAMPO01631 |
| 79 | August 25, 2020 | Email from Waggoner to Johnson<br><br>Subject: Re: Notes on Brad Amos | LAMPO0049160-61 |
| 80 | April 19, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/29/20 | LAMPO05672-74 |
| 81 | May 4, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/4/20 | LAMPO015277-79 |
| 82 | No Date | Brad Amos CV | AMOS0032 |

| 83 | No Date | Plaintiff's W-2 and Tax Information | AMOS0095-101 |
|----|---------|-------------------------------------|--------------|
| 84 | No Date | Severance Offer and Exit Form | LAMPO0073 |
| 85 | August 7, 2019 | Lampo's Policies and Procedures (electronically signed by Plaintiff) | Ex. 8 to Deposition of Brad Amos<br><br>LAMPO0098-105 |
| 86 | | Lampo's COVID-19 Practices and Procedures | Ex. 13 to Deposition of Brad Amos<br><br>LAMPO0122 |
| 87 | | Recommended Safeguards for coronavirus | Ex. 3 to Deposition of Luke LeFevre<br><br>LAMPO0125 |
| 88 | | Subpoena and Responsive Documents from BLT Communications, LLC | LAMPO0554-688 |
| 89 | | Subpoena and Responsive Documents from Mark Woollen & Associates LP | LAMPO0689-701 |
| 90 | | Subpoena and Responsive Documents from CMP Film & Design West LLC | LAMPO0702-0716 |

The above listed Exhibits do not include those exhibits which may be used for cross-examination and impeachment purposes only. In addition to the above listed Exhibits, Defendant may seek to introduce evidence at trial using any exhibit listed on Plaintiff's Exhibit List.

Respectfully submitted,

/s/ Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on June 30, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Sanders
Leslie Sanders (TN #18973)
*Attorney for Defendant*