UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:21-cv-00923 |
| | ) Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2

Plaintiff, Brad Amos, through undersigned counsel, moves that the Court deny Defendant's Motion in Limine Number 2 related to prohibiting "extraneous" evidence related to COVID-19.

Defendant requests the court prohibit extraneous evidence or argument regarding the COVID-19 pandemic at trial. It is unclear which evidence in particular Defendant seeks to prevent entering into evidence, as there is no clear definition of what Defendant deems "extraneous" in their motion. However, the claims in this lawsuit are that Defendant's, and in particular its CEO Mr. Dave Ramsey's, direction during the COVID pandemic took on a very spiritual nature. To the point, Mr. Ramsey believed taking precautions represented a "weakness of spirit" and Defendant terminated Plaintiff and others for taking said precautions and failing to show "humility" by following his spiritual lead.

The COVID pandemic is quite relevant to this lawsuit; it is Defendant's COVID policies based on spirituality that are in part the basis of the claims in this lawsuit. Evidence of the COVID pandemic—the timing and progression, general effects, scientific advances, mitigation

approaches—is certainly relevant. The COVID-19 pandemic had no modern precedent, as Defendant points out in Document 203. The fact people held and continue to hold conflicting views is not prejudicial to the Defendant.

For the above reasons, Plaintiff respectfully moves the Court to deny Defendant's second Motion in Limine and allow evidence related to COVID.

Respectfully Submitted,

**THE EMPLOYMENT AND COMMERCE LAW GROUP,**

**/s/ *Jonathan A. Street***
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 30th day of June, 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Tel.: (615) 340-6790
*Attorneys for Defendant*

      /s/ Jonathan A. Street
      Jonathan A. Street