UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:21-cv-00923 |
| | ) | Judge Richardson |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 11**

Plaintiff, Brad Amos, through undersigned counsel, agrees with Defendant regarding "Golden Rule" testimony, but moves that the Court deny Defendant's Motion in Limine Number 11 relative to "sending a message."

Plaintiff and Defendant agree that asking the jury to put themselves in Plaintiff's shoes is prejudicial.

However, recent caselaw from other parts of the circuit indicate asking jury to "send a message" is appropriate in cases where punitive damages are being sought. Responding to similar motions in limine, the Eastern District of Michigan stated: "When punitive damages are available in a case, however, "Send a Message" arguments—specifically, imploring the jury to send a message to the defendants through its punitive damages award—may be permissible, given that the purposes of punitive damages are "deterrence and retribution." Bell v. Korkis, No. 19-CV-13565, 2025 WL 972830, at *4 (E.D. Mich. Apr. 1, 2025)(citing *State Farm Mut. Auto. Ins. Co. v. Campbell*, 538 U.S. 408, 416 (2003)). The court denied the defendant's motion, continuing: "Plaintiff may argue that the jury should "send a message" with its verdict

on punitive damages, as long as any such argument is appropriately aimed at retribution for the instant conduct." *Id*. at *5(citing *Clark v. Chrysler Corp.*, 436 F.3d 594, 609-10 (6th Cir. 2006). As Plaintiff is seeking punitive damages in this matter, arguments relating to "sending a message" are more than likely appropriate.

For the above reasons, Plaintiff respectfully moves the Court to deny Defendant's eleventh motion in limine and allow arguments relating to "sending a message" pertaining to punitive damages.

Respectfully Submitted,

**THE EMPLOYMENT AND COMMERCE LAW GROUP,**

**/s/ *Jonathan A. Street***
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 30th day of June, 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203

Tel.: (615) 340-6790
*Attorneys for Defendant*

        /s/ Jonathan A. Street
        Jonathan A. Street