UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRAD AMOS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | Case No. 3:21-cv-00923 |
|  | ) | Judge Richardson |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| Defendant. | ) |  |

## PLAINTIFF'S WITNESS LIST

Plaintiff Brad Amos, by and through undersigned counsel, pursuant to the Court's Order (Doc. No. 185) and Federal Rule of Civil Procedure 26(A)(3), submits the following list of witnesses that he may call in the trial of this matter.

|  | Witness Name | Will/May | Live/Deposition | Defendant's Objection(s), If Any |
|---|---|---|---|---|
| 1. | Brad Amos | Will | Live |  |
| 2. | Dave Ramsey | Will | Live (pending motion to quash subpoena, otherwise entirety of Deposition from 6-21-23, along with selected portions of Mr. Ramsey's 11-12-21 deposition. |  |
| 3. | Armando Lopez | May | Live |  |
| 4. | Lara Johnson | Will | Live |  |
| 5. | David DiCicco | Will | Live |  |
| 6. | Luke LeFevre | Will | Live |  |
| 7. | Jack Galloway | May | Live |  |
| 8. | JB Waggoner | May | Live |  |
| 9. | Dr. Charles Baum | Will | Live |  |
| 10. | Nathan Fritz | May | Live |  |
| 11. | Abby Stephenson | May | Live |  |

| 12. | Gregory Thoman | May | Live | |
| 13. | Julie Anne Stamps | May | Live | |
| 14. | Suzanne Simms | May | Live and/or Deposition | |
| 15, | Melissa Amos | May | Deposition | |
| 16. | Mark Floyd | May | Deposition | |
| 17. | Jennifer Sievertsen | May | Deposition | |
| 18. | Michael Finney | May | Deposition | |

Respectfully Submitted,

**THE EMPLOYMENT AND COMMERCE LAW GROUP,**

*/s/ Jonathan A. Street*
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN  37203
(615) 850-0632

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 30th day of July, 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
BARTON LLP
611 Commerce Street, Suite 2911
Nashville, TN 37203
Tel.: (615) 340-6790
*Attorneys for Defendant*

/s/ Jonathan A. Street
Jonathan A. Street