UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) | Case No. 3:21-cv-00923 |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Holmes |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 10

Defendant, The Lampo Group, LLC, responds in opposition to the mischaracterizations in Plaintiff's Motion in Limine No. 10 and to the unilateral request that only Plaintiff's counsel be protected from disparaging remarks at trial. Throughout this litigation, Defendant's counsel has not made a single extra-judicial disparaging remark about Plaintiff or his attorneys. Only Plaintiff's counsel has done that. *See* (Doc. 225).

As for statements made in pleadings and discovery, Defendant has (1) defended itself, its counsel, and its employees against unfounded accusations by Plaintiff and his counsel and (2) filed a motion for attorneys' fees when the entire case was dismissed pursuant to FRCP 12(b)(6).[1] Plaintiff's counsel apparently wants to be free to attack Defendant and its counsel, but he accuses Defendant's counsel of bullying when we respond.

Defendant's counsel wants nothing more than to be rid of Plaintiff's constant distractions from the merits of his case. Defendant wholly supports a limiting instruction preventing Plaintiff and his attorney from personally attacking Defendant and Defendant's counsel in front of the jury.

---

[1] Defendant and Mr. Ramsey intend to renew this motion as to the numerous claims that have been dismissed in this lawsuit.

Defendant has no objection to such instruction being applied to its attorneys who have no intention of presenting anything to the jury other than the facts of this case.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I certify that, on June 30, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

*Attorneys for Plaintiff*

                                              /s/Leslie Goff Sanders
                                              Leslie Goff Sanders (TN #18973)
                                              *Attorney for Defendant*