| From: | Leslie Goff Sanders |
|---|---|
| To: | Jonathan Street; Lauren Irwin; Stephen C. Stovall; Daniel Crowell |
| Subject: | RE: Re: |
| Date: | Friday, January 20, 2023 5:30:34 PM |
| Attachments: | image001.png |
| | image002.png |

Sounds good

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:30 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re:

Yes. That time it worked. I'm working from my iPad, let me have Brandon try to download the rest Monday morning and I can let you know if that doesn't work.

Thanks


Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632


**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 5:26:46 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall

<sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>

**Subject:** RE: Re:

I extracted one file. Open this. You should see 1723 and 1724.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:20 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re:

I think maybe we are only getting the first pages of these documents? They appear cut off

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 5:14:21 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** FW:

**Leslie Goff Sanders**

Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Leslie Goff Sanders
**Sent:** Wednesday, January 18, 2023 1:39 PM
**To:** Lauren Irwin <lauren@eclaw.com>
**Cc:** Jonathan Street <street@eclaw.com>
**Subject:** FW:

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Daniel Crowell <dcrowell@bartonesq.com>
**Sent:** Wednesday, January 18, 2023 12:58 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Subject:**

**Daniel Crowell**
Partner

Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6794
dcrowell@bartonesq.com | www.bartonesq.com | bio | vcard





**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**