| | |
|---|---|
| **From:** | Leslie Goff Sanders |
| **To:** | Lauren Irwin; Jonathan Street |
| **Cc:** | Stephen C. Stovall; Daniel Crowell |
| **Subject:** | Amos - Document Production |
| **Date:** | Monday, January 9, 2023 5:11:51 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | LAMPO1632_LAMPO1722.pdf |

Please find attached all meeting agendas referenced in Defendant Lampo's responses to Plaintiff's latest document production. Thanks.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



