| From: | Hina Shah |
|---|---|
| To: | Stephen C. Stovall; Iliyana Karanesheva |
| Cc: | bartonesq@trustpoint.one; Phil Shellhaas |
| Subject: | RE: Ramsey/Amos Production-- VOL003 - Sharefile Link 1 of 2 |
| Date: | Friday, December 16, 2022 1:01:03 PM |
| Attachments: | image005.png<br>image012.png<br>image053.png<br>image055.png<br>image071.png<br>image014.png<br>image034.png<br>image035.png<br>image038.png<br>image039.png<br>image040.png<br>image041.png<br>image042.png<br>image046.png<br>image047.png<br>image052.png<br>image054.png<br>image059.png<br>image060.png<br>image061.png<br>image062.png<br>image080.png<br>image081.png<br>image082.png<br>image083.png<br>image084.png<br>image085.png<br>image086.png<br>image087.png<br>image088.png<br>image089.png<br>image090.png<br>image091.png |

Hi Stephen, Below is the link to download the production zip file VOL003.

https://trustpointone.sharefile.com/d-s35b40eeea6744b9e870e009b6d4e8ec2

Password for the zip file will be sent in a separate email.

Below is the production summary for your records.

| Volume | Prod Beg Doc | Prod End Doc | Docs | Images | Natives | Placeholders |
|---|---|---|---|---|---|---|
| VOL003 | LAMPO0717 | LAMPO1631 | 280 | 915 | 4 | 4 |

Please let us know if you have any questions.

Thanks.
Hina.



**Hina Shah**
Project Manager
o: 216.302.2565
o: 855.699.1205 ext: 2002
www.trustpoint.one

**After Hours Support:** pmteam@trustpoint.one

---

**From:** Hina Shah <Hina.Shah@trustpoint.one>
**Sent:** Thursday, December 15, 2022 2:37 PM
**To:** Stephen C. Stovall <sstovall@bartonesq.com>; Iliyana Karanesheva <Iliyana.Karanesheva@trustpoint.one>
**Cc:** bartonesq@trustpoint.one; Phil Shellhaas <phil.shellhaas@trustpoint.one>
**Subject:** RE: Ramsey/Amos -- Trustpoint & Relativity

Understood.

Thanks.
Hina.



**Hina Shah**
Project Manager
o: 216.302.2565
o: 855.699.1205 ext: 2002
www.trustpoint.one

**After Hours Support:** pmteam@trustpoint.one

---

**From:** Stephen C. Stovall <sstovall@bartonesq.com>
**Sent:** Thursday, December 15, 2022 2:31 PM
**To:** Hina Shah <Hina.Shah@trustpoint.one>; Iliyana Karanesheva <Iliyana.Karanesheva@trustpoint.one>
**Cc:** bartonesq@trustpoint.one; Phil Shellhaas <phil.shellhaas@trustpoint.one>
**Subject:** Re: Ramsey/Amos -- Trustpoint & Relativity

The documents can just be stamped "confidential," no need for "highly."

**Stephen C. Stovall**
Associate
Barton PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: (615) 698-1480
sstovall@bartonesq.com | www.bartonesq.com | bio | vcard



**From:** Hina Shah <Hina.Shah@trustpoint.one>
**Sent:** Thursday, December 15, 2022 2:25:51 PM
**To:** Stephen C. Stovall <sstovall@bartonesq.com>; Iliyana Karanesheva <Iliyana.Karanesheva@trustpoint.one>
**Cc:** bartonesq@trustpoint.one <bartonesq@trustpoint.one>; Phil Shellhaas <phil.shellhaas@trustpoint.one>
**Subject:** RE: Ramsey/Amos -- Trustpoint & Relativity

Thanks for the confirmation Stephen.
We will move forward with the production VOL003 and stamp Highly Confidential for those tagged as such.

Thanks,
Hina.



**Hina Shah**
Project Manager
o: 216.302.2565
o: 855.699.1205 ext: 2002

www.trustpoint.one

**After Hours Support:** pmteam@trustpoint.one

---

**From:** Stephen C. Stovall <sstovall@bartonesq.com>
**Sent:** Thursday, December 15, 2022 2:07 PM
**To:** Hina Shah <Hina.Shah@trustpoint.one>; Iliyana Karanesheva <Iliyana.Karanesheva@trustpoint.one>
**Cc:** bartonesq@trustpoint.one; Phil Shellhaas <phil.shellhaas@trustpoint.one>
**Subject:** RE: Ramsey/Amos -- Trustpoint & Relativity

Hi Hina,

Here are the answers to your questions:

1. I have gone back and marked some documents "highly confidential." Those documents marked as highly confidential should be stamped with the confidentiality designation.
2. Call this production VOL003.
3. This is perfect.

Thank you,

**Stephen C. Stovall**
Associate
Barton PLLC
1033 Demonbreun Street, Suite 300
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: (615) 698-1480
sstovall@bartonesq.com | www.bartonesq.com | bio | vcard





---

**From:** Hina Shah <Hina.Shah@trustpoint.one>
**Sent:** Thursday, December 15, 2022 8:39 AM
**To:** Stephen C. Stovall <sstovall@bartonesq.com>; Iliyana Karanesheva <Iliyana.Karanesheva@trustpoint.one>
**Cc:** bartonesq@trustpoint.one; Phil Shellhaas <phil.shellhaas@trustpoint.one>
**Subject:** RE: Ramsey/Amos -- Trustpoint & Relativity

Hi Stephen, There are 257 documents coded as Responsive (including full Family) and 23 docs coded as Further Review (including full Family) under 20221214_Export folder.

We will begin preparing these 280 documents for next production volume

Please confirm our questions below for this round of production:

1. Would you like us to stamp any of these documents with Confidentiality designation. Currently none of the documents has confidentiality coding under TP1_Confidentialty field.
2. Our records indicate that last production in this database was VOL002 which ended at bate number LAMPO0508.
   But we will use the next beginning bate number provided by you LAMPO0717 and stamp the documents for next production volume VOL003. Please let us know if you would like us to name this production as VOL004 and not VOL003. Our understanding is that the gap between the bate numbers between last production and this production in the database is due to documents produced outside of this database.
3. We will use last round of production specs and produce all docs in PDF bate stamp images except for Excel/Audio/video/non-image-able files, which will be produce in native format with placeholder bate stamp slip sheet. There will be no metadata produced for this production.

Once confirmed, we will move forward with the production.

Thanks,
Hina.

<!--[if !vml]--><!--[endif]-->

**Hina Shah**
Project Manager
o: 216.302.2565
o: 855.699.1205 ext: 2002

www.trustpoint.one

**After Hours Support:** pmteam@trustpoint.one