**ORDER**
The Motion (Doc. No. 226) is granted as unopposed. The late filed motion will be decided in due course.
IT IS SO ORDERED.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:21-cv-00923 |
| ) | Judge Richardson |
| THE LAMPO GROUP, LLC, ) | Jury Demand |
| ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO ALLOW LATE FILED MOTION IN LIMINE

Based on filings made this week by Defendant, it has become obvious that Defendant in this matter intends on accusing counsel for the Plaintiff of improper activity as a defense. This is clearly not allowed. Further, this matter was not clear to Plaintiff until June 23, 2025 when they filed their Motions in Limine and an additional filing made on June 25, 2025.

This is an important issue that should be resolved by the court prior to trial. Both parties and the court will benefit from the court's ruling on this matter. Plaintiff does not object to Defendant filing a response on July 3, 2025 one week from today. This would allow the same amount of time allowed for Defendant to file a response to previously filed Motions in Limine and will allow for their response to be filed prior to the pre-trial conference on July 7, 2025.[1]

The proposed Tenth Motion in Limine is attached hereto as an Exhibit.

---

[1] Plaintiff conferred with Defendant to see if they would oppose this Motion and they indicated they do oppose.