UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | Case No. 3:21-cv-00923 |
| Plaintiff, | ) | |
| | ) | District Judge Richardson |
| v. | ) | |
| | ) | Magistrate Judge Holmes |
| | ) | |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S AMENDED EXHIBIT LIST

Defendant, The Lampo Group, LLC, files this amended exhibit list.[1]

| Exhibit No. | Date | Description | Source |
|---|---|---|---|
| 1 | November 1, 2017 | Plaintiff's Applications to Defendant | LAMPO0001-4 |
| 2 | January 6, 2019 | Plaintiff's Application to Lampo | Ex. 4 to Deposition of Brad Amos<br><br>LAMPO0071 |
| 3 | June 28, 2019 | Plaintiff's Employment Offer at Lampo | Ex. 7 to Deposition of Brad Amos<br><br>LAMPO0116 |
| 4 | October 28, 2019 | Email from Johnson to Video Team<br><br>Subject: Weekly Reports | Ex. 1 to Deposition of Lara Johnson<br><br>LAMPO0013095 |
| 5 | January 2, 2020 | Email Chain from Johnson to DiCicco and Richards<br><br>Subject: Re: Brad Check | LAMPO0446 |
| 6 | January 13, 2020 | Email Chain between LeFevre and Amos<br><br>Subject: Re:Hey! | LAMPO016463-44 |
| 7 | March 13, 2020 | Email LeFevre to Creative<br><br>Subject: Hey! | LAMPO014974 |
| 8 | May 8, 2019 | Plaintiff's Application to Lampo | Ex. 5 to Deposition of |

---

[1] Defendant filed this Amended Exhibit List to correct two items on its Exhibit List (Doc. No. 236). In the Exhibit List, the Bates numbers for Exhibits 40 and 74 were incorrect and contained a duplicate at Exhibit 55 and 81.

| | | | Brad Amos<br><br>LAMP0072 |
|---|---|---|---|
| 9 | March 14, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Next Week | LAMPO0008059 |
| 10 | March 15, 2020 | Email Johnson to Video Team<br><br>Subject: Ok What now!?!? | LAMPO0008172 |
| 11 | March 15, 2020 | Email from Dave Ramsey to Ramsey<br><br>No Subject Line (about COVID and company's next steps) | LAMPO014940-41 |
| 12 | March 16, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Today | LAMPO07569 |
| 13 | March 18, 2020 | Text Messages between Plaintiff and David DiCicco about working from home | Ex. 11 to Deposition of Brad Amos<br><br>AMOS0066 |
| 14 | March 18, 2020 | Email from LeFevre<br><br>Subject: The Corona Daily 3/18/20 | LAMPO0012847-49 |
| 15 | March 18, 2020 | Email Chain between Butler, Johnson, Burton, and Nutter<br><br>Subject: Re: Folks out due to virus | Ex. 19 to Deposition of Lara Johnson<br><br>LAMPO0049706 |
| 16 | March 18, 2020 | Email Chain between Cieselewicz, Thompson, Johnson, and Higgins<br><br>Subject: Tracking coronavirus related absences | Ex. 11 to Deposition of Lara Johnson<br><br>LAMPO0049970-71 |
| 17 | March 19, 2020 | Email from Johnson to Video Team<br><br>Subject: Keep this team going | Ex. 12 to Deposition of Lara Johnson<br><br>LAMPO0011535 |
| 18 | March 19, 2020 | Email from LeFevre to Ramsey<br>Subject: Your Job and Working from Home | LAMPO07023-24 |
| 19 | March 19, 2020 | Email from LeFevre to Ramsey<br><br>Subject: The Corona Daily 3/19/20 | LAMPO0805-07 |
| 20 | March 20, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Time to head home ... | LAMPO10227 |
| 21 | March 20, 2020 | Email from David DiCicco to Brad Amos<br><br>Subject: Update | Ex. 9 to Deposition of Brad Amos<br><br>LAMPO0107 |

| | | | |
|---|---|---|---|
| 22 | March 20, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/20/20 | LAMPO06432-34 |
| 23 | March 21, 2020 | Email Chain between Johnson, DiCicco, Burton, and Anderson<br><br>Subject: Re: Video Team Shutdown | LAMPO0049697-702 |
| 24 | March 21, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/21/20 | LAMPO0013521-23 |
| 25 | March 21, 2020 | Email Chain between LeFevre, Johnson, Lopez, DiCicco, and Sievertsen<br><br>Subject: Re: Video Team Shutdown | LAMPO0448-50 |
| 26 | March 22, 2020 | Email LeFevre to Ramsey<br><br>Subject: Corona Daily 3/22/20 | LAMPO0010412 |
| 27 | March 22, 2020 | Email Michael Finney to Ramsey<br><br>Subject: Working from Home | LAMPO0011010-12 |
| 28 | March 23, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/23/20 | LAMPO05513-15 |
| 29 | March 24, 2020 | Email Chain between Covert and DiCicco<br><br>Subject: Re: Drive ETA | Ex. 17 to Deposition of Lara Johnson<br><br>LAMPO0049641-2 |
| 30 | March 24, 2020 | Email from LeFevre to Ramsey<br><br>Subject: Corona Daily 3/24/20 | LAMPO0992-94 |
| 31 | March 26, 2020 | Messages between DiCicco and LeFevre discussing Plaintiff | LAMPO0126-131 |
| 32 | March 27, 2020 | Messages between DiCicco and Katz discussing moving Plaintiff to different projects | Ex. 5 to Deposition of Lara Johnson<br><br>LAMPO0051432-34 |
| 33 | March 27, 2020 | Messages between DiCicco and Johnson about Plaintiff working from home | Ex. 5 to Deposition of Lara Johnson<br><br>LAMPO0051436-37 |
| 34 | March 29, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily 3/29/20 (Sunday Night Edition) | LAMPO016123-24 |
| 35 | April 1, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily 4/1/20 | LAMPO0008698-99 |
| 36 | April 3, 2020 | Email from LeFevre to Ramsey | LAMPO0825-26 |

| | | Subject: HOPE Daily: 4/3/20 | |
|---|---|---|---|
| 37 | April 6, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/6/20 | LAMPO0009374-76 |
| 38 | April 6, 2020 | Email Chain between DiCicco, LeFevre, and Johnson<br><br>Subject: Brad Amos | Ex. 6 to Deposition of David DiCicco<br><br>LAMPO0049139-40 |
| 39 | April 8, 2020 | Email Chain between LeFevre and DiCicco<br><br>Subject: Brad Convo | Ex. 8 to Deposition of David DiCicco<br><br>LAMPO0049141-43 |
| 40 | April 9, 2020 | Email Chain from Galloway to Ramsey Subject: FW: Have a GOOD FRIDAY & Easter weekend | Ex. 1 to Deposition of Jack Galloway<br><br>LAMPO0015851 |
| 41 | April 13, 2020 | Human Resources Committee Notes on Plaintiff | LAMPO0051527-29 |
| 42 | April 13, 2020 | Email LeFevre to Ramsey<br><br>Subject: This week! | LAMPO007868 |
| 43 | April 13, 2020 | Email Chain between Johnson, LeFevre and DiCicco<br><br>Subject: Re: let's talk about this at 9:30 as well... | Ex. 22 to Deposition of Luke LeFevre<br><br>LAMPO0444 |
| 44 | April 14, 2020 | Emails between DiCicco and Johnson<br><br>Subject: Re: Brad | Ex. 11 to Deposition of David DiCicco<br><br>LAMPO0469 |
| 45 | April 14, 2020 | Email from Johnson to Amos<br><br>Subject: Re: Checking in | LAMPO049190 |
| 46 | April 17, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/17/20 | LAMPO01332-38 |
| 47 | April 20, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/20/20 | LAMPO00016271-2 |
| 48 | April 21, 2020 | Email from Dave Ramsey to Ramsey<br><br>Subject: Update on office opening | LAMPO07255 |
| 49 | April 22, 2020 | Email from Johnson to Video Team<br><br>Subject: Guys, we get to come back ! ! ! | Ex. 15 to Deposition of Lara Johnson<br><br>LAMPO0013278 |
| 50 | April 22, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/22/20 | LAMPO06769-70 |
| 51 | April 24, 2020 | Email from LeFevre to Ramsey | LAMPO0012400-02 |

| | | Subject: HOPE Daily: 4/24/20 | |
|---|---|---|---|
| 52 | April 27, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/27/20 | LAMPO0010011-12 |
| 53 | April 30, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/30/20 | LAMPO01231-32 |
| 54 | May 1, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/1/20 | LAMPO0012568-70 |
| 55 | May 4, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/4/20 | LAMPO015277-79 |
| 56 | May 4, 2020 | Email Chain between Johnson and LeFevre<br><br>Subject: Re: Brad Amos | Ex. 17 to Deposition of Luke LeFevre<br><br>LAMPO0400 |
| 57 | May 5, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/5/20 | LAMPO0012844-45 |
| 58 | May 6, 2020 | Email Chain from Fulton to Video Team<br><br>Subject: Re: Favorite Movie Scene Showcase | LAMPO017203-04 |
| 59 | May 6, 2020 | E Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/6/20 | LAMPO06964-65 |
| 60 | May 8, 2020 | Email from Julian to Ramsey<br><br>Subject: Before you leave today… | LAMPO07801 |
| 61 | May 11, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/11/20 | LAMPO07311-12 |
| 62 | May 12, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 5/12/20 | LAMPO000853-54 |
| 63 | May 13, 2020 | Johnson's OneNote notes about Plaintiff | LAMPO050053-54 |
| 64 | May 15, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Weekly: 5/15/20 | LAMPO010396-97 |
| 65 | May 29, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Weekly: 5/29/20 | LAMPO07218-19 |
| 66 | June 29, 2020 | Email from Johnson to Plaintiff<br><br>Subject: Weekly Reports | Ex. 6 to Deposition of Lara Johnson<br><br>LAMPO0049192 |
| 67 | July 2, 2020 | Email from Plaintiff to Waggoner | Ex. 1 to Deposition of JB Waggoner |

| | | Subject: Re: Weekly Reports | LAMPO0017449 |
|---|---|---|---|
| 68 | July 10, 2020 | Email from Johnson to Plaintiff<br><br>Subject: Next Week | Ex. 14 to Deposition of Lara Johnson<br><br>LAMPO0049197 |
| 69 | July 13, 2020 | Email Chain between Johnson, Katz, and Sherrill<br><br>Subject: Re: Switching Vacation Days | Ex. 16 to Deposition of Luke LeFevre<br><br>LAMPO0398-99 |
| 70 | July 22, 2020 | Calendar Invite from Reddish to Ramsey<br><br>Subject: Ramsey Team Happy Hour | LAMPO0793 |
| 71 | July 29, 2020 | LeFevre's EverNote notes about Plaintiff | LAMPO0050055-57 |
| 72 | July 29, 2020 | Email Chain between LeFevre, Lopez, Galloway, Johnson, and HR<br><br>Subject: Re: Brad Amos | Ex. 13 to Deposition of Luke LeFevre<br><br>LAMPO0358-59 |
| 73 | July 31, 2020 | Email from Dave Ramsey to Ramsey<br><br>Subject: Thoughts this morning | Ex. 9 to Deposition of David DiCicco<br><br>LAMPO0013119-20 |
| 74 | July 31, 2020 | Email Chain between Finney and LeFevre<br><br>Subject: RE: Brad Amos | Ex. 21 to Deposition of Lara Johnson<br><br>LAMPO0051506-11 |
| 75 | July 31, 2020 | Email Chain between Sievertsen, Lopez, LeFevre, Galloway, Johnson and HR about Plaintiff<br><br>Subject: Re: Brad Amos | Ex. 24 to Deposition of Luke LeFevre<br><br>LAMPO0523-28 |
| 76 | July 31, 2020 | Email Chain between LeFevre, Lopez, Floyd, Thompson, Galloway, Simms, Sievertsen, Johnson and HR<br><br>Subject: Re: Brad Amos | Ex. 20 to Deposition of Lara Johnson<br><br>LAMPO0542-47 |
| 77 | August 3, 2020 | Text between DiCicco and LeFevre about termination of Plaintiff | LAMPO0050065 |
| 78 | August 5, 2020 | Email Chain LeFevre and D. Ramsey<br><br>Subject: Re: | LAMPO01631 |
| 79 | August 25, 2020 | Email from Waggoner to Johnson<br><br>Subject: Re: Notes on Brad Amos | LAMPO0049160-61 |
| 80 | April 19, 2020 | Email from LeFevre to Ramsey<br><br>Subject: HOPE Daily: 4/29/20 | LAMPO05672-74 |
| 81 | No Date | Brad Amos CV | AMOS0032 |
| 82 | No Date | Plaintiff's W-2 and Tax Information | AMOS0095-101 |
| 83 | No Date | Severance Offer and Exit Form | LAMPO0073 |

6

Case 3:21-cv-00923    Document 276    Filed 07/02/25    Page 6 of 8 PageID #: 6062

| 84 | August 7, 2019 | Lampo's Policies and Procedures (electronically signed by Plaintiff) | Ex. 8 to Deposition of Brad Amos<br><br>LAMPO0098-105 |
|---|---|---|---|
| 85 | | Lampo's COVID-19 Practices and Procedures | Ex. 13 to Deposition of Brad Amos<br><br>LAMPO0122 |
| 86 | | Recommended Safeguards for coronavirus | Ex. 3 to Deposition of Luke LeFevre<br><br>LAMPO0125 |
| 87 | | Subpoena and Responsive Documents from BLT Communications, LLC | LAMPO0554-688 |
| 88 | | Subpoena and Responsive Documents from Mark Woollen & Associates LP | LAMPO0689-701 |
| 89 | | Subpoena and Responsive Documents from CMP Film & Design West LLC | LAMPO0702-0716 |

The above listed exhibits do not include those exhibits which may be used for cross-examination and impeachment purposes only. In addition to the above listed exhibits, Defendant may seek to introduce evidence at trial using any exhibit listed on Plaintiff's Exhibit List (Doc. No. 249).

Respectfully submitted,

/s/ Leslie Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that, on July 2, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

*Attorneys for Plaintiff*

/s/Leslie Sanders
Leslie Sanders (TN #18973)
*Attorney for Defendant*