| | |
|---|---|
| **Subject:** | Re: Joint Discovery Dispute Statement.Lampo |
| **Date:** | Friday, January 20, 2023 at 3:25:50 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Daniel Crowell, Stephen C. Stovall |
| **Attachments:** | image001.png, image002.png, image674423.png, image024500.png, image832625.png, image274972.png |

These have all been produced

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 2:52:45 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

Leslie

In regards to documents produced by Lampo in this litigation:

We have Lampo bates stamped numbers 1-716. We also have another set numbered 1632-1723, 1725, 1731-33, 1735, 1737, 1739-41, 1743-45, 1747-48, 1750, 1753, 1755-56, 1758

I am assuming nos. 717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754, and 1757 are being withheld for some reason. Please let me know if I am incorrect.

Thanks

Jon

cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.

**This email was originated outside of Barton LLP.**

**Barton LLP puts security of the firm at a high priority. Therefore, we have put efforts into ensuring that this message is error and virus-free. Unfortunately, full security of the email cannot be ensured as, despite our efforts, the data included in emails could be infected, intercepted, or corrupted. Therefore, we ask that you vigilantly check emails for correct email addresses, and to check with IT if you are unsure about an attachment. The recipient of this email is responsible for reviewing its content and sender to protect Barton LLP from any possible security threat.**

**Subject:** Re: Joint Discovery Dispute Statement.Lampo
**Date:** Friday, January 20, 2023 at 3:57:29 PM Central Standard Time
**From:** Lauren Irwin
**To:** Jonathan Street
**Attachments:** image001.png, image002.png, image674423.png, image024500.png, image832625.png, image274972.png

I don't think so! I'll look again

## Lauren Irwin | Associate Attorney

### Employment & Consumer Law Group

1720 West End Ave., Ste 402,

Nashville, TN 37203

Ph: (615) 850-0632

Fax: (866) 578-6038

**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 3:29:58 PM
**To:** Lauren Irwin <lauren@eclaw.com>
**Subject:** Fwd: Joint Discovery Dispute Statement.Lampo

Is she right?

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>
**Sent:** Friday, January 20, 2023 3:25:25 PM
**To:** Jonathan Street <street@eclaw.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Stephen C. Stovall <sstovall@bartonesq.com>
**Subject:** Re: Joint Discovery Dispute Statement.Lampo

These have all been produced

### Leslie Goff Sanders
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203

Wednesday, July 2, 2025 at 7:52:08 PM Central Daylight Time

**Subject:** FW: Amos v. Lampo Group, LLC, et al - Document Production
**Date:** Friday, January 20, 2023 at 4:57:08 PM Central Standard Time
**From:** Leslie Goff Sanders
**To:** Lauren Irwin, Jonathan Street
**CC:** Stephen C. Stovall, Daniel Crowell
**Attachments:** image001.png, image002.png, image003.png

See below the e-mail that was sent on December 16 with Vol. 3 (717-1631). Password was sent separately – I will re-send.

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Aishwarya Prabhu <aprabhu@bartonesq.com>
**Sent:** Friday, December 16, 2022 5:52 PM
**To:** lauren@eclaw.com; street@eclaw.com
**Cc:** Daniel Crowell <dcrowell@bartonesq.com>; Leslie Goff Sanders <lsanders@bartonesq.com>
**Subject:** Amos v. Lampo Group, LLC, et al - Document Production

Dear Ms. Irwin and Mr. Street:

Please see the document production in the link below:

https://www.dropbox.com/scl/fo/v6gp0dqluk058c228dqqt/h?dl=0&rlkey=dby67poi1u85z7uidtokbhpvd

Some documents are password protected, I will send you the password in a separate email shortly.

Please let me know if you have any trouble accessing the documents.

Kind regards,

Aishwarya

Case 3:21-cv-00923    Document 277-1    Filed 07/02/25    Page 4 of 8 PageID #: 6073    1 of 2

| | |
|---|---|
| **Subject:** | RE: Amos v. Lampo Group, LLC, et al - Document Production |
| **Date:** | Friday, January 20, 2023 at 5:03:26 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image002.png, image003.png, image004.png |

Were you not able to access the link sent on December 16?

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard



**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:00 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

These are the documents missing:

I am assuming nos. 717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,

Thanks

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

| | |
|---|---|
| **Subject:** | RE: Amos v. Lampo Group, LLC, et al - Document Production |
| **Date:** | Friday, January 20, 2023 at 5:09:55 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin |
| **CC:** | Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image001.png, image002.png, image003.png |

Open the documents that were attached to the e-mail. All of the numbers you referenced below are there.


**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:05 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>
**Cc:** Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re: Amos v. Lampo Group, LLC, et al - Document Production

Yes and we recovered several documents, however the specific bates stamped numbered documents listed were not in the production

717-1631, 1724, 1726-1730, 1734, 1736, 1738, 1742, 1746, 1749, 1751-52, 1754,


Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

| | |
|---|---|
| **Subject:** | FW: |
| **Date:** | Friday, January 20, 2023 at 5:15:45 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin, Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image001.png, image002.png, LAMPO1723.pdf, LAMPO1725.pdf, LAMPO1731.pdf, LAMPO1732.pdf, LAMPO1733.pdf, LAMPO1735.pdf, LAMPO1737.pdf, LAMPO1739.pdf, LAMPO1740.pdf, LAMPO1741.pdf, LAMPO1743.pdf, LAMPO1744.pdf, LAMPO1745.pdf, LAMPO1747.pdf, LAMPO1748.pdf, LAMPO1750.pdf, LAMPO1753.pdf, LAMPO1755.pdf, LAMPO1756.pdf, LAMPO1758.pdf |

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Leslie Goff Sanders
**Sent:** Wednesday, January 18, 2023 1:39 PM
**To:** Lauren Irwin <lauren@eclaw.com>
**Cc:** Jonathan Street <street@eclaw.com>
**Subject:** FW:

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard

Wednesday, July 2, 2025 at 8:04:39 PM Central Daylight Time

| | |
|---|---|
| **Subject:** | RE: Re: |
| **Date:** | Friday, January 20, 2023 at 5:30:45 PM Central Standard Time |
| **From:** | Leslie Goff Sanders |
| **To:** | Jonathan Street, Lauren Irwin, Stephen C. Stovall, Daniel Crowell |
| **Attachments:** | image001.png, image002.png |

Sounds good

**Leslie Goff Sanders**
Nashville Managing Partner
Barton PLLC
611 Commerce Street, Suite 2603
Nashville, TN 37203
Tel: 615-340-6790 | Direct Dial: 615-340-6793
lsanders@bartonesq.com | www.bartonesq.com | bio | vcard





**From:** Jonathan Street <street@eclaw.com>
**Sent:** Friday, January 20, 2023 5:30 PM
**To:** Leslie Goff Sanders <lsanders@bartonesq.com>; Lauren Irwin <lauren@eclaw.com>; Stephen C. Stovall <sstovall@bartonesq.com>; Daniel Crowell <dcrowell@bartonesq.com>
**Subject:** Re:

Yes. That time it worked. I'm working from my iPad, let me have Brandon try to download the rest Monday morning and I can let you know if that doesn't work.

Thanks

Jonathan A. Street
Managing Partner
The Employment and Consumer Group
1720 West End Ave, Suite 402
Nashville, TN 37203
(615) 850-0632

**From:** Leslie Goff Sanders <lsanders@bartonesq.com>