IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRAD AMOS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00923 |
| | ) Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
| Defendant. | ) |

**MOTION TO ALLOW BRIEF SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO QUASH**

Defendant in its aforementioned reply (Doc 274) improperly raised new issues not raised in their original Motion in an attempt to disallow Plaintiff a chance to respond to more personal allegations against Plaintiff's attorney. Plaintiff simply wishes to address these new issues raised in the proposed sur-reply attached hereto as Exhibit A.

Respectfully Submitted,

THE EMPLOYMENT AND COMMERCE
LAW GROUP,

/s/ *Jonathan A. Street*
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 3rd day of July 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com
*Attorneys for Defendant*

                                                    /s/ Jonathan A. Street
                                                  Jonathan A. Street