



Exhibit 1