



Case 3:21-cv-00923    Document 284-2    Filed 07/03/25    Page 2 of 2 PageID #: 6127