





Case 3:21-cv-00923   Document 284-3   Filed 07/03/25   Page 3 of 7 PageID #: 6130

Exhibit 3



Exhibit 3

reddit.com/r/DirtyDave/comments/1k0xtsn/lampo_groupdaves_lawsuit_now_a_case_study_at/

reddit | r/DirtyDave | Search in r/DirtyDave | Get App | Log In

Home
Popular
Answers BETA

RECENT
r/DirtyDave

TOPICS
Internet Culture (Viral)
Games
Q&As
Technology
Pop Culture
Movies & TV
See more

RESOURCES

**billhenderson47** • 1mo ago

Yes, because there were so many restrictions on how many people could work to keep morgues open and infrastructure running. Look, we can agree that we as a country handled the pandemic terribly. We probably disagree how it was handled wrong, but regardless it was very bad. What's your problem with Dave and being fiscally conservative? I think he goes a little overboard, so I don't follow all his advice, but society would be better if they followed his advice than they are now, in massive credit card debt.

1 Reply Award Share ...

**Flaky_Calligrapher62** • 1mo ago

I literally have not said one word here about Dave Ramsey being fiscally conservative.

1 Reply Award Share ...

**ReferenceDear4576** • 2mo ago

So what was the lecturers view on the case?

2 Reply Award Share ...

**scrapdog69** OP • 2mo ago

The room was filled with about 2,000 HR professionals & lawyers. It was essentially a warning of what not to do as a business owner. How even religious freedom has limitations in times of public emergencies and employees may not feel the same way, even as fellow Christians. Jews, etc.

There was a collective gasp when the lawyer presenting cited the case and quoted "just pray the disease away"

I think most knew it was cunty behavior on Ramsey and his "leaders" who are all weak cucks.

4 Reply Award Share ...

**r/DirtyDave** Join

**DirtyDave**

More about the radio show and the business than the financial advice at this point. But feel free to brag about paying off your jet-skis...

Show more

Public

**19K**
Members

Reddit Rules Privacy Policy User Agreement Accessibility

Reddit, Inc. © 2025. All rights reserved.

**Exhibit 3**





