

**kveggie1** · 330d

Thank you. This proves to me that Ramsey Illusions is a religious cult. Disagree with the religious views of Dave, you are out, you are chastised, you are evicted from your job.

··· ↩ Reply  ⬆ 7 ⬇

EXHIBIT

Ex. 4- Reddit Post on Appeal