IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:21-cv-00923 |
| | ) | Judge Richardson |
| THE LAMPO GROUP, LLC, | ) | Jury Demand |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

Plaintiff discussed a post on the r/DirtyDave subreddit in his Sur-Reply (Doc. No. 283-1), filed as an exhibit to Plaintiff's Motion to Allow Brief Sur-Reply to Defendant's Reply to Plaintiff's Response to Motion to Quash (Doc. No. 283). Images from the Reddit post were attached as an exhibit as well (Doc. No. 283-2). Plaintiff did not provide a URL to the post in question. Plaintiff corrects that now.

That URL is as follows:

https://www.reddit.com/r/DirtyDave/comments/18i9bza/lawsuit_update_case_dismissed_dave_deposition/

It should be noted that content discussed on that page is also relevant to Plaintiff's Motion in Limine Number 2 and the subsequent response.

Plaintiff has attached the images as an exhibit to this notice as well.

Respectfully Submitted,

**/s/ *Jonathan A. Street***
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 5th day of July 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com
*Attorneys for Defendant*

/s/ Jonathan A. Street
Jonathan A. Street