

**r/DirtyDave**
u/SaidGoodbyeToDave • 1y

## Lawsuit update: Case Dismissed, Dave Deposition Summary

Dave got a small Christmas present early this year. The employment case against him from a video/creative employee has been dismissed by the judge. I don't think ex-employees are surprised by this, the case felt weak from the start. There is a 33 page document [136] outlining the reasons why each claim should be dismissed.

Amos v. Lampo Group, LLC, The (3:21-cv-00923)

Document 137:

> For the reasons stated in the accompanying Memorandum Opinion [Document 136], the Motion (Doc. No. 30) is GRANTED, and all counts against Lampo are hereby dismissed. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

What is more interesting, however, is that Dave's unredacted deposition for this case is attached to one of the documents.

Document 133, attachment 2, https://storage.courtlistener.com/recap/gov.uscourts.tnmd.88710/gov.uscourts.tnmd.88710.133.2.pdf. Page 3 " "Visible Redactions to David Ramsey Deposition.pdf ".

I'm not sure if this was an error or not, but this was in a filing by Dave's own attorney. The link may or may not still be active - it was shared by some ex employees a little while ago.

A lot of the questions to Dave were not directly about Amos, but rather things that many of us have talked about here or have been brought up in the news. Regardless of the outcome, I find some of what Dave had to say fascinating, and maybe other lurking current or ex employees would as well.

Here are the things that stood out to me, the two longest ones first for the TLDR folks:

Q is the plaintiff's attorney, A is Dave.

## Handbook "Image"

> Page 158: "Q: Is Lampo a Christian company? A: **No. There's no such thing. Our — no.**"
>
> Page 159: "This is part of the employment handbook given to employees, which says '**The image of Ramsey Solutions is held out to be Christian. Should a team member engage in a behavior not consistent with traditional Judeo-Christian values or teaching, it would damage the image and the value of our goodwill and our brand. If this should occur, the team member would be subject to review, probation, or termination**."
>
> "A: I'm not sure how you define a Christian company, but **this is a brand issue**. The vast majority of our constituency, our customers are people of faith, and they know I am, and they would lose trust in me if people that worked for me were not adhering to those values. So **this is a brand image issue**, not a Christian company issue. That's why it says 'the **image** of Ramsey Solutions."
>
> Page 160: "Okay. And do you feel that the same should go for management at Ramsey as well? A: Everyone's held to that. Q: Okay. Is there a particular Christian value that mentions firing someone for Facebook posts? A: I don't think that firing has anything to do with this policy"

And there we have it. It's all a show. It's not about truth or faith or any of that - its about making the company look good to the christians buying its stuff.

u/amyFritz

Case 3:21-cv-00923    Document 285-1    Filed 07/05/25    Page 1 of 4 PageID #: 6138

Page 178: "Do you know a Ms. Amy Fritz? A: No." [His memory appears to be refreshed in the following pages. I am quoting this one verbatim, pauses and all.]

> Page 182: [Dave] "I heard from [HR] that he [Amy's husband] quit because he disagreed with some of our decisions — on the handling of a team member — he had different infor— he had less information than we had on a team member situation [Hogan], and his belief was we were being inconsistent. If I recall, that's what he told Armando, but I haven't talked to him about it. I will comment and say if I did say that — **I was wrong**. It wasn't — he actually — if he did quit for the reasons I remember, he did have a backbone, because he quit based on principle. He just believed — he — **he believed lies**. He belie — he had — he had incorrect information, incomplete information. I had incomplete information, but I had more information than he had, and it turns out — as the story has rolled on, he actually ended up being right about that, but what he was right about was quitting based on he thought we were hypocrites, and if you think somebody's a hypocrite, you shouldn't work for them, and that's — that is backbone, so I shouldn't have said that if I did. ... because you have a backbone if you quit for principle. Even if your principle is based on wrong information, you quit for principle. That's backbone for me. I — I'd have to — **I would owe Nathan an apology if I did that, and I may owe him one, yeah**"

So u/amyFritz, did Dave ever apologize? I probably know the answer to that one.

Lots of little observations:

- Page 14 - Dave admitted going to MTSU for a couple years before going to UT. I never know that. You think he would spin that as part of his narrative about going to a local school for 2 years to save money (though MTSU is not really a "community college", at least not these days)
- Page 20 - The company is owned by "Ramsey Children's Trust and me". He cannot recall if Sharon has any ownership
- Page 28 - "Most every product line we do in a nonindustry-standard way"
- Page 30 - " Do you feel like God blesses Lampo over other companies? A: No"
- Page 34: "What about **Gazelle Online Banking**? A: It's closed. Q: What was that? A: It was a debit card. Q: What happened to that? A**: It didn't work. Q: Why not? A: I wish I knew. Q: It just didn't make any money? A: Quote the contrary [nothing more]**" [so, it made a bunch of money, but they had to close it down, and he the all-knowing CEO, doesn't know why it failed?]
- Page 42: Current Lampo employees, this one is for you. "We do a devotional that's voluntary, and generally everyone comes on Wednesday". [This has come up in other depositions, but now we hear it from Dave himself. I knew people who did not enjoying going to those but felt like they had to]
- Page 82: "So not violating people's freedoms, that's important at Ramsey? A: Should be important to everyone. Q: Thats not what I'm asking. I'm asking is it important at Ramsey? A: We are not the parents of these folks. We are their employer." (there were several lines of questions about people being fired because of their spouses social media activity)
  - Page 148: "You believe in your employees' freedoms, but you don't believe in their freedoms to express themselves on social media? A: They're adults, and they get to choose what they want to do. Sometimes your choices have consequences, and disparaging your husband's company that your children eat partially because of the money that he makes there is not something I'm ok with."
- Page 90 - someone screamed at Dave at a grocery store for not wearing a mask in Nov 2020
- Page 94 - talking about the cruise. Dave emphatically said multiple times here "**We cancelled the cruise. ... It was our decision at the time to cancel it.**"

- Page 94 - talking about the cruise. Dave emphatically said multiple times here "**We cancelled the cruise. … It was our decision at the time to cancel it.**"
- Page 100. "You also said medical people don't do math well. What does that mean? A… their statistical analysis was faulty, and it proved out that it was faulty"
- The Bob Smietana Article still takes up a lot of space in Dave's mind
    - "Mr. Lopez [HR director] told staff there was about 50 cases of COVID at Lampo in mid-November." - Do you know if that's correct or not? A: No, I don't. "Do you have any reason to think that Mr. Lopez would be untruthful when he said that? A: **I'm not sure that anything Bob Smietana writes is truthful. You can tell he's lying if his mouth's moving, so I don't know what's true there.**"
    - Page 111: "A: I don't know if Armando said that, because Bob is saying Armando said that, and, again, I can't trust Bob"
    - Page 118 : "Q: Is there anything in here you know is a lie? A: I haven't read this article. I've read enough of his trash to know that he's not credible … it's been established that Bob has a vendetta on us and just writes negative things because we're really good click bait, and he just makes crap up." [Dave, if that is true, you could sue him for libel]
- The gun staff meeting
    - Page 119 : "Did you get [a gun] out at a meeting one time? A: An unloaded firearm many, many years ago, yeah. **It was one of the biggest mistakes I ever made in my life. … I was using it as an object lesson, and I shouldn't have. It was a huge mistake.** "
    - Page 121 : "That was like 2006 for the record" [unless he did this twice, it was 2011, I was there for it and I did not work at Lampo in 2006]
- OSHA Report during COVID
    - Page 137: "You called them [the person who reported the company to OSHA] a moron? A: Yeah. Q: An idiot? A: Yeah."
    - Page 138: "This is just someone who thought that they could complain and thought they had more power than they had."
    - Page 141 : "It says killing — it says if leadership is not competent — A: If you think leadership is incompetent and this is a toxic environment and a horrible place to work, to stay is illogical. Q: Is it against God's will? A: I said that God — my — my reference there to God there is a manner of speaking"
- The Tennessean Article with Employment Numbers
    - Dave seemed *really* pissed at this article. He gave very lengthy responses how the journalist must have made it all up.
    - Page 153: "They reflect his opinion. He doesn't have our data. … He made that up … It's impossible for him to do an analysis of it. Our data's not public. Our data's not public. He made it up. I'm saying he completely falsified that report. He made it up." [Dave, you could sue for libel if you believed that]
    - Page 155: "We compare our separation rate to other companies of our size. The last data I saw on it, companies our size in the great resignation following COVID, the great turnover that we've had, are having a 29 percent turnover, **and ours is at 21**. We're — we're losing less people than the typical company our size nationwide. That's the last data I had that's actual data, not made up."
    - Page 156: Dave seems to be getting impatient with the attorney. He says "made this up" multiple times.
- OConnor & Hogan:
    - Page 167: "Under this company conduct policy, is sex before marriage allowed? A: If we discover that someone is having sex outside of marriage, we ask them to leave. Q: Okay. But oral sex does not violate this company policy? [objections from Dave's attorney] A: It has nothing to do with this case
- LGBTQ and Abortion

- LGBTQ and Abortion
  - Page 167: "What about gay marriage? If someone is gay and married, is that a reason to terminate from Ramsey Solutions? [objections...] A: We have never terminated someone for that. Q: What if you found out? We don't fire people for — we don't violate the law." ... [and it looks like Dave starts to get mad]
  - Page 169: "What about an employee who got an abortion? A: I'm not going to answer questions that are not relative to the Brad Amos case. Q: Well, they do —- **A: I'm done with you setting up stuff for the Tennessean, James. I'm done. (Daves Attorney) Jon** [Amos' attorney is Jon, not James]. Dave; Whatever his — whatever your name is." They go back and forth for a bit
  - Page 171 : "I am confused. You said that, you know, you don't require people to social distance because it is their body and their choice, but you won't tell me if someone would get fired if they had an abortion? ... [followed by more arguing about abortion being a religious choice, different brands of Christianity]
- Emotional Firing
  - Page 188: "It's a phrase we've used where we tell someone that they're on the edge of leaving and they need to know -- we -- we want everyone to have a chance to turn their behaviors or their lack of competency around and -- rather than just surprise them, and so -- we don't want anybody to get surprised, so we sit down and say, 'This is what's going on, and if this doesn't change, the next conversation we're going to be' -- ' is going to be you leaving the building,' and so it came from the -- the -- the idea that we don't want to surprise anybody. We want to give everybody a chance to -- if at all possible, to turn their behaviors around.
- Lawsuit moneygrabs
  - This came up in a post in the last couple of weeks, but on page 245-247ish Dave goes on about lawsuits being money grabs. He insults the plaintiffs attorney on page 246 "Folks like you have no integrity. If there's an actual case, it's not a money grab. ... Because you should look at it [the case] and realize why the guy was fired. It's fairly simple. It had nothing to do with his religious beliefs, had nothing to do with COVID." [again, Dave, you sued Marriott because they were enforcing local health ordinances and you threw a tantrum. How was that not a money grab?]

One final note here at the very end. The other cases (TSET Class Action, O'Connor pregnant woman fired) are still ongoing. There should be a TSET update this month. O'Connor has been waiting over a year for the judge to rule on some things.

 46  22   Share