IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **BRAD AMOS,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| vs. ] | Case No: 3:21-cv-00923 |
| ] | |
| **THE LAMPO GROUP, LLC,** ] | Judge Richardson/Holmes |
| ] | |
| Defendant. ] | Jury Demand |
| ] | |
| ] | |

## JOINT MOTION TO CONTINUE TRIAL DATE

Come now the Plaintiff, Brad Amos, and Defendant, The Lampo Group, LLC, in this matter and move this honorable Court to continue the trial in this matter currently set for July 15, 2025. In support parties would show as follows:

Motions in limine as well as the Motion to Stike (Doc. No. 195), Motion for Order to Show Cause (Doc. No. 225), and Motion to Bifurcate (Doc No. 202) pending in the case will have an immense effect on the planning and strategy of both parties, arguments presented, evidence introduced, testimony offered, and estimating the time it will take to try this matter.

A continuance would allow the Court ample time to consider all the recently filed motions filed in this matter and allow for the parties to present their respective cases more efficiently.

Additionally, more time could allow the parties to resolve some of the disputes between them. Rulings on the Motions even later this week will still hamper both sides in their ability to prepare effectively for trial and will place a strain on judicial resources to issue rulings in such a

hasty manner.

If the motion is granted, Defendant may seek an order allowing them to file a motion for summary judgment.

Respectfully Submitted,

**THE EMPLOYMENT AND COMMERCE LAW GROUP,**

**/s/ Jonathan A. Street**
**JONATHAN A. STREET, BPR No. 027172**
**G. BRANDON HALL, BPR No. 034027**
**ZACHARY W. BROWN, BPR No. 037509**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*

*/s/ Daniel Crowell by permission*
Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served electronically via the Court's CM/ECF system this 7th day of July 2025 to the following:

Leslie Goff Sanders (TN #18973)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
*Attorneys for Defendant*

/s/ Jonathan A. Street
Jonathan A. Street