UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| *Plaintiff,* ) | Case No. 3:21-cv-00923 |
| ) | |
| v. ) | District Judge Richardson |
| ) | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, ) | |
| ) | Jury Demand |
| *Defendant.* ) | |

## MOTION TO QUASH SUBPOENA OF DAVE RAMSEY

Defendant The Lampo Group, LLC ("Lampo") and Dave Ramsey individually (both collectively, "Movants") hereby respectfully move the Court pursuant to Federal Rule of Civil Procedure 45 to quash the February 19, 2025 subpoena of Mr. Ramsey for testimony at trial in the above-captioned matter.

### FACTS

Plaintiff Brad Amos ("Plaintiff") is a former employee of Lampo who was terminated by its Head of Creative and Board Member Luke LeFevre on or around July 31, 2020. (Doc. No. 21 at ¶¶ 28, 318–319, 336.) In pertinent part, Plaintiff alleges that Lampo retaliated against Plaintiff and interfered with his rights in violation of Title VII of the Civil Rights Act of 1964 "by wrongfully terminating Plaintiff for his nonadherence to several of Lampo's particular religious convictions." (*Id.* at ¶¶ 337, 351; *see generally id.* at ¶¶ 335–355.)

### PROCEDURAL HISTORY

Plaintiff filed this lawsuit against Defendants Lampo and its chief executive officer, Mr. Ramsey, on December 13, 2021. (Doc. No. 1.) Plaintiff filed an Amended Complaint on March

4,