> **ORDER**
> The Motion (Doc. No. 283) is denied as moot.
> IT IS SO ORDERED.
> *Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BRAD AMOS, | ) |
|    Plaintiff, | ) |
| v. | ) Case No. 3:21-cv-00923 |
| | ) Judge Richardson |
| THE LAMPO GROUP, LLC, | ) Jury Demand |
|    Defendant. | ) |

### MOTION TO ALLOW BRIEF SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO QUASH

Defendant in its aforementioned reply (Doc 274) improperly raised new issues not raised in their original Motion in an attempt to disallow Plaintiff a chance to respond to more personal allegations against Plaintiff's attorney. Plaintiff simply wishes to address these new issues raised in the proposed sur-reply attached hereto as Exhibit A.

Respectfully Submitted,

THE EMPLOYMENT AND COMMERCE
LAW GROUP,

*/s/ Jonathan A. Street*
**JONATHAN A. STREET**, BPR No. 027172
**G. BRANDON HALL**, BPR No. 034027
**ZACHARY W. BROWN**, BPR No. 037509
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
*Attorneys for Plaintiff*