IN THE UNITED STATES DISTRICT COURT FOR TENNESSEE
FOR THE MIDDLE DISTRICT
NASHVILLE DIVISION

| | |
|---|---|
| **BRAD AMOS** ) | |
| ) | **Case No. 3:21-cv-00923** |
| **Plaintiff,** ) | |
| ) | **Judge Richardson** |
| ) | **JURY DEMAND** |
| **v.** ) | |
| ) | |
| **THE LAMPO GROUP, LLC** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF APPEARANCE

Anne Bennett Hunter hereby enters her appearance as counsel of record for Plaintiff Brad Amos.

        Respectfully submitted,

        */s Anne Bennett Hunter*
        Anne Bennett Hunter BPR No. 022407
        Hunter Law Firm PLC
        5115 Maryland Way, Suite 125
        Brentwood, TN 37027
        615.592.2977
        615.628.0906 Facsimile
        Anne@hunteremploymentlaw.com

        /s *Jonathan A. Street w/permission by ABH*
        Jonathan A. Street BPR No. 027172
        G. Brandon Hall BPR No. 034027
        Zachary W. Brown No. 037509
        1625 Broadway, Suite 601
        Nashville, TN 37203
        Telephone: (615) 850-0632
        Email: street@eclaw.com

        *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

       I hereby certify that on July 16, 2025, a true and correct copy of the foregoing Notice of Appearance has been served through the court's ECF/CM system to:

Leslie Goff Sanders (TN #18971)
Daniel C. Crowell (TN #31485)
Stephen C. Stovall (TN #37002)
Eric C. Lyons (TN #36105)
Molli A. Guinn (TN # 41258)
611 Commerce Street, Suite 2911
Nashville, TN 37203
lsanders@bartonesq.com
dcrowell@bartonesq.com
sstovall@bartonesq.com
*Attorney for Defendants*

                                                /s *Anne Bennett Hunter*
                                                Anne Bennett Hunter