UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | Case No. 3:21-cv-00923 |
| Plaintiff, | |
| v. | District Judge Richardson |
| | Magistrate Judge Holmes |
| THE LAMPO GROUP, LLC, | Jury Demand |
| Defendant. | |

## NOTICE OF FILING

Pursuant to the Court's Order in Doc. No. 292, Defendant, The Lampo Group, LLC, ("Lampo") files a redacted version of Doc. No. 231 as Exhibit A and a redacted version of Doc. No. 224-1 as Exhibit B.

Respectfully submitted,

/s/Leslie Goff Sanders
Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

   I certify that, on July 29, 2025, I filed the foregoing document via the Court's electronic filing system, which will automatically notify and send a copy to:

Jonathan Street
Zachary Brown
Brandon Hall
Cullen Hamlin
EMPLOYMENT & COMMERCE LAW GROUP

Anne Bennett Hunter
Hunter Law Firm PLC

*Attorneys for Plaintiff*

                /s/Leslie Goff Sanders
                Leslie Sanders (TN #18973)
                *Attorney for Defendant*