**ORDER**
The Motion (Doc. No. 298) is granted.
IT IS SO ORDERED.
*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:21-cv-923 |
| v. | ) |
| | ) Judge Richardson |
| THE LAMPO GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## *UNOPPOSED* MOTION TO AMEND TRIAL BRIEF DEADLINE

COMES NOW the Plaintiff, Brad Amos, by and through counsel and pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 16, and moves the Court to amend the deadline for Trial Briefs currently due October 8, 2025. Defendant does not oppose this motion. As grounds, Plaintiff states as follows:

At the July 8, 2025, Pre-Trial Conference, the Court requested that the Parties submit trial briefs on the scope of the claims by October 8, 2025.[1] Plaintiff's counsel has a bench trial in Davidson County Circuit Court set for October 8, 2025, as well, that will demand significant preparation in advance and may interfere with Plaintiff's counsel's ability to fully and thoughtfully draft the trial brief.

Based on the above, Plaintiff submits this *unopposed* motion to extend the deadline for trial briefs on the scope of the claim as discussed at the July 8 Pre-Trial Conference from October 8, 2025, until October 17, 2025. The requested extensions will not prejudice either party and will not affect any other deadlines in this case.

---

[1] Transcript of July 8 Pre-Trial Conference, 32:3-13.