| | |
|---|---|
| **From**: | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
| **Sent**: | 3/27/2020 1:16:02 PM |
| **To**: | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| **Subject**: | HOPE Daily: 3/27/20 |

Good morning everyone,

So, I was talking to one of our new hires yesterday. Daniel Cortez. He is our new General Counsel, this means he is our lawyer. He has been here 3 weeks and really has been thrown into the deep end. As we were wrapping up our call yesterday, he said a few things that have stuck with me. He worked for another company for 17 years before this and a few other places before that and what has struck him about Ramsey in the 3 weeks he has been here, was how aligned our vision is. How unified we are. He said other companies spend millions of dollars and years and years trying to get people to be unified and it still doesn't work. You just have people who are paid to be unified and then a lot of others just along for the ride.

He said Apple has it.
He said Google has it.
He said Disney has it.
And he said Ramsey Solutions has it.

He hasn't seen anything like it.

Unity. A single vision.

HOPE.

That is our singular mission. That is what brings us together.

And last night we brought it to a lot of people and it will continue to grow beyond just last night.

As far as views and reach go, here is where we are at this morning. Remember it will continue to live on all our YT channels and will continue to grow going forward. It will also go up on all our podcast channels for downloads. Plus, it ran on Sirius/XM and our affiliate stations live (can't get numbers for that).

**Youtube:**
DR.com 16,493 views with 411,200 total minutes watched
YT direct  35,049 views with 873,800 total minutes watched
YOUTUBE TOTAL: 51,542 views with 1,285,000 total minutes watched

**Facebook:**
Peak viewers: 30,864
Minutes viewed: 1,210,061
3 sec+ views: 566,492
Over 1 million total reach

And we had 8,168 FPU Trial starts for this week!

CONFIDENTIAL                                                                                      LAMPO0011828

That is amazing.

So, this is just the start.
We need you all to serve all these people like crazy!

THANK YOU TO THE SKELETON CREW WHO MADE IT HAPPEN LAST NIGHT!!!!!!!!



So, with that, you might have noticed the name of this email is a bit different…Jason York sent me an email yesterday that said we should change the name of this email to the HOPE Daily instead of the Corona daily. I think that's a great idea…so From now on this email is the HOPE daily.

Because HOPE > FEAR. ☺

**Staff meeting next week**
We are going to have a virtual staff meeting next week on Monday at 8:30.
We will send you a link in the invite to watch.
It will be scrappy, but we gotta do it!

CONFIDENTIAL                                                                LAMPO0011829

**Corona Testing and Results.**
As of early this morning: 36 officially tested, 23 negative, 2 positive.
Again, if you are being tested please email Armando

And if you wanna ball your eyes out in worship this weekend, take a few minutes and watch this:
https://www.youtube.com/watch?v=Zp6aygmvzM4&app=desktop

Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0011830

| | |
|---|---|
| **From:** | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
| **Sent:** | 3/25/2020 1:02:31 PM |
| **To:** | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| **Subject:** | Corona Daily 3/25/20 |

Good morning RAMSEY!

So, we don't have Devo together today unfortunately, but I think the best devo we could have today are these stories that are coming in...this WHY WE WORK. #FOOFFOREVER!!! May the God of hope fill you with all joy and peace as you trust in him, so that you may overflow with hope by the power of the Holy Spirit. *Romans 15:13*



https://www.facebook.com/groups/THERamseyBabyStepsCommunity/permalink/975683252884698/

**"I'm in the mood to spread some good news 🙂:**
We are FINALLY 100% credit card debt free!! Every single card is $0, closed out, cut up and trashed!! Y'all don't understand the vicious cycle of CC debt I've been in since I was 18 (12 years). I thought it was the coolest thing in the world at 18 to apply and get one. Pay them off, be excited, spend them all up again, pay them off, run them back up, and repeat . I even convinced my hubby a few years ago he needed one to help grow his credit even higher 🙂😊 so stupid of me. Literally SO DONE with that! I knew I would never get off that cycle if I didn't just take the leap to remove them from my life for good. If you're reading this thinking you can't do this..YOU CAN!

CONFIDENTIAL                                                                 LAMPO0012389

So take that Chase, Capital One, Citibank, alllll of YALL and good riddance! Becoming debt free has been the hardest thing we have ever tackled together, but it feels amazing to check things off! On to the big debts now!"


**"Our in person FPU course may have been cancelled week 7, but we're going to stick it out and finish up in the comfort of our home!"**



https://www.facebook.com/groups/THERamseyBabyStepsCommunity/permalink/975680152885008/


**"This weekend was the kids first "payday".**
We introduced commission charts with jobs they're expected to do, jobs to earn their weekly commission and then bonus jobs to increase their commission. They each have their own money book with their Spend, Save, Give folders and a ledger to track how much they earn each week and where they put their money. They can divide it however they'd like but they have to put SOMETHING in each envelope. My oldest immediately calculated how much her new book will cost, when it will be released and then figured out what goes into the folders so she can buy it the day it comes out. My middle child is a spender and immediately went to the chart to figure out what she needed to do to earn more money. My youngest was a bit out of his element with comprehending but was excited to be a part of the process!"
https://www.facebook.com/groups/THERamseyBabyStepsCommunity/permalink/973455386440818/

CONFIDENTIAL
LAMPO0012390



## UPDATES

We started a **14 Day free trial for FPU** yesterday on the show so people can get into it quickly and binge it if they want to during this time. Hopefully they will LOVE It all and stick with it! Share it with your friends! https://www.daveramsey.com/hope

**A Message Of Hope** livestream is happening this Thursday night with Dave, Ken and Rachel at 7 pm CT to help answer the questions our fans are asking the most during this strange time. As John Delony says, when you're in crisis, facts are your friends. Tune in with our fans on daveramsey.com or on our YouTube or Facebook pages.



### Security Updates and Risks

There are lots of new scams going around that are targeting folks fear on Coronavirus and on people now working at home. For example, fake emails coming from IT and HR departments. Be on guard, if it feels weird, it is because it is weird. Reach out IT if you think something is weird.

CONFIDENTIAL

LAMPO0012391

**The Building and working from Home**
Keep rocking it!!!

**Read and share these:**
Business Insider, "5 ways to learn how to save more, invest smarter and be better with money while you're stuck at home"
http://www.businessinsider.com/ways-to-learn-about-money-online-while-stuck-at-home
Great plug for FPU and links to our online classes

Times Record News, "Jameson's Flowers weathering the storm of COVID-19"
https://www.timesrecordnews.com/story/news/local/2020/03/22/jamesons-flowers-works-stay-open-business-amend-covid-19/2877009001/
Couple able to stay in business and encourage others because they've listened to Dave's advice for the rainy days

Thrive Global, "Overcoming fear: why taking action is the key"
https://thriveglobal.com/stories/overcoming-fear-why-taking-action-is-the-key/
Author bases the whole article on Christy's advice

**Corona Testing and Results.**
As of early this morning: 33 officially tested, 23 negative, 2 positive.
Again, if you are being tested please email Armando

(And also if you haven't seen this yet...your welcome:
https://www.youtube.com/watch?v=0xqLjc2y6O4 😄😄😄)

Cheers,
Dave and Luke

CONFIDENTIAL
LAMPO0012392

| | |
|---|---|
| **From:** | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
| **Sent:** | 5/1/2020 12:38:59 PM |
| **To:** | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| **Subject:** | HOPE Daily: 5/1/20 |

Good morning Ramsey!

It is Friday, MAY 1 and it is beautiful outside!!! So, Darren Tyler from Conduit Church sent out a message to his church that we thought was really solid thinking and it felt fitting to send it to you all today as we head into the weekend and we head back to the office next week…(and he said we could 😊).

Please take 3 minutes and read this.

A Compassionate Case for Safe & Sensible Reopening of our Economy

As restrictions are beginning to be loosened in some parts of the United States there's a fear that we are opening too soon and that by doing so many people will die needlessly.  If it means "even one life" then we should keep it shut down as long as is necessary.

Except it's not so simple.

The UN has sounded the alarm on a global catastrophe unfolding.  Not from the virus but the cure. David Beasley from the UN World Food Program released a statement predicting that 300,000 children will die from starvation every day over a 3 month period. 130M will be "pushed to the edge of starvation."  That doesn't begin to count the numbers who will die from being shut off from access to clean water and medical aid.   (NYT April 21, 2020)

We're left with a terrible choice.

1. Open the economy and risk losing the lives of people dying from Covid19 here in the US and around the world. The numbers are so hard to know here because every single model that predicted hospitalizations, deaths, ventilators, were really wrong. they were based on % death rates that have since proven to be way too high. The number is dramatically less than was supposed 4 weeks ago. But, make no mistake the number is high.

OR.

2. Keep the economy shut down and losing the lives of millions of people here and around the world.  The UN information is based on models that are well researched and proven out over decades. It has already begun. Flatten the curve was never meant to stop the virus.  It can't.  It was meant to slow the virus. It was designed to not let our hospital systems and medical professionals be overrun.   That means many people will still be sick, and many still will die.  But it will be over a longer period of time.

Either choice puts the lives of vulnerable people at risk. Either choice feels impossible.  Either choice is the reality of living in the Genesis 3 world.

CONFIDENTIAL

LAMPO0012568

Given the two choices, opening our economy back up in a safe and sensible way is the least risky. (with all the recommendations of CDC.. testing, etc)

We've all learned so much about safety, keeping safe space, washing hands, face masks, etc that will help us to mitigate the risks. We have capabilities for social distancing here in the US that we could implement without full stop shutting down everything. This is a luxury not available in refugee camps or slums.

Ultimately, it doesn't matter what I think. I'm not a government official and have zero power to affect one way or the other. So, why share this?

I'm hopeful that we can step away from the oversimplified binary narrative that we are given by the media or politicians. I'm hopeful that by knowing the implications of our "cure", we might give each other a little more grace.

There are vulnerable populations in our own cities and around the world. Let's do our best to speak up and fight for them while being compassionate and merciful to each other.

This isn't an argument for liberty or freedom. It's a case for compassionate risk. I don't think I'm naive. I really think we can rise above the partisan divide and unite to defeat this without destroying the lives of hundreds of millions of people.

Darren Tyler

Thanks for bringing your best to work today RAMSEY.

**UPDATES:**
**Staff Meeting Reminder...**
We will broadcast staff meeting on Monday, May 4 just like we did this week, so you can watch from your desk, but be in the building, don't watch from home and then come in.

DEVO will be broadcast again too, you can choose to come to the atrium or be at your desk!

Then on May 11 we will broadcast staff meeting from the atrium, you can sit down there or at your desk. Your choice!

**Corona Testing and Results.**
We are going to drop the old count since we have been out of the building more than 14 Days and the old count doesn't have to do with us coming back. We will report on any new ones that have been in the building since coming back, but the old data is not informative to our current situation. So, starting Monday we will start a new count.

So, we ended "phase 1" with 38 Negative. 4 recovered.
(Thank you Lord for this. Please keep your hand on our people, our city, our nation and our world. We know our HOPE is in you, a *living* HOPE. You are alive and well and working and we thank you for how you have brought us through this part. Our HOPE in you is greater than fear.)

Again, if you are being tested please email Armando

CONFIDENTIAL

LAMPO0012569

**Send any questions you have to:**
coronaquestions@daveramsey.com

I am not sure we can top Christy's video yesterday...
But I will end with an email James Childs sent me about the video:
"Big deal, I pee pee in the potty EVERY DAY." — James
😆😆😆😆

Cheers,
Dave and Luke

CONFIDENTIAL

| | |
|---|---|
| **From**: | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
| **Sent**: | 3/24/2020 12:55:17 PM |
| **To**: | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| **Subject**: | Corona daily 3/24/20 |

Good morning everyone.

Well, we rocked day 1 of working from home. From what I have heard for multiple people it has been going great.
Great job!!! Keep it up. Keep checking in, keep showing up.
Remember, when you sit down or put your headphones on...it is GAME ON.

As we go into Day 2, I just think we need to pray.
Take a second, whether you are already working or are about to start.
Just take a second and stop what you are doing.

And let's pray.

Father,
We all come to you from different parts of the state, from our apartments and houses.
Some of us are alone and some have kids trying to distract us right now.
I ask for you to make each one of us, no matter what the circumstances are around us to be the salt and the light in this world.
You have given us a unique spot to be in here, where people are scared and they are looking for hope and answers.
And we have a plan that will do that and hopefully lead them to you.
So, we ask for you to fill us with wisdom and patience.
But also boldness.
We ask for you to eliminate confusion.
Please help our internet connections continue to work.
Thank you for the technology that has been developed over the last few years that we can even do this.
But mostly father, we pray for our world.
Heal it.
We pray for our countries leaders and their decisions.
Guide them even if they don't know it is you.
Thank you for all that you are doing.
Thank you for this team and the amazing gifts you have given each one of them to do.
Please be our guide and teacher today.
Amen.

**HOPE**
Watch the Dave Ramsey Show from yesterday with Dave and Delony.
People are calling almost in tears because of the fear.
https://www.youtube.com/watch?v=UCq6ZeGjXoM

CONFIDENTIAL                                                                    LAMPO0012595

**The Building and working from Home**

How long are we going to do this? The Governor has mandated two weeks. The Presidents press conference last night indicated he may open up sooner…..but plan on two weeks. Of course all decisions are fluid and open to change so don't plan a vacations. ☺

The building is now locked down after 5 to all team members except board members.
If you need something from the building you will still have access to the main TM entrance but only during normal business hours. If you need to enter the tower please email Rob Julian or Dominic Cuccia so they can assist you, but hopefully you got everything on Monday.

Boundaries are the hardest part of working from home Maybe put up a sign on the outside of your office that tells your kids whether your available or unavailable. And also, don't fall into the trap of being always on, shut it down when you are supposed to shut it down, just like you would if you were in the building. Maybe go for a walk at 5 instead of driving home, to shift your brain.

Here are the guidelines:
https://lampogroup.sharepoint.com/sites/Intranet/Article_Library/WorkingFromHomeBestPractices.aspx

**Revenues**

Lot's of good new ideas that can help people immediately have been Brought in. We put up a page yesterday at http://www.daveramsey.com/hope which will house all the different things we are going to do. That way we have one place to send everyone for things that come up.

We're beginning to see a little overall softness….March will still be close to budget. April demands watching closely. We're seeing softness in Wellness new sales and Entre Summit sales, both of which are not a surprise. Even EveryDollar new has slowed a little in the last week or so as an example.

**Expenses**

OK, here is some #realtalk about what we are going to do to conserve cash:

- We are going to put a hold on anyone getting a raise to conserve cash. When we do get back to normal and increases are ultimately given, they will be made retroactive to the date they should have occurred so the team member is kept whole.
- We are going to hold off on spending any money on conferences that were budgeted between now and the end of June.
- We are postponing any team outings for now ☹ Happy hours, bingo nights, big team lunches, etc.
- All capital spending should be put on hold for now.
- All travel needs to be discontinued until further notice.

**Mail**

- All mail/UPS/FedEx are being collected daily from the post office and hubs.
- No mail is being distributed while offices are closed.
- If you have something you are expecting, please alert shipping@daveramsey.com with the tracking number, and day you are expecting it.
- If you're ordering today, ship it to your home address, until we are open again.

**Corona Testing and Results.**

As of early this morning: 32 officially tested, 20 negative, 2 positive.
The 2 positives are both doing well and are now able to interact with family, so they aren't so lonely.
(Thanks for asking and please keep them in prayers)

CONFIDENTIAL                                                                                                           LAMPO0012596

Again, if you are being tested please email Armando

Keep rocking this you all!!!!
GAME ON!

Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0012597

From:     Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR]

Sent:     4/14/2020 1:15:49 PM

To:     Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo]

Subject:     HOPE Daily: 4/14/20

Good morning Ramsey,

HOPE. Daily.

It is the morning of Tuesday, April 14th 2020.

Lamentations 3:22-23 says that, "The steadfast love of the Lord never ceases, his mercies never come to an end, **they are new every morning**;

great is your faithfulness. The Lord is my portion, says my soul, therefore I will **HOPE** in him.

This is an April we will not soon forget.

Books will be written about these months.

Movies will be made.

And we are right, smack dab in the middle of it.

And his mercies are new every morning.

Take a second this morning and write down 4 things you are thankful for over this last 4 weeks.

One moment from each of the last 4 weeks.

Could be small, could be big, but just specifically write down 4 moments you are thankful for.

And put them on a post-it next to your computer.

4 things that remind you that his mercies never come to an end, they are new every morning.

So you put your daily HOPE in him.

HOPE. Daily.

**UPDATES:**

**Work from Home update**

Well, the <u>Governor extended the Stay at Home order until April 30.</u>

So, that is what we will do unless something changes.

As you think about extending this for another few weeks, <u>read this excerpt from Jim Collins book Good to great.</u>

*You must never ever, ever confuse, on the one hand, the need for absolute, unwavering faith that you can prevail despite those constraints with, on the other hand, the need for the discipline to begin by confronting the brutal facts, whatever they are.*

**Serving**

Here are some pics of our team pumping gas yesterday for the nurses and medical staff!

And a side note, if they didn't have those signs...this picture is terrifying! ☺☺☺

CONFIDENTIAL

LAMPO0013187



CONFIDENTIAL

LAMPO0013188



**Revenue updates**
Remember, we said April is when we will begin to really start to feel this. Wellness is trending below their budgets, because new sales are not easy to come by in this season. Entre is way below budget, due to Summit reschedule. EdSol is doing well on the strength of Home Study deal on the daveramsey.com/hope page, but has a big hurdle coming at month end. Financial Peace is trending up, with free trial conversions beginning to take effect, but the conversion rate as Daniel mentioned in Staff meeting yesterday, is lower than we want it to be. We all need to stay focused on what we can do today to keep cash coming in to stay on track here.

**Corona Testing and Results.**
35 Negative. 4 recovered! And 1 pending (Also later today this 1 positive should move to recovered, waiting for time period fever free to expire.)

Again, if you are being tested please email Armando

**Send any questions you have to:**
coronaquestions@daveramsey.com

CONFIDENTIAL                                                                                              LAMPO0013189



Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0013190

**From:** Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR]
**Sent:** 4/3/2020 12:36:19 PM
**To:** Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo]
**Subject:** HOPE Daily: 4/3/20

Good Morning Ramsey,
The end of the second week of working from home. You all are killing it!
Thank you for staying focused and continuing to rock it.



I know you all probably have been doing this already, but take a few minutes and pray for our country and our world today.
Pray for healing. Healing in so many ways.

*If my people, which are called by my name, shall humble themselves, and pray, and seek my face, and turn from their wicked ways; then I will hear from heaven, and will forgive their sin, and will heal their land.*
*2 Chronicles 7:14*

**UPDATES**
**How long will we work from home?**
Yesterday, Gov Lee issued executive order 23 essentially beefing up the stay at home until April 14.
https://publications.tnsosfiles.com/pub/execorders/exec-orders-lee23.pdf

We have confirmed with Gov Lee's office last night that we continue to be exempt from this order with a skeleton crew in the office because of the media exemption (called out as exemption #10 on page 9 of the previous executive order 22 https://publications.tnsosfiles.com/pub/execorders/exec-orders-lee22.pdf).

All of that said, we are going to take this work from home thing one week at a time.

CONFIDENTIAL                                                                                          LAMPO0013211

So, obviously plan on working from home next week, and unless something drastically changes, probably the following week as well leading into the 14th. We will look at this each week and let you know on Fridays what the plan is for the next week.

Know we will be fighting to come back as quickly as we can as this peaks and then subsides.

And as always, this plan can change and probably will.

**Kitchen Staff Update!**
Hey all! We hit over $13,500 for the kitchen staff!!!
Well done, this is going to help them so much! Great freaking job!
We are going to shut it down now.

Denise is also working on a food drive with One Generation away for next week…so stay tuned for that.

**Corona Testing and Results.**
So, as of today: 32 Negative. 2 left pending as of now. 3 positive
Again, if you are being tested please email Armando

**Send any questions you have to:**
coronaquestions@daveramsey.com

Also, I am sure most of you have seen this, but take a few minutes this weekend and watch this!
Some good news!
https://www.youtube.com/watch?v=F5pgG1M_h_U&feature=youtu.be
(And how is it possible that 2.7K people disliked this??? Insanity.)

Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0013212

| From: | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
|---|---|
| Sent: | 6/12/2020 2:23:45 PM |
| To: | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| Subject: | HOPE Weekly: 6/12/20 |

Good morning Ramsey,

Dave, Jen, Armando and I have gone back and forth on about 50 of these emails over the last 3 months and a lot has changed in the last 3 months. We have gone through some dark days, we have seen the sun start coming up and we believe this is all leading to a new day. We have been back around 5 weeks together and haven't had a new positive case of Corona in any of our team members. That is pretty amazing.

**So, we talked, and with Staff meeting and Devo as our primary means of communication and the dawning of a new day, this will be the last HOPE weekly email.** Obviously, if something comes up we will tell you, but this email served as a connection point during a time when over-communication was necessary. We think it has served its purpose and it is time to end the series.

And we will with a reminder that Dave started this company by calling it Lampo. It is a Greek word that means "to give the LIGHT of a torch." It comes from Matthew 5:15 in the Bible: "Don't hide your light under a bushel, but put it on a lampstand for all to see."

When I imagine the light of a torch, I imagine an Indiana Jones type character running through a dark cave, showing a group of people behind him the way out of danger.

That is us.

That is you.

You are the light of the world.
Showing them the way through a dark cave.
That is our calling here at Ramsey.

We are memorizing Ephesians 4:1-2 with our kids and it says, "I beg you to live a life worthy of your calling, for you have been called by God."

Live a life worthy of the calling you have as a torch bearer.
When you are at the grocery store.
When you are sending an email.
When you are designing something.
When you are getting gas.
When you are writing something.
In a meeting.
Waiting in line somewhere.
Getting to-go food.
Talking to your neighbors...

CONFIDENTIAL

LAMPO0015296

You are called to something higher, and I urge you to live a life worthy of that calling by being a light in the darkness.

You all have done that this last 3 months and we will continue to do that no matter what the circumstances around us are.
Thanks for always bringing your best to your work.

**Corona Testing and Results.**
Since being back we have had 18 people tested, 17 are negative, and one is pending.
Again, please continue to email Armando if you are getting tested.

In honor of the Last Dance documentary….check out this meme our social team made ☺
https://www.instagram.com/p/CAGahHinVQJ/?utm_source=ig_web_copy_link

Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0015297

| | |
|---|---|
| **From**: | Luke LeFevre [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7566DA82701C4DE79ED53B9A888CD4A3-LUKE LEFEVR] |
| **Sent**: | 4/2/2020 12:55:31 PM |
| **To**: | Ramsey [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4665a0934cd546bdb63fe745ab632d04-Lampo] |
| **Subject**: | HOPE Daily: 4/2/20 |

Good Morning Ramsey.

What an incredible couple of weeks. How is it possible that we are literally all farther away from each other, but feel more unified than ever? I don't know about you but I feel more connected and inspired and purposeful as each day has gone by in this crisis. I think it is kind of like what Donald Miller was talking about yesterday when his wife said to him, "You don't need a vacation, you need a crisis!" I thought that was funny...and incisive. It isn't that we want terrible things to happen, that is obviously not the point. But when a large group of people have to *WORK* for something...when they have to *FIGHT* for something together...when they have to *DEFEND* something...when they are *STRETCHED* farther than they have been before...it causes something new to happen.

And when that group of people, is the RIGHT group of people with common vision and common beliefs...magic happens.

One of my favorite biographies of all time is the Bruce Springsteen biography called Born To Run. He captures beautifully what happens when you get this right mix of people together. He writes...

*We don't hide our cards. We don't play it cool. We lay ourselves out in clear view...We aspire to be understood and accessible, a little of your local bar band blown up to big-time scale. A real rock and roll band evolves out of a common place and time. It's all about what occurs when musicians of similar background come together in a local gumbo that mixes into something greater than the sum of its parts.*

*1+1=3*

*The primary truth of the real world is one and one equals two. The layman swings that everyday. He goes to the job, does his work, pays his bills and comes home. One plus one equals two. It keeps the world spinning.*

*But artists, musicians, con men, poets, mystics (...and RAMSEY) and such are paid to turn that math on its head, to rub two sticks together and BRING FORTH FIRE! Everybody performs this alchemy somewhere in their life, but it's hard to hold on to and easy to forget. People don't come to rock shows to learn something. They come to rock shows to be reminded of something they already know and feel deep in their gut. That when the world is at its best, when WE are at our best, when life feels fullest...one and one equals three.*

HOPE. Unity. A shared purpose. That's what causes this magic. Our magic. And I feel it like crazy right now. At Ramsey our shared purpose is not a J.O.B. It is a CRUSADE. It is to bring HOPE to the people outside these walls and they need it more than ever.

And this will be difficult...we are going to have to fight for it. We must be committed to the idea of TEAM to the point we are proud to be here and willing to defend Ramsey, not just what we teach, but our team, each other, our leadership, and our integrity. If you reach the point that you no longer have that level of pride, where you don't feel that FIRE, then you no longer fit in with the rest of us. If you can't defend this place and

CONFIDENTIAL

instead feel the need to tear this place down then we as a group are asking you to leave. We have your back, if you and/or your spouse can't have ours we are asking you to leave.

Because we have work to do!
We want to create that magic!
We want to turn the worlds math on its head!
We want to be ready when this cloud lifts.

Thank you for bringing your best to work today.
Let's do some bad math together! ☺
1+1=3…

## UPDATES

**Reminder! Help for the Kitchen staff!**
So….yesterday you all really liked the $13 thing for the kitchen staff!
We are up to $9,546!!! What?!?!? (Thanks for the idea Thom Carlin)
Talk about UNITY and MAGIC!
If we hit $12,000, combined with their unemployment checks, they could make it through April without a loss of income.
That would be amazing.
And we will turn this off when we hit that goal…

If you would like to donate, Rob Julian set up a Venmo link @Robert-Julian-15
You might need the last 4 digits of Rob's phone number: 4511
He can make sure it distributed appropriately to them.
He will take a check or cash too if you don't have Venmo.

Denise is also working on a food drive with One Generation away for next week…so stay tuned for that.

**Revenues**
For March It looks like we'll come in 5%-6% short in revenues, but we will make up for that with expense savings.
So, that is good, but again April is where we will really start to feel this.

**Corona Testing and Results.**
So, as of today: 32 Negative. 2 left pending as of now (Great news here). 3 positive
Again, if you are being tested please email Armando

**Send any questions you have to:**
coronaquestions@daveramsey.com

By the way….from Eric Griffin..."Home invasions should probably decline. Everyone is home with guns and enough bleach and paper towels to clean up the scene."

Cheers,
Dave and Luke

CONFIDENTIAL

LAMPO0016128