IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS, )
 )
       Plaintiff, )
 )
v. ) Civil Case No. 3:21-cv-00923
 ) JUDGE RICHARDSON
THE LAMPO GROUP, LLC, )
 )
       Defendant. )

## ORDER

Plaintiff's Seventh Motion in Limine (Doc. No. 214) is DENIED on the grounds that it is based on the premise that at a jury trial "the plaintiff has the initial burden of establishing a prima facie case" of religious discrimination, which the Court rejects because the premise incorrectly presumes that the McDonnell-Douglas framework is applicable at a jury trial.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE