IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS,                          )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        Civil Case No.  3:21-cv-00923
                                    )        JUDGE RICHARDSON
THE LAMPO GROUP, LLC,               )
                                    )
            Defendant.              )

## ORDER

Defendant's Motion in Limine No. 6 and Memorandum of Law (Doc. No. 205) is **DENIED** because witnesses and counsel are not categorically excluded from describing Defendant with words that are derogatory, and because Defendant does not need the remedy of exclusion against this tactic, since Defendant is free to counter such characterization and argue that it is an exaggeration that hurts the credibility of anyone using it.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE