> **ORDER**
> The Motion (Doc. No. 211) is **GRANTED** as unopposed.
> IT IS SO ORDERED.
> *Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-00923 |
| ) | Judge Richardson |
| THE LAMPO GROUP, LLC, ) | Jury Demand |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S FOURTH MOTION IN LIMINE**

Plaintiff, Brad Amos, through undersigned counsel, pursuant to Rules 401, 402, and 403 of the Federal Rules of Evidence, respectfully moves the Court exclude any evidence or reference to Plaintiff's claims for unemployment benefits or actual payment of unemployment benefits.

Defendants have identified documents related Plaintiff's claim for unemployment benefits during Discovery and questioned Plaintiff extensively regarding his claim for unemployment benefits during his deposition on September 26, 2022. Plaintiff asserts any such information or evidence regarding Plaintiff's claim for unemployment benefits is not relevant to his claims of religious discrimination. See Fed. R. Evid. 401 and 402. Further, any reference to such would simply result in a waste of the Court's time and potential confusion for the jury in violation of Fed. R. Evid. 403.

For the above reasons, evidence of or reference Plaintiff's unemployment benefit claims or receipt of benefits should be excluded.

Case 3:21-cv-00923    Document 306    Filed 12/16/25    Page 1 of 1 PageID #: 6481