IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 3:21-cv-00923 |
| | ) JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant's Motion in Limine No. 4 and Memorandum of Law (Doc. No. 203) is **DENIED** on the grounds that it is overbroad and fails to identify any particular evidence allegedly excludable. The Court perceives that here, as in other motions in limine, Defendant's objective may be less to obtain an actual order in limine and more to give the Court notice of evidentiary issues that may arise at or closer to trial with respect to particular documents or proposed testimony.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE