IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS,                                     )
                                               )
                        Plaintiff,             )
                                               )
v.                                             )          Civil Case No.  3:21-cv-00923
                                               )          JUDGE RICHARDSON
THE LAMPO GROUP, LLC,                          )
                                               )
                        Defendant.             )

## **ORDER**

Plaintiff's Fifth Motion in Limine (Doc. No. 212) is **DENIED** on the grounds that it is

overbroad and fails to identify any particular emails allegedly excludable as inadmissible hearsay.

The Court perceives that here, as in other motions in limine, Plaintiff's objective may be less to

obtain an actual order in limine and more to give the Court notice of evidentiary issues that may

arise at or closer to trial with respect to particular documents or proposed testimony.


IT IS SO ORDERED.



_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE