IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:21-cv-00923 |
| | ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For reasons the Court will explain upon request at the pretrial conference, Defendant's Motion to Bifurcate Trial and Incorporated Memorandum of Law (Doc. No. 202) is **GRANTED**, and the case will be bifurcated as follows: (1) phase I, involving determining liability (for compensatory <u>and</u> punitive damages); and (2) phase II, involving determining the <u>amount</u> of punitive damages.

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE