IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:21-cv-00923 |
| | ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's Ninth Motion in Limine (Doc. No. 217) is **GRANTED** as unopposed, without prejudice to Defendant's prerogative to object to "the admission of evidence that would have supported and/or related to [dismissed] claims . . . ." (Doc. No. 259).

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE