IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:21-cv-00923 |
| | ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's Second Motion to Allow Late Filed Motion in Limine (Doc. No. 233) is **GRANTED**, and the Clerk is directed to separately enter on the docket, as Plaintiff's Eleventh Motion in Limine, the document that was filed as Docket No. 233-1, which the Court will address via a separate order. The Clerk need not separately file docket number 233-2, which is the exhibit to that motion in limine.[1]

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] The Court will consider that exhibit, as well as other applicable exhibits, when ruling on the motion in limine.