IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS, )
)
    Plaintiff, )
) NO. 3:21-cv-00923
v. )
) JUDGE RICHARDSON
THE LAMPO GROUP, LLC, )
)
    Defendant. )
)

## **ORDER**

Defendant's Motion in Limine No. 10 and Memorandum of Law (Doc. No. 218) is

**GRANTED** as unopposed and otherwise well-taken, with the caveat that this grant does not

exclude evidence that related to any pending claims even if it relates also to dismissed claims.


IT IS SO ORDERED.



*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE