IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00923 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Defendant's Motion in Limine No. 7 and Memorandum of Law (Doc. No. 206) is **DENIED** without prejudice to raising any objection at trial. It is denied as premature as to potential improper propensity evidence. It is denied as to Dave Ramey's religious beliefs because they potentially could be probative of Defendant's religious beliefs.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE