IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00923 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

As for "Golden Rule" entreaties to the jury, Defendant's Motion in Limine No. 11 and Memorandum of Law (Doc. No. 219, "Motion") is **GRANTED** as unopposed and well-taken.

As for the entreaties to the jury to send a message, the Motion is **DENIED** as premature, without prejudice to any objection at trial, because the Court cannot yet say that any particular such entreaty would be improper.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE