IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRAD AMOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:21-cv-00923 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff's Tenth Motion in Limine (Doc. No. 226-1), the late filing of which the Court permitted via Docket Number 270, is **DENIED** as premature, without prejudice to the making of any objection at trial. Counsel are reminded that they must behave professionally and stay focused on the issues in this case.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE