# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| **Brad Amos,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) No.: 3:21-cv-00923 |
| | ) |
| **The Lampo Group, LLC,** | ) |
| | ) |
| **Defendant.** | |

## NOTICE OF WITHDRAWAL

Plaintiff, Brad Amos, by and through counsel and pursuant to Local Rule 83.01(g) respectfully files this Notice of Withdrawal.

Plaintiff's counsel of record Zachary Walker Brown accepted another employment position and will no longer be employed by the Employment and Commerce Law Group. Plaintiff remains represented by another attorney of record at The Employment and Commerce Law Group. Plaintiff was informed that Mr. Brown would be leaving the firm.

DATED: February 13, 2026.

                              Respectfully submitted,

                              **THE EMPLOYMENT & COMMERCE LAW GROUP**

                              */s/ Zachary Walker Brown*
                              **Jonathan A. Street, BPR No. 027172**
                              **G. Brandon Hall, BPR No. 034027**
                              **Zachary Walker Brown, BPR No. 037509**
                              1625 Broadway, Suite 601
                              Nashville, TN 37203
                              (615) 850-0632
                              street@eclaw.com
                              bhall@eclaw.com
                              zach@eclaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System and via electronic mail this 13th day of February 2026 to the following:

Leslie Sanders (TN #18973)
Daniel Crowell (TN #31485)
Eric Lyons (TN #36105)
Stephen Stovall (TN #37002)
Molli Guinn (TN #41258)
Barton LLP
611 Commerce Street
Suite 2911
Nashville, TN 37203
Telephone: (615) 340-6790
lsanders@bartonesq.com
dcrowell@bartonesq.com
elyons@bartonesq.com
sstovall@bartonesq.com
mguinn@bartonesq.com

*Counsel for Defendant*

/s/ *Zachary Walker Brown*
Zachary Walker Brown