UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

BRAD AMOS

v.

THE LAMPO GROUP, LLC

Case No. 3:21-cv-00923

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Patty A. Eakes hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant The Lampo Group, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United State District Court, Western District of Washington

Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Leslie Goff Sanders
BARTON LLP, 611 Commerce Street, Ste 2603, Nashville, TN 37203
(615) 340-6794
lsanders@bartonesq.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Patty A. Eakes             Signature

Name: Patty A. Eakes
State where admitted and State Bar Number: Washington State, #18888
Business Address: 1301 Second Ave, Suite 3000, Seattle, WA 98101
Local Address [if different from above]: 1141 20th Avenue East, Seattle, WA 98112
Phone: 206-274-6400
Email: patty.eakes@morganlewis.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

(see attached)

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

# ATTACHMENT A – CERTIFICATE OF SERVICE

**HUNTER LAW FIRM**
Anne B. Hunter
5115 Maryland Way
Brentwood, TN 37027
Phone: (615) 592-2977
Email: anne@hunteremploymentlaw.com

**EMPLOYMENT & COMMERCE LAW GROUP**
Brandon G. Hall
Jonathan A. Street
Cullen D. Hamelin
1625 Broadway, Ste 601
Nashville, TN 37203
Phone: (615) 850-0632
Email: bhall@eclaw.com; street@eclaw.com; chamelin@eclaw.com

*Attorneys for Plaintiff Brad Amos*

**BARTON LLP**
Daniel C. Crowell
Eric C. Lyons
Leslie Goff Sanders
Molli Guinn
Stephen C. Stovall
611 Commerce Street, Ste 2911
Nashville, TN 37203
Phone: (615) 340-6790
Email: dcrowell@bartonesq.com; elyons@bartonesq.com; lsanders@bartonesq.com; mguinn@bartonesq.com; sstovall@bartonesq.com

*Attorneys for Defendant The Lampo Group, LLC*

**FREEMAN MATHIS & GARY LLP**
Jason M. Pannu
Katherine E. Morsman
1600 Division Street, Ste 590
Nashville, TN 37203
Phone: (615) 208-5890
Email: jason.pannu@fmglaw.com; katherine.morsman@fmglaw.com

*Attorneys for Objector Jonathan Street*