# United States District Court

## Western District of Washington



## CERTIFICATE OF GOOD STANDING

I, Joshua C. Lewis, Clerk of the United States District Court for the Western District of Washington, do hereby certify that Patricia A. Eakes, WSBA# 18888 was admitted to practice in said Court on February 23, 1990 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on February 23, 2026.

Joshua C. Lewis
Clerk

By _____
Deputy Clerk