# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

BRAD AMOS

Case No. 3:21-CV-00923

v.

THE LAMPO GROUP, LLC

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Tjitske Dekker hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant The Lampo Group, LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the following United States District Court or United States appellate court: United States District Court, Western District of Washington

    Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Leslie Goff Sanders
BARTON LLP, 611 Commerce Street, Ste 2603, Nashville, TN 37203
(615) 340-6794
lsanders@bartonesq.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Tjitske Dekker                    Signature

Name: Tjitske Dekker
State where admitted and State Bar Number: Washington State #61558
Business Address: 1301 Second Avenue, Ste 3000, Seattle, WA 98101
Local Address [if different from above]: 529 SW 98th St, Seattle WA 98106
Phone: 206-274-6400
Email: tjitske.dekker@morganlewis.com

# **CERTIFICATE OF SERVICE**

[Include certificate of service if required by Fed. R. Civ. P. 5(d)(1)(B) and attach as separate page if necessary due to space constraints.]

(see attached)

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 10 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Attorneys with CM/ECF filing privileges in this Court may file Motions for Admission *Pro Hac Vice* via CM/ECF. For movants who do not yet have CM/ECF filing privileges, local counsel may file Motions for Admission *Pro Hac Vice* on their behalf. Additionally, counsel may file the Motion  phv@tnmd.uscourts.gov.

# ATTACHMENT A – CERTIFICATE OF SERVICE

| |
|---|
| **HUNTER LAW FIRM**<br>Anne B. Hunter<br>5115 Maryland Way<br>Brentwood, TN 37027<br>Phone: (615) 592-2977<br>Email: anne@hunteremploymentlaw.com<br><br>**EMPLOYMENT & COMMERCE LAW GROUP**<br>Brandon G. Hall<br>Jonathan A. Street<br>Cullen D. Hamelin<br>1625 Broadway, Ste 601<br>Nashville, TN 37203<br>Phone: (615) 850-0632<br>Email: bhall@eclaw.com; street@eclaw.com; chamelin@eclaw.com<br><br>*Attorneys for Plaintiff Brad Amos* |
| **BARTON LLP**<br>Daniel C. Crowell<br>Eric C. Lyons<br>Leslie Goff Sanders<br>Molli Guinn<br>Stephen C. Stovall<br>611 Commerce Street, Ste 2911<br>Nashville, TN 37203<br>Phone: (615) 340-6790<br>Email: dcrowell@bartonesq.com; elyons@bartonesq.com; lsanders@bartonesq.com; mguinn@bartonesq.com; sstovall@bartonesq.com<br><br>*Attorneys for Defendant The Lampo Group, LLC* |
| **FREEMAN MATHIS & GARY LLP**<br>Jason M. Pannu<br>Katherine E. Morsman<br>1600 Division Street, Ste 590<br>Nashville, TN 37203<br>Phone: (615) 208-5890<br>Email: jason.pannu@fmglaw.com; katherine.morsman@fmglaw.com<br><br>*Attorneys for Objector Jonathan Street* |