# United States District Court
## Western District of Washington



**CERTIFICATE OF GOOD STANDING**

I, Joshua C. Lewis, Clerk of the United States District Court for the Western District of Washington, do hereby certify that Tjitske Dekker, WSBA# 61588 was admitted to practice in said Court on January 16, 2025 to the Western District of Washington, and is in good standing as a member of the bar of said Court.

Dated at Seattle, Washington on February 23, 2026.

Joshua C. Lewis
Clerk

By _____
Deputy Clerk