IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:21-cv-00923 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| THE LAMPO GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Pending before the Court is the "Joint Motion to Ascertain Status" (Doc. No. 337, "Motion"), filed by Brad Amos ("Plaintiff") and the Lampo Group, LLC ("Defendant"). Via the Motion, Plaintiff and Defendant "jointly move to ascertain the status of the Partes' pre-trial briefs [(Doc. Nos. 301, 302)]," which concern the scope of the religious beliefs at issue in this action. (Doc. No. 337 at 1). The Motion (Doc. No. 337), being jointly made and otherwise well-taken, is **GRANTED**, and herein the Court will define the scope of the religious beliefs at issue in this action.

At the July 8, 2025 motions hearing, the Court requested that Plaintiff and Defendant submit pre-trial briefs detailing their views as to the scope of the religious beliefs at issue in this action. (Doc. No. 296 at 29:21-31:2). Plaintiff and Defendant dispute whether Plaintiff's religious discrimination claims in this action concern religious beliefs *generally* or religious beliefs related to (and only to) COVID-19 *specifically*.

Plaintiff contends in his pre-trial brief (Doc. No. 301) that "[g]iven the breadth of Title VII's definition of religion, all aspects of both Plaintiff and Defendant's religious practice, observance, and belief may be relevant." (Doc. No. 301 at 3). In its pre-trial brief (Doc. No. 302)

Defendant disagrees, instead contending that "[t]he pleadings and evidence are clear – only alleged religious views related to COVID are at issue." (Doc. No. 302 at 2).

The Court has reviewed the Amended Complaint (Doc. No. 21), the opinion of the Sixth Circuit in *Amos v. Lampo Grp., LLC*, No. 24-5011, 2024 WL 3675601 (6th Cir. Aug. 6, 2024), certain other papers filed in this action, including the parties' pre-trial briefs, and some of the discovery conducted in this action that was highlighted by the parties in their pre-trial briefs. Having done so, the Court concludes, for many of the same reasons expressed in its order at Docket No. 329 and for reasons that will be further explained in the pre-trial conference, that only those religious beliefs related to COVID-19 in particular are at issue in this action, and the trial shall proceed accordingly.[1]

IT IS SO ORDERED.

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] As to which specific religious beliefs of Defendant are properly deemed to be "related to COVID-19 in particular," the Court expresses no current opinion.