IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:21-cv-00923 |
| THE LAMPO GROUP, LLC, | ) ) | JUDGE RICHARDSON |
| Defendant. | ) ) ) | |

## <u>ORDER</u>

A telephonic status conference is scheduled for today, **May 5, 2026, at 1:00 p.m.**

Counsel may access the conference call by dialing 1-855-244-8681. When prompted, enter the access code of 2319 024 8273, followed by the pound (#) sign. If you have any issues connecting, please call Chambers at (615) 736-5291. As these are public proceedings, other persons may access the conference call in the same manner.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE