IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRAD AMOS,                          )
                                    )
        Plaintiff,                  )
                                    )        NO. 3:21-cv-00923
v.                                  )
                                    )        JUDGE RICHARDSON
THE LAMPO GROUP, LLC,               )
                                    )
        Defendant.                  )
                                    )

## ORDER

Pending before the Court is the "Second Motion to Reconsider" (Doc. No. 373, "Motion") filed by Plaintiff, Brad Amos. Via the Motion, Plaintiff *again* seeks reconsideration of the Court's order at Docket No. 351 ("At-Issue Order"), wherein the Court defined the specific Title VII claims Plaintiff will be permitted to pursue at trial. In the At-Issue Order, the Court concluded that the only Title VII claims that Plaintiff may pursue at trial are those for (1) general religious discrimination, (2) religious non-conformity, and (3) failure to accommodate. (Doc. No. 351 at 2). Via the Motion Plaintiff again asks the Court to permit him to pursue a claim for retaliation—presumably under Title VII and the Tennessee Human Rights Act—at trial. (Doc. No. 373 at 1).

The Motion (Doc. No. 373) is not well-taken and is **DENIED** for reasons that will be explained at the status conference scheduled for May 5, 2026. The Court will entertain no further motions on this subject. Any additional review of this matter will have to come from the Sixth Circuit, if and when Plaintiff appeals..

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE