**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **Brad Amos** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:21-cv-00923** |
| **v.** ) | **Judge Richardson** |
| ) | |
| **The Lampo Group, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>NOTICE OF APPEARANCE</u>

The undersigned, Harrison Salter Blowers of The Employment and Commerce Law Group, PLLC hereby gives notice of his appearance as counsel for the Plaintiff in the above-captioned matter.

Respectfully Submitted,

**THE EMPLOYMENT & COMMERCE LAW GROUP**

<u>**/s/ *Harrison Salter Blowers***</u>
**H. SALTER BLOWERS, BPR No. 042254**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632
Salter@eclaw.com

**CERTIFICATE OF SERVICE**

 **I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF system this 15th day of July 2026 to the following:

Jeff R. Thompson (BPR 020310)
Gina S. Vogel (BPR 033526)
LEWIS THOMASON, P.C.
620 Market Street, Fifth Floor
P.O. Boc 2425
Knoxville, Tennessee 37901-2425
Telephone: (865) 546-4646
JRThompson@LewisThomason.com
GVogel@LewisThomason.com

*Attorneys for Defendant*

*/s/Zachary Walker Brown*
Zachary Walker Brown

2