Q.    Okay.  Who oversees the recruiters?

A.    We have a director of recruiting, Jeremy Hezlep.

Q.    How long has Jeremy been in that position?

A.    He's been in that position for two-and-a-half years, and he's been with the company for about 10.

Q.    Okay.  When you say that the hiring leader, the recruiter and a series of other leaders, meets with a candidate, are they required to keep any sort of document or take any notes?

A.    They enter notes into the system.  We use an applicant tracking system.

Q.    How long has that been in place?

A.    The current system was put in in 2014.

Q.    What's the name of that system --

A.    Jobvite, J-o-b-v-i-t-e, Jobvite.

Q.    Vite.  For a minute there, I thought you said "fight," and I thought, well, that's not very...

A.    That wouldn't be very good for recruiting.

Q.    Okay.  Who has access to the Jobvite system?

A.    It's a role-based access.  Every hiring leader has access to it, but there are different degrees of access of who can see what.

Q.    Okay.  Do you know if the Jobvite system information was produced in this case with respect

to Caitlin O'Connor?

A.    It was.

Q.    Is there a part of the recruitment process or hiring process that involves a dinner or an interview with a dinner and spouses?

A.    There's a spousal dinner that is kind of the final breaking bread, getting to know each other, not used for rule-out.

Q.    What do you mean "not used for rule-out"?

A.    You said, "part of interview process."  It's part of the process, but it's not used to screen a candidate or to say "no" to a candidate.

Q.    Who typically attends one of those spousal dinners?

A.    The hiring leader and their spouse, if they're married, the candidate and their spouse, if they're married.

Q.    To your knowledge, has it ever been -- that spousal dinner, has it ever been used to rule out a candidate?

A.    To my knowledge, no.  We've had candidates that have changed their mind where -- but not -- to my knowledge, no.

Q.    As part of your job as executive HR director, do you set policy?

Elite Reporting Services * (615) 595-0073
www.EliteReportingServices.com

A.    I'm a part of a group that would set policy. I wouldn't set policy alone.

Q.    What group is that?

A.    It could come from one of two groups, so it could be an operations committee group that sets a policy related to processes.  It could be Human Resource Committee that sets a policy.

Q.    As executive HR director, is it part of -- or was it part of your job duties to enforce policy?

A.    Again, not singularly, but as a part of a group, yes.

Q.    Okay.  Which group?

A.    Human Resource Committee.

Q.    But as the human resource executive, you have knowledge of the Ramsey policies and how they're to be enforced, right?

A.    I do.

Q.    Tell me what the Human Resource Committee's function is.

A.    We deal with personnel issues, good and bad exceptions to time off, someone runs out of time off but is needing more, if they're having some crisis going on in their lives, disciplinary actions when a leader is ready to put someone on a performance improvement plan, pretty much all terminations go

Case 3:20-cv-00628 Document 321-2 Filed 06/05/23 Page 16 of 297 PageID #: 4324
www.EliteReportingServices.com

through there.  There are a few that -- that might not, but I would say for the most part they would all go through the Human Resource Committee.

Earlier we talked about setting policy if something needs to change.

Q.	What sort of involvement does Dave Ramsey typically have in the termination of employees?

A.	It's an HRC decision.  He's informed in the notes from HRC.

Q.	Does he typically weigh in on those decisions?

A.	Weigh in?  Not necessarily.  He'll -- he might respond to someone or to the HRC note saying "So sad," or something to that effect, especially if someone had been there for a while.

Q.	When you say "HRC note," is that another -- is that something else that's put in a system or what are you referring to?

A.	They're not put in the system.  It's typically an email.

Q.	Does the HRC meet on a regular basis?

A.	Yes.

Q.	How often?

A.	Weekly.  There could be times where we meet more often or times when too many are on vacation or

something else is going on where we don't meet.

Q.      Okay.

A.      But typically weekly.

Q.      Okay.  And how many people are on the HRC?

A.      It's varied in the time that I've been there, but there are currently five members.

Q.      Who are those five members?

A.      So currently it is Jeremy Breland, ██, ████████, Mark Floyd, Jack Galloway, and myself.

Q.      Is Dave Ramsey not on the HRC?

A.      No, he's never been, to my knowledge.

Q.      Is he included on the HRC emails?

A.      No.

Q.      Okay.

A.      By "emails," do you mean distribution list?

Q.      Yes.

A.      He is not.

Q.      Okay.  How often does it change?

A.      Typically every year there might be one person that drops off and one person that comes on, or we may have someone sit in for a short period of time as part of their leadership development.

Q.      Who was on the HRC in 2020?

A.      So we've turned this over to you, but I'm going to -- again, because I know this case, I'm

going off the top of my head and I don't think I'll leave anyone off. But the names I mentioned, ██ ████████, Jack Galloway, myself, Suzanne Simms, Mark Floyd, and I don't recall if at this point -- Sarah Sloyan was the newest member.

Q. Who do you take direction from or who do you report to?

A. Currently I report to Jack Galloway. He's the chief people officer.

Q. He's the chief what officer?

A. Chief people officer. And that is new. I reported to Mark Floyd, the chief financial officer, in 2020.

Q. In 2020, how many people reported to you?

A. Directly, five -- six. My assistant.

Q. Okay. Who are those five people?

A. In 2020 that would have been Teresa Newsome as my assistant, Jeremy Hezlep as the director of recruiting, Oksana Ballard as the compensation manager, Karla Lundell as the benefit administrator, Sarah Cranston as the benefit coordinator, and Mark Mozingo as compliance specialist.

Q. Are any of those people no longer on your team?

A. Oksana Ballard.

Q.    Okay.

A.    And Teresa Newsome retired.

Q.    What happened to those two?  Well, Teresa retired, you told me that.

A.    And Oksana moved on.  She found a job doing -- more than just compensation.

Q.    Okay.  Is she still with Ramsey?

A.    She is not.

Q.    Now, tell me in your words what Ramsey Solutions does.

A.    We provide hope.

Q.    What do they do?

A.    We provide education around finances, around leadership, around education for schools, career advice, small-business advice.

Q.    Does it also have a media part of its business?

A.    It does.  It has a radio component and podcast and other forms of broadcast.

Q.    Does it receive advertising dollars for the radio and the podcast portion of its business?

A.    It does.

Q.    What is the largest part of its business?

A.    I wouldn't know.  I don't get the financials.

Q.    Okay.  But Ramsey Solutions is not a school,