| | |
|---|---|
| **BRAD AMOS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **No.: 3:21-cv-923** |
| ) | |
| **The Lampo Group, LLC,** ) | |
| ) | |
| **Defendant.** | |

## NOTICE OF WITHDRAWAL

Plaintiff, Brad Amos, by and through her attorneys and pursuant to Local Rule 83.01(g) respectfully files this Notice of Withdrawal.

Plaintiff's counsel of record Harrison Salter Blowers accepted another employment position and will no longer be employed by the Employment and Commerce Law Group. Plaintiff remains represented by another attorney of record at The Employment and Commerce Law Group. Plaintiff was informed that Mr. Blowers would be leaving the firm.

DATED: July 20, 2026.

Respectfully submitted,

**THE EMPLOYMENT & COMMERCE LAW GROUP**

*/s/ Harrison Salter Blowers*
**HARRISON SALTER BLOWER, BPR**
**NO. 042254**
1625 Broadway, Suite 601
Nashville, TN 37203
(615) 850-0632

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served via the Court's CM/ECF System and via electronic mail this 20th day of July 2026 to the following:

Leslie Goff Sanders (TN #18973)
Daniel Crowell (TN #31485)
Stephen Stovall (TN #37002)
**BARTON PLLC**
611 Commerce Street, Suite 2603
Nashville, TN 37203

*Attorneys for Defendant*

/s/ *Harrison Salter Blowers*
Harrison Salter Blowers
