UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRAD AMOS,<br><br>Plaintiff,<br><br>v.<br><br>THE LAMPO GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal Case No. 3:21-cv-00923<br>JUDGE RICHARDSON |

**ORDER**

Pursuant to discussions with Counsel during the telephone conference held on September 18, 2026, the trial, pretrial conference and pretrial motions deadlines are canceled, to be rescheduled as soon as feasible.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE